AO 120 (Rev. 3/04)

| TO: **Mail Stop 8 Director of the U.S. Patent and Trademark Office P.O. Box 1450 Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Massachusetts on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 2/6/2018 | U.S. DISTRICT COURT Massachusetts |
|---|---|---|
| PLAINTIFF Schawbel Technologies LLC | | DEFENDANT Heat Factory, USA, Inc. |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 See Exhibit A | | See Exhibit A Attached. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

EXHIBIT A

| U.S. Patent No. | Date | Holder of Patent |
|---|---|---|
| 8,850,716 | 10/7/14 | Schawbel Technologies LLC |
| 8,869,428 | 10/28/14 | Schawbel Technologies LLC |
| 8,869,429 | 10/28/14 | Schawbel Technologies LLC |
| 9,101,177 | 8/11/15 | Schawbel Technologies LLC |
| 9,179,734 | 11/10/15 | Schawbel Technologies LLC |
| 9,314,064 | 05/19/16 | Schawbel Technologies LLC |
| 9,538,806 | 1/10/17 | Schawbel Technologies LLC |
| 9,538,807 | 1/10/17 | Schawbel Technologies LLC |
| 9,548,618 | 1/17/17 | Schawbel Technologies LLC |
| 9,549,586 | 1/24/17 | Schawbel Technologies LLC |
| 9,572,397 | 2/21/17 | Schawbel Technologies LLC |
| D719,504 | 12/16/14 | Schawbel Technologies LLC |
| D722,222 | 2/10/15 | Schawbel Technologies LLC |
| D724,013 | 3/10/15 | Schawbel Technologies LLC |
| D734,012 | 7/14/15 | Schawbel Technologies LLC |
| D737,769 | 9/1/15 | Schawbel Technologies LLC |
| D772,546 | 11/29/16 | Schawbel Technologies LLC |
| D794,813 | 8/15/17 | Schawbel Technologies LLC |
| D801,624 | 11/7/17 | Schawbel Technologies LLC |