(12) **United States Patent**
Zsolcsak et al.

(10) Patent No.: **US 9,314,064 B2**

(45) Date of Patent: **Apr. 19, 2016**

(54) **HEATED INSOLE WITH REMOVABLE HEATING ASSEMBLY**

(71) Applicant: **Schawbel Technologies LLC**, Bedford, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Ian Nicholson Whitehead**, Concord, MA (US); **Thomas John William Bayes**, Rothwell (GB); **Dan Puccio**, Bedford, MA (US)

(73) Assignee: **SCHAWBEL TECHNOLOGIES LLC**, Bedford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/568,516**

(22) Filed: **Dec. 12, 2014**

(65) **Prior Publication Data**

US 2015/0150338 A1    Jun. 4, 2015

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/511,528, filed on Oct. 10, 2014, now Pat. No. 9,179,734, which is a continuation of application No. 14/248,861, filed on Apr. 9, 2014, now Pat. No. 8,869,428.

(60) Provisional application No. 61/947,913, filed on Mar. 4, 2014, provisional application No. 61/911,835, filed on Dec. 4, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| *A43B 7/02* | (2006.01) |
| *A43B 3/00* | (2006.01) |
| *A43B 7/04* | (2006.01) |
| *A43B 17/00* | (2006.01) |

(52) **U.S. Cl.**

CPC ............. *A43B 3/0031* (2013.01); *A43B 3/0015* (2013.01); *A43B 7/02* (2013.01); *A43B 7/04* (2013.01); *A43B 17/00* (2013.01)

(58) **Field of Classification Search**

CPC ...... A43B 7/04; A43B 3/0015; A43B 3/0005; A43B 7/02; A43B 7/025; H05B 3/342; H05B 3/06; A61F 2007/0045; A61F 2007/008

USPC .................................... 36/2.6, 137, 139, 132

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,680,918 | A | 6/1952 | Behner |
| 3,360,633 | A | 12/1967 | Weisberger |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 2281677 | | 5/1998 |
| CN | 2515992 | Y | 10/2002 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).

(Continued)

*Primary Examiner* — Ted Kavanaugh

(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57)                          **ABSTRACT**

A heated insole for a shoe has an insole body and a removable heating member. The insole body has a recess. The heating member is configured to be removable from and insertable into the recess while the insole is disposed within the shoe.

**15 Claims, 23 Drawing Sheets**



**US 9,314,064 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,585,736 A * | 6/1971 | Polichena | 36/2.6 |
| 3,621,191 A * | 11/1971 | Cornwell | 219/211 |
| 3,800,133 A | 3/1974 | Duval | |
| 4,470,263 A | 9/1984 | Lehovec et al. | |
| 4,507,877 A | 4/1985 | Vaccari et al. | |
| 4,665,301 A | 5/1987 | Bondy | |
| 4,823,482 A | 4/1989 | Lakic | |
| D303,524 S | 9/1989 | Siegner et al. | |
| 4,894,931 A | 1/1990 | Senee et al. | |
| 4,910,881 A * | 3/1990 | Baggio et al. | 36/2.6 |
| 5,041,717 A | 8/1991 | Shay, III et al. | |
| D320,212 S | 9/1991 | Someya | |
| 5,230,170 A | 7/1993 | Dahle | |
| 5,483,759 A | 1/1996 | Silverman | |
| 5,495,682 A | 3/1996 | Chen | |
| 5,565,124 A * | 10/1996 | Balzano | A43B 7/025 |
| | | | 219/528 |
| 5,592,759 A | 1/1997 | Cox | |
| 5,623,772 A | 4/1997 | Sunderland et al. | |
| 5,800,490 A | 9/1998 | Patz et al. | |
| 5,802,865 A | 9/1998 | Strauss | |
| 5,830,208 A | 11/1998 | Muller | |
| 5,875,571 A | 3/1999 | Huang | |
| 5,882,106 A | 3/1999 | Galli | |
| 5,956,866 A | 9/1999 | Spears | |
| 5,970,718 A | 10/1999 | Arnold | |
| 6,074,414 A | 6/2000 | Haas et al. | |
| 6,094,844 A | 8/2000 | Potts | |
| D432,493 S | 10/2000 | Killebrew et al. | |
| 6,125,636 A | 10/2000 | Taylor et al. | |
| 6,189,327 B1 | 2/2001 | Strauss et al. | |
| D440,201 S | 4/2001 | Huynh et al. | |
| 6,320,161 B1 | 11/2001 | Hansen, Jr. | |
| 6,523,836 B1 | 2/2003 | Chang et al. | |
| 6,649,873 B1 * | 11/2003 | Cintron et al. | 219/211 |
| 6,657,164 B1 | 12/2003 | Koch | |
| D486,789 S | 2/2004 | Santiago | |
| 6,701,639 B2 | 3/2004 | Treptow et al. | |
| 6,770,848 B2 | 8/2004 | Haas et al. | |
| 6,840,955 B2 | 1/2005 | Ein | |
| 6,841,757 B2 | 1/2005 | Marega et al. | |
| 6,865,825 B2 | 3/2005 | Bailey, Sr. et al. | |
| 7,022,093 B2 | 4/2006 | Smith et al. | |
| D528,075 S | 9/2006 | Sugeno et al. | |
| D533,832 S | 12/2006 | Hock | |
| 7,152,345 B2 | 12/2006 | Koenig | |
| D538,225 S | 3/2007 | Lyman et al. | |
| D538,226 S | 3/2007 | Lyman et al. | |
| D546,277 S | 7/2007 | Andre et al. | |
| 7,244,253 B2 | 7/2007 | Neev | |
| D552,081 S | 10/2007 | Yano | |
| 7,497,037 B2 | 3/2009 | Vick et al. | |
| 7,565,754 B1 | 7/2009 | Acheson et al. | |
| D602,432 S | 10/2009 | Moussa | |
| D609,180 S | 2/2010 | Suzuki et al. | |
| 7,714,709 B1 * | 5/2010 | Daniel | 340/539.11 |
| 7,716,856 B2 | 5/2010 | Seipel | |
| 7,726,046 B2 | 6/2010 | Portnell | |
| 7,823,302 B2 | 11/2010 | Mann et al. | |
| D637,552 S | 5/2011 | Inman et al. | |
| 7,985,502 B2 | 7/2011 | Abe et al. | |
| D642,517 S | 8/2011 | Inman et al. | |
| 8,074,373 B2 | 12/2011 | Macher et al. | |
| 8,084,722 B2 | 12/2011 | Haas et al. | |
| D654,429 S | 2/2012 | Li et al. | |
| D660,798 S | 5/2012 | Tseng | |
| 8,384,551 B2 | 2/2013 | Ross et al. | |
| 8,397,518 B1 | 3/2013 | Vistakula | |
| D682,195 S | 5/2013 | Aglassinger | |
| D685,729 S | 7/2013 | Lyman | |
| D686,157 S | 7/2013 | Kawase et al. | |
| 8,510,969 B2 | 8/2013 | Luo | |
| D689,019 S | 9/2013 | Sato et al. | |
| D694,176 S | 11/2013 | Buetow et al. | |
| D698,313 S | 1/2014 | Buetow et al. | |

| | | | | |
|---|---|---|---|---|
| 8,638,958 B2 | 1/2014 | Wells | |
| D699,178 S | 2/2014 | Ashida et al. | |
| D699,179 S | 2/2014 | Alexander | |
| D700,135 S | 2/2014 | Sato et al. | |
| 8,658,943 B1 * | 2/2014 | Larsen et al. | 219/211 |
| 8,715,329 B2 | 5/2014 | Robinson et al. | |
| 8,777,441 B2 | 7/2014 | Vazquez | |
| 8,850,716 B2 | 10/2014 | Whitehead et al. | |
| 8,869,428 B1 * | 10/2014 | Zsolcsak et al. | 36/2.6 |
| 8,869,429 B1 * | 10/2014 | Zsolcsak et al. | 36/2.6 |
| 9,101,177 B2 | 8/2015 | Whitehead et al. | |
| 2003/0114902 A1 | 6/2003 | Prescott | |
| 2003/0145494 A1 | 8/2003 | Hsu | |
| 2004/0210214 A1 | 10/2004 | Knowlton | |
| 2004/0211189 A1 | 10/2004 | Arnold | |
| 2005/0028401 A1 * | 2/2005 | Johnson | 36/2.6 |
| 2005/0126049 A1 | 6/2005 | Koenig | |
| 2005/0193742 A1 | 9/2005 | Arnold | |
| 2006/0174521 A1 | 8/2006 | Lee | |
| 2006/0230641 A1 | 10/2006 | Vick et al. | |
| 2006/0283050 A1 | 12/2006 | Carnes et al. | |
| 2007/0039201 A1 | 2/2007 | Axinte | |
| 2008/0016715 A1 | 1/2008 | Vickroy | |
| 2008/0069524 A1 | 3/2008 | Yamauchi et al. | |
| 2008/0077211 A1 | 3/2008 | Levinson et al. | |
| 2008/0083720 A1 | 4/2008 | Gentile et al. | |
| 2008/0197126 A1 | 8/2008 | Bourke et al. | |
| 2009/0013554 A1 | 1/2009 | Macher et al. | |
| 2010/0192406 A1 | 8/2010 | Au | |
| 2010/0198322 A1 | 8/2010 | Joseph et al. | |
| 2011/0083339 A1 | 4/2011 | Luo | |
| 2011/0107771 A1 | 5/2011 | Crist et al. | |
| 2011/0296714 A1 | 12/2011 | Holzer | |
| 2011/0306299 A1 | 12/2011 | Wells | |
| 2012/0005919 A1 * | 1/2012 | Chen | A43B 7/04 |
| | | | 36/2.6 |
| 2013/0019503 A1 | 1/2013 | Vogt | |
| 2013/0085421 A1 | 4/2013 | Gillespie et al. | |
| 2013/0116759 A1 | 5/2013 | Levinson et al. | |
| 2013/0139605 A1 | 6/2013 | Burke et al. | |
| 2013/0174451 A1 | 7/2013 | Kremer et al. | |
| 2013/0181662 A1 | 7/2013 | Shapiro | |
| 2013/0213147 A1 | 8/2013 | Rice et al. | |
| 2013/0244074 A1 | 9/2013 | Kremer et al. | |
| 2014/0059894 A1 | 3/2014 | Lupinek et al. | |
| 2014/0182162 A1 | 7/2014 | Hakkala | |
| 2014/0182163 A1 | 7/2014 | Krupenkin et al. | |
| 2014/0222173 A1 | 8/2014 | Giedwoyn et al. | |
| 2014/0277632 A1 | 9/2014 | Walker | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101641027 A | 2/2010 |
| CN | 201976877 U | 9/2011 |
| DE | 20317143 U1 | 4/2004 |
| DE | 10352050 A1 | 12/2004 |
| DE | 102008029727 A1 | 12/2009 |
| EP | 0251084 A2 | 1/1988 |
| EP | 0854696 B1 | 7/1998 |
| EP | 2215918 A2 | 8/2010 |
| KR | 20-0273770 | 4/2002 |
| KR | 2009-0117205 A | 11/2009 |
| WO | 2006/111823 A1 | 10/2006 |
| WO | 2008/006731 A1 | 1/2008 |
| WO | 2008/069254 A1 | 6/2008 |
| WO | 2008/069524 A1 | 6/2008 |
| WO | 2011057142 A2 | 5/2011 |
| WO | 2013/101920 A1 | 7/2013 |
| WO | 2014064518 A2 | 5/2014 |

OTHER PUBLICATIONS

International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).

**US 9,314,064 B2**

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).
Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.
Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

International Search Report and Written Opinion for International Application No. PCT/US2012/038801 Mailed Oct. 5, 2015 (14 Pages).
International Search Report and Written Opinion for International application No. PCT/US2014/072718 filed Dec. 30, 2014 and mailed on Apr. 28, 2015, (10 pages).
International Search Report and Written Opinion of the International Search Authority mailed Feb. 25, 2016 for International Application No. PCT/US2015/062458 (12 pages).

* cited by examiner



FIG.1A

FIG.1B

FIG.1C



FIG.2A



FIG.2B



FIG.3A



FIG.3B



FIG.3C



FIG.3D



FIG.3E



FIG.3F



FIG.4A



FIG.4B



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9A



FIG.9B



FIG.9C



FIG.10



FIG.11



FIG.12



FIG.13A



FIG.13B



FIG.14



FIG.15



FIG.16



FIG.17



FIG.18



FIG. 19A

FIG. 19B



FIG. 20A

810

808

812

FIG. 20B

810

808



FIG. 21

FIG. 22A

FIG. 22B



FIG. 23A



FIG. 23B



FIG. 24



FIG. 25

FIG. 26



FIG. 27

FIG. 28

FIG. 29

US 9,314,064 B2

1

# HEATED INSOLE WITH REMOVABLE HEATING ASSEMBLY

## RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Non-Provisional Application No. 14/511,528, filed Oct. 10, 2014, which is a continuation of U.S. Non-Provisional Application No. 14/248,861, filed Apr. 9, 2014, now U.S. Pat. No. 8,869, 428, which claims the benefit of and priority to U.S. Provisional Application No. 61/947,913, filed Mar. 4, 2014, and U.S. Provisional Application No. 61/911,835, filed Dec. 4, 2013. Each of the aforementioned applications is incorporated by reference.

## TECHNICAL FIELD

This application relates to insoles such as heated insoles.

## BACKGROUND

Several occupations require employees to endure harsh weather conditions during the winter months. To name a few, soldiers, construction workers, agricultural workers, and law enforcement officers must routinely spend several hours outdoors despite cold, snowy or icy conditions. Others happily brave cold weather in order to enjoy activities such as skiing, hiking, snowshoeing, and sledding. Further, many must bear freezing temperatures after a snowstorm to shovel their car out and to clear accumulated snow from their driveway and/or sidewalk.

Regardless of whether one is exposed to cold weather conditions for work, fun, or chores, most accessorize with coats, boots, hats, and gloves to make the cold weather bearable. In addition to those accessories, heated insoles for shoes have recently been introduced in order to provide heat directly to a wearer's feet. Known heated insoles include electronics located between an insole's layers. The heated insoles include an internal heating pad coupled to an internal battery. The internal battery, due its size, has a limited battery life (e.g., 3-4 hours). In order to charge the electronics, one must connect the heated insole to an electrical power source. This requirement is a hassle for those who desire warmth in excess of the battery life. One must remove the heated insole from the shoe, plug in the insole to recharge its internal battery, wait for the insole's internal battery to recharge, and then re-introduce the insole into the shoe prior to continuing with their activity.

## SUMMARY

A heated insole, according to aspects of the invention, allows a user to easily remove and replace a battery-powered heating assembly without removing the insole from the shoe and waiting for the insole to recharge. According to the present invention, a charged heating assembly may be introduced in its place, thereby allowing essentially undisrupted use of the heated insoles. Another benefit of the present invention is that the removable heating assembly may be used as a personal heating unit when not used in conjunction with the insole. For example, the removed heating assembly may be placed in a user's clothing pocket for warmth or may be held by a user to warm the user's hands.

According to certain aspects, an insole of the invention includes an insole body and a heating element for generating heat. The heating element is removeable from and insertable into a recess of the insole body. The recess may be located

2

anywhere in the insole, including at the heel portion, the mid-foot portion, or combination thereof. In particular embodiments, the recess and heating element are configured such that the heating element is removable from and insertable into the recess while the insole is disposed within the shoe. The heating element is typically a component of a heating assembly, in which the heating assembly is removeable from and insertable into the insole as a single unit. The removable heating assembly may further include a battery for transferring energy to the heating member. The battery may be rechargeable. Alternatively or in addition to the battery, the removable heating assembly may further include a control circuit for adjusting a level of energy transmitted to or from the heating element. The control circuit may be operated by a remote control.

Aspects of the invention further include heating assemblies for inclusion in insoles. A heating assembly for inclusion in an insole may include a heating member. The heating assembly may be incorporated into an insole to form a heated insole. The heating assembly may further include a battery for transferring energy to the heating member. The battery may be charged while disposed within the heating assembly or the battery may be removed from the heating assembly for charging. Additionally, the heating assembly may include a control circuit for adjusting the level of energy transferred to or from the heating member. The circuit may be operated by a remote control. In certain embodiments, the assembly, when included in an insole, may be directly removeable from a surface of the insole. In addition, the assembly, when included in an insole, preferably allows one to remove the heating assembly from the insole when the insole is disposed within a shoe.

A benefit of the present invention is that the heating member or assembly may be easily inserted into and removed from the insole. The removable and insertable heating member or assembly is preferably designed to mate-fit with the recess of the insole. The recess may be a frame formed within the insole. In certain embodiments, the heating member, when placed within the recess, forms a portion of a top surface of the insole. In such instances, a surface of the heating member, when the heating member is disposed within the frame, is substantially flush with a surface of the frame and/or insole. The flush surfaces of the heating member, frame, and/or insole form an undisruptive surface for receiving a user's foot, thereby preventing the removeable heating member from being uncomfortable to the user wearing the insole. In embodiments where the heating member is part of a heating assembly, the heating assembly, when placed within the recess, forms a portion of a top surface of the insole. That is, a surface of the heating assembly, when the heating assembly is disposed within the frame, is substantially flush with a surface of the frame or the insole.

Insoles of the invention may be an independent item that is separate from a shoe that the insole is being used with. In such case, the insole is insertable and removable from the shoe. Alternatively, the insole of the invention can be built within or incorporated into the shoe itself (i.e. not designed for easy removal). Thus, the invention also includes a shoe having an insole that is configured to receive a removable heating member or assembly such that the heating member or assembly may be inserted into and removed from the insole while the insole is disposed within the shoe.

The heating member or assembly may include a base portion and the cushion portion coupled to the base portion. The cushion portion may form the exposed surface of the heating member or assembly that is configured to receive the user's foot. Ideally, the cushion portion is substantially flush with a

3

surface of the insole. When the heating member or assembly is installed in the insole, the cushion portion forms a surface of the insole, and provides comfort to a user wearing a shoe with the insole disposed therein. The base portion is typically a container that encloses the components of the heating member or assembly. The base portion of the heating member or assembly fits within the recess or frame of the insole. The base portion or the cushion portion may include a finger tab for assisting direct removal of the heating member or assembly from the surface of the insole.

Other aspects of the invention involve insoles having a removable and rechargeable battery. According to such aspects, an insole of the invention includes an insole body having a battery-receiving portion and a battery. The battery-receiving portion is configured such that the battery is removable from and insertable into the insole body while the insole is disposed within a shoe. In certain embodiments, the battery-receiving portion of the insole is a frame. The frame may be part of a heating assembly that provides heat to a wearer's foot when powered by the battery. The heating assembly is typically located within the insole and delivers heat to at least the forefoot portion of the shoe. The heating assembly may include a heating member and a connector, in addition to the frame. The connector of the heating assembly may be operably coupled to the frame, and functions to transfer energy from the battery to the heating member. The heating member may include a heater panel and a conductive ribbon that transfers energy along a length of the insole to the heater panel. The heating assembly may further include a circuit coupled to the connector. The circuit allows one to adjust the level of energy being transferred from the battery to the heating member. In certain embodiments, the circuit is adjustable from a remote control.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A illustrates a perspective view of an insole of the invention, according to certain aspects.

FIG. 1B illustrates a top view of the insole of FIG. 1A.

FIG. 1C illustrates a bottom view of the insole of FIG. 1A.

FIG. 2A illustrates a perspective view of a frame of an insole of the invention, according to certain aspects.

FIG. 2B illustrates a top view of a frame of the insole of FIG. 2A.

FIG. 3A illustrates a perspective view of a battery of the invention, according to certain aspects.

FIG. 3B illustrates a side view of the battery of FIG. 3A.

FIG. 3C illustrates a front view of the battery of FIG. 3A.

FIG. 3D illustrates a top view of a battery of the invention, according to another embodiment.

FIG. 3E illustrates a rear view of the battery of FIG. 3D.

FIG. 3F illustrates a side view of the battery of FIG. 3D.

FIGS. 4A and 4B illustrate an insole of the invention, according to certain aspects, disposed within a shoe.

FIG. 5 provides a partially transparent view of a heated insole 300 according to certain embodiments.

FIG. 6 illustrates an exploded view of a heated insole according to certain embodiments.

FIG. 7 illustrates an insulation layer of an insole of the invention.

FIG. 8 illustrates a water-proofing layer of an insole of the invention.

FIGS. 9A, 9B and 9C illustrate a configuration that allows bending of a heating assembly.

FIG. 10 illustrates a layout of a heating assembly according to certain embodiments.

4

FIG. 11 illustrates a frame of a heating assembly according to certain embodiments.

FIG. 12 depicts a rivet used to connect a circuit to the frame of FIG. 11.

FIGS. 13A and 13B illustrate a connector of the invention.

FIG. 14 illustrates a transparent side view of the connector of FIGS. 13A and 13B.

FIG. 15 illustrates an exploded view of a battery of the invention.

FIG. 16 illustrates the coupling between a battery and a connector of the frame.

FIG. 17 illustrates a battery magazine of the invention.

FIG. 18 illustrates enlarged prospective view of a heel portion of an insole of the invention, and shows a connector positioned at an incline.

FIG. 19A illustrates an insole with a removable heating assembly.

FIG. 19B illustrates another insole with a removeable heating assembly.

FIG. 20A illustrates the insole of FIG. 19A with the heating assembly removed.

FIG. 20B illustrates the insole of FIG. 19B with the heating assembly removed.

FIG. 21 is a schematic illustration of a removable heating assembly.

FIG. 22A provides a side-view of a removable heating assembly with a single compartment.

FIG. 22B provides a side-view of a removable heating assembly with multiple compartments.

FIGS. 23A-23B illustrates various configurations of the components disposed within a multi-compartment heating assembly.

FIG. 24 illustrates a heating element according to certain embodiments.

FIG. 25 illustrates a control circuit according to certain embodiments.

FIG. 26 illustrates a battery according to certain embodiments.

FIG. 27 illustrates an insole with a removable heating assembly and conductive elements.

FIG. 28 illustrates the insole frame with a conductive contact.

FIG. 29 illustrates a removable heating assembly with a conductive contact.

DETAILED DESCRIPTION

While the invention is described herein as pertaining to heated insoles, concepts of the present invention are also applicable to other insoles that may require battery power. For example, the structure and configuration of the present insoles with removable and insertable batteries can be applied in insoles having a vibrating mechanism (e.g. massaging insoles). In the case of a removable and insertable assembly, the assembly may include a battery, control circuit, and the vibrating mechanism. In addition, the invention is described in reference to one insole and shows a left-footed insole, but it is understood that the invention could be used to form right-footed insoles or a pair of insoles (right-footed and left-footed insoles).

FIGS. 1A-1C illustrate views of an exemplary insole 100 with a removeable battery according to the invention. As shown in FIGS. 1A-1C, the insole 100 includes a body 28 that has a distal end 24 and a proximal end 26, and can be divided up into separate sections: a heel portion 2, a midfoot portion 4, and a forefoot portion 6. The heel portion 2 is typically thicker than the midfoot portion and forefoot portion 6 due to

5   6

additional cushioning. The midfoot portion **4** may be designed to support the arch of one's foot and provides a transition between the heel portion **2** and the forefoot portion **6**. The forefoot portion **6** corresponds to the ball of one's foot and toes. Preferably, the insole body **28** is shaped to conform to a foot (left or right) of a user. In addition, the insole body **28** may be shaped to fit within any type of shoes, including boots, tennis shoes, ski boots, sandals, slip-ons, etc. Ideally, the insole body **28** is flexible such that it flexes with the motion of one's foot while they walk.

The insole body **28** includes a top surface **10**, a bottom surface **22**, a side surface **8**. The top surface **10** receives the foot of a wearer, and the bottom surface **22** rests against the sole (bottom frame) of the shoe. The top surface **10** or bottom surface **22** may be specially formed to conform to different types of feet and different types of shoes. In addition, the bottom surface **22** may rest or be designed to rest against another insole (i.e. for when the shoe has built-in insoles). The insole body **10** may be formed, at least in part, by a cushioned material to provide comfort to the user. Furthermore, the insole body **28** may be formed as part of the sole of a shoe. For instance, when the shoe, due to its structure, does not have an insole separate from the sole itself, which is often the case in slip-on shoes.

The insole body **28** of the insole **100** includes a frame **12** that is configured to receive a battery **14** disposed therein. Preferably, the frame **12** is positioned in the heel portion **2** of the insole **100**, or in the arch segment of the insole **100**. The top surface **20** of the frame is substantially flush or flush with a top surface **10** of the insole body **28**. As shown in FIGS. **1A** and **1B**, the battery **14** is shown inserted in the frame **20**. The top surface **30** of the battery **14** is substantially flush or flush with the top surfaces **10**, **20** of the insole body **28** and frame **12**, respectively. This flushness advantageously allows a user to comfortably rest his/her foot against the insole **100** without feeling differences among the multiple components. As such, the frame and the battery (when placed in the frame) may be said to form a portion of the top surface of the insole. In addition, top surfaces **20**, **30** of the frame **12** and battery **14** may be cushioned in the same manner as the insole body **28** to further prevent a wearer from feeling or being disrupted by the multiple components. For example, each component may be formed from a polymer or polymer foam. A preferred polymer or polymer foam is polyurethane. Alternatively, the components may be formed from different materials.

The frame **12** optionally includes a grasping region **18** that is shaped to allow a user to directly remove the battery **14** from the top surface **10** of the insole body **28**. That is, one does not have to remove the battery **14** from an enclosed battery compartment (i.e. with a lid for example), but can access the battery from the outer surface of the insole. As shown, the grasping region **18** is a recess within the frame **12** next to the battery **14**. Preferably, the grasping region **18** is shaped to allow a wearer to partially insert one or more fingertips therein so that the wearer can use their fingertips to easily remove the battery **14**. The grasping region **18** may be positioned anywhere within the frame **12**, and is shown on a distal portion of the frame **12**.

According to certain aspects, insoles **100** of the invention may be inserted and removed into one's shoes when one desires. In such aspect, the insole is a separate from the shoe. For removable insoles, the insole **100** may include a tab **16** that a user can pull to remove the insole **100** from the inside of a shoe. Alternatively, insoles **100** of the invention may be built into one's shoes (e.g. not designed for easy removal).

FIGS. **2A** and **2B** provide a close-up view of the frame **12** without a battery inserted therein. The frame **12** defines a recess **40** that is surrounding by sides **42** and bottom **44**. The recess **40** of the frame **14** is sized and shaped to receive the battery **14**. Preferably, the frame **12** snuggly receives the battery **14** within the recess **40** to prevent unintended movement or removal of battery **14**. The frame **12** further includes a connector **46**. The connector **46** couples to the battery **14**, and places the battery **14** in communication with a heating member (discussed hereinafter). In certain embodiments, the coupling between the connector **46** and the battery **14** is a mate-fit coupling (the particulars of which are described in more detail hereinafter). The connector **46** is preferably constructed out of an elastomeric material, which provides the ability to absorb deflection and stress. The connector **46** may pivot to assist in battery **14** insertion and removal (this function is described in more detail hereinafter). The pivoting capability and flexibility of the connector **46** allow it to maintain its mechanical integrity even when deflecting while bearing weight and other stresses.

In certain embodiments and as shown in FIG. **2A**, the frame **12** may include a rigid portion **52** and a cushion portion **50**. The cushion portion **50** provides comfort to the user, and the rigid portion **52** provides the needed structural support for the connector **46** and associated circuitry. The cushion portion **50** may be a polymeric foam.

In certain embodiments, the frame **12** of the insole **100** includes a battery indicator. The battery indicator may include light emitting diode (LED) that is associated with circuitry (such as circuit **210** shown in FIGS. **5** and **6**) disposed within the insole. In one embodiment, the battery indicator emits a light when the battery **14** is inserted into the insole **100**. The emitted light my indicate that the battery **14** is fully connected and may appear as a single flash, a series of flashes over time, or the light may constantly be emitted while the battery is in place. Optionally, the battery indicator also emits a light to illustrate that the battery **14** is running low on charge. The low-battery light may appear as a single flash, a series of flashes over time, or constantly emitted light. Preferably, the light emitted to indicate that the battery is properly inserted or connected is different from the light emitted to indicate the battery is low on charge. For example, a green light may indicate the battery is properly inserted, and a red light may indicate the battery needs to be recharged. In addition, the battery indicator may also emit a light to illustrate that the battery **14** is defective, and should be discarded.

The battery indicator may be positioned anywhere on the insole **100**. According to some embodiments, the battery indicator is positioned on the frame so that it is easily visible to a user while the insole is disposed within a shoe. FIG. **2B** shows a battery indicator **27** positioned in the grasping region **18** of the frame **12**. In this particular embodiment, the battery indicator **27** includes an LED in close proximity with an opening of the grasping region **18** of the frame **12**. The frame **12** near the battery indicator **27** may include a reflective surface to further enhance the light emitted from the LED. The opening allows light emitted from an LED, which is associated with the internal circuitry of the insole, to be seen therethrough.

The battery **14** may be the battery itself (i.e. one or more battery cells) or a battery pack, which is a body that encloses one or more battery cells. Any suitable battery may be used for the battery or battery cell. Types of batteries include, for example, nickel cadmium, nickel-metal hydride, lead acid, lithium ion, lithium ion polymer batteries. The battery chosen ideally holds charge for more than 2, 3, 4 or 5 hours, and is rechargeable. In one aspect, the battery **14** is a battery pack, and such aspect is described hereinafter and shown in FIGS. **3A**-**3C**. The battery can be inserted and removed from the insole (or sole) at the user's convenience.

US 9,314,064 B2

7

FIGS. **3A-3D** illustrate battery **14** as a battery pack according to certain embodiments. Preferably, the battery **14** is shaped to fit within the frame **12** such that the top surface of the battery **14** is substantially flush or flush with top surfaces of the frame **12** and insole body **28**. In some embodiments, the battery **14** includes a lower body portion **62** and an upper body portion **64**. The lower body portion **62** may be formed from a polymeric material, and the upper body portion **64** may be a polymeric form. The lower body portion **62** is designed to mate fit with the rigid portion **52** of the insole frame **12**. The lower body portion **62** also includes a connector portion **66** that is designed to couple (i.e. mate-fit) to the connector **46** of the frame **12**. In certain embodiments, the lower body portion **62** is also rigid to protect the battery cell disposed therein and to protect the coupling between the battery connector **66** and the frame connector **46**. The lower body portion **62** may include a door or latch that allows one to remove the battery cell(s) disposed therein. The upper body portion **64** is coupled to the lower body portion **62**. Preferably, the upper body portion **64** is cushioned to provide comfort to a user.

According to certain embodiments, the battery **14** includes a finger tab **67** that one can leverage with his/her finger to assist in removing the battery **14** from the frame **12**. The finger tab **67** can extend from the lower body portion **62**, and may be positioned on any side of the battery **14**. Preferably, the finger tab **67** is on a side of the battery **14** that mates with the grasping region **18** of the frame **12**. As shown in FIG. **3B**, the finger tab **67** is positioned at the distal end of the lower body portion **62**, which is opposite to the connector **66**, and is level with the top of the lower body portion **62**.

In preferred embodiments, the lower body portion **62** and the upper body portion **64** are designed to accommodate a raised finger tab **69**, as shown in FIGS. **3D-3E**. In such embodiment, one side (such as the distal end) of the lower body portion **62** may include a raised portion **70** from which the raised finger tab **69** extends. In addition, one side (such as the distal end) of the upper body portion **64** may include a cut-out **71** to accommodate the raised portion **70**. The raised finger tab **69** further eases one's ability to remove the battery **14** with his/her fingertip.

A benefit of insoles of the invention is that the battery **14** may be removed from the insole **100** while the insole is disposed within a shoe. FIGS. **4A** and **4B** graphically illustrate an insole **100** of an invention disposed within a shoe **200**. The insole **100** is placed within a shoe **200** such that the bottom surface of the insole rests against, for example, a sole of the shoe **200**. The battery **14** of the insole **100** is positioned at the heel portion of the insole such that the battery **14** is accessible from the shoe opening **202**. The battery **14** may be conveniently inserted into and removed from the shoe **200**, while the insole **100** is disposed within the shoe, by simply reaching one's hand into the shoe opening **202** and grabbing the battery **14**. This allows one to quickly replace a used battery for a charged battery, without having to remove the insole or wait for an internal battery of the insole to charge. In addition, the used battery may be recharged while the charged battery is being used. For example, the used battery may be charged in the charging magazine shown in FIG. **17**.

As discussed above, insoles of the invention with removable batteries are particularly well-suited for use as heated insoles. FIG. **5** provides a partially transparent view of a heated insole **300** according to certain embodiments. The heated insole **300** (like insole **100**) includes an insole body **28**, a frame **12** disposed in the heel portion of the insole, and a battery **14** placed within the frame **12**. The surfaces of the battery **14**, frame **12**, and insole body **28** may be substantially

8

flush with each other. The battery **14** may be removed directly from the surface of the insole body **28**. In addition, the battery **14** may be removed from the insole **300** while the insole **300** is disposed within a shoe. The heated insole **300** further includes a heating assembly **220**, which is described in more detail hereinafter. The heating assembly **220** is coupled to the battery **14** via the connector **46** (not shown in FIG. **5**) of the frame **12**. Optionally, the heating assembly **220** includes a circuit **210**. The heating assembly **220** extends from the heel portion to the forefoot portion of the insole body **28**. The heating assembly **220**, when powered by the battery **14**, provides heat to a wearer of shoe having the insole **300** disposed therein. In addition, the heating assembly **220** may be flexible such that it flexes in response to a wearer's movement.

FIG. **6** illustrates an exploded view of the components of the heated insole **300**. The main components of the insole body **28** include a top layer **302**, a heel cushion **306**, and a bottom layer **304**. The top layer **302** and the heel cushion **306** include openings **308**, **310** (respectively). The openings **308**, **310** are designed to receive the frame **12**. The frame **12** is designed to receive the battery **14**. The battery **14** includes a lower body portion **62** (e.g. a rigid body that encases a battery cell) and an upper body portion **64** (e.g. cushioned body).

The heated insole **300** further includes a heating assembly **220**. As shown in FIG. **6**, the heating assembly **220** includes the frame **12**, a ribbon cable **312**, and a heater panel **314**. As discussed above, the insole layers (top layer **302** and heel cushion **306**) include openings **308**, **310** (respectively) that are shaped to receive the frame **12**. The frame **12** includes a connector **46** that electrically couples to a connector of the battery **14**, when the battery **14** is placed within the frame **12**. The heater panel **314** may be any desirable shape. As shown, the heater panel **314** is a flat, substantially rectangular shape designed to fit within the forefoot portion of the insole. The ribbon cable **312** (or other conductive material) delivers electric current from the battery **14**, when coupled to the connector **46**, to the heater panel **314**. Preferably and as shown, the ribbon cable **312** is coupled to a circuit **210**. In a preferred embodiment, the ribbon cable **312** has a first end that is soldered or otherwise electrically connected to circuit board **210** and a second end that is connected to the heater panel **314**. The circuit **210** is configured to adjust the level of energy transferred from the battery **14** to the heater panel **314**. For example, the circuit **210** may be programmed to provide certain heating levels, e.g., low, medium, and high. In some embodiments, the circuit **210** may be operably associated with a temperature sensor, and the circuit **210** delivers energy to maintain a certain threshold temperature level (such as body temperature) in response to readings transmitted from the temperature sensor. In certain embodiments, the circuit **210** may be controlled by a remote control (not shown). In such an embodiment, the circuit **210** includes a receiver that receives signal from a remote, decodes the signal, and then the circuit **210** executes the operation based on the signal. In embodiments that include a battery indicator **27**, the circuit **210** controls an LED of the battery indicator. For example, the circuit **210** may cause the LED to emit light as discussed in more detail above. In addition, the circuit **210** may cause the LED to emit light upon receipt of a signal from the remote control.

Remote control technology is generally known, and relies on sending a signal, such as light, Bluetooth (i.e. ultra-high frequency waves), and radiofrequency, to operate a device or circuit. Dominant remote control technologies rely on either infrared or radiofrequency transmissions. A radiofrequency remote transmits radio waves that correspond to the binary command for the button you're pushing. As applicable to the

9

present insoles, the command may include high heat, low heat, medium heat, on, or off. A radio receiver on the controlled device (e.g. circuit 210 of heating assembly 220) receives the signal and decodes it. The receiver then transmits the decoded signal to the circuitry, and the circuitry executes the command. The above-described concepts for radiofrequency remote controls are applicable for light and Bluetooth remote controls.

According to certain aspects, all electrical and electronic components (i.e. connector 46, circuit 210, ribbon cable 312, and heater panel 314) are completely coated or sealed with water proofing sealants, coatings, and water tight encapsulating means coating to enable the circuit to function well when exposed to moisture and water.

According to certain embodiments, the heated insole 300 further includes insulation and water-proofing. For example, the ribbon cable 312 and heater panel 314 may be sandwiched between an insulation layer 316 below (also shown in FIG. 7) and a water-proofing layer 318 above (also shown in FIG. 8). Water proofing layer 318 may be made of any of various woven or non-woven materials, which allow heat to pass there through. Insulation layer 316 supports the heater panel 314, ribbon cable 312 and the circuit board 210—all of which are placed on the top face of insulation layer 316. The insulation layer 316 has a contact region 320 which abuts the frame 12. The ribbon cable 312, heater panel 314, insulation layer 316 and water proofing layer 318 are aligned with the circuit board 210. The circuit board 210 is attached to the frame 12 with a rivet that connects the circuit board 210 to the battery frame 12. See, for example, FIGS. 11-12. The rivet allows variation in the angle between the frame 12 and ribbon cable 312/circuit board 210/heater panel 314.

According to certain aspects, the design of the heating assembly 220 is flexible in order to allow the heating assembly 220 to withstand the stress and pressure accompanied by movement of a wearer. In some embodiments, the underlying insulation layer 316 includes an opening 326 that allows the ribbon cable 312 to release an amount of longitudinal stress by protruding excess length thereof into the opening 326. For example and as shown in FIG. 9A, the opening 326 is a substantially rectangular slot or groove that is slightly wider than ribbon cable 312. When the insole 300 is in its flat state, the ribbon cable 312 is laid flat in straight line between the heater 314 and the circuit board 210 without any excess length in the cable. When the insole 300 bends, the ribbon cable 312 and insulation 316 also bend (as shown in FIGS. 9B and 9C). Due to the ribbon cable's 312 fixed length, it needs room to move during bending or else buckling occurs. The slot 326 receives the excess ribbon cable 312, thereby eliminating stress on the ribbon cable's 312 electrical connections due to the bending of the insole 300. This helps to protect the ribbon cable 312 and its electrical connections from being torn or compromised by bending and sheering stresses. In certain embodiments, the heater panel 314 is attached to insulation layer 316 in a manner that allows slight movement of the heater panel 314 as the insole 300 bends. This relieves bending stress on the heater panel 314 caused by the bending of the insole 300. For example, in one embodiment, the heater panel 314 is glued, riveted or otherwise connected at one end thereof to the underlying insulation layer 316. The insulation layer 316 is preferably formed from a soft, pliable material, which allows some "give" when the heater panel 314 is pulled by ribbon cable 312 during bending.

Referring now to FIG. 7, the insulation portion 316 has a contact region 320 that abuts the frame 12. The contact region 320 is designed to be used interchangeably in right and left shoes. To that end, and as best shown in FIG. 7, the terminal

10

end 350 of contact region 320 angles outwardly to create two different attachment ends. As shown, wall 350a emanates from a first corner 354a of the contact region 320 and angles outwardly. Wall 350b similarly emanates for a second corner 354b and angles outwardly. Walls 350a and 350b meet at apex 352. This geometry enables the insulation layer 316 and the heater 314 to be assembled in a range of angles so the same assembly would fit into left and right shoes with varying sizes. This geometry is described further in reference to FIG. 10.

FIG. 10 shows a bottom transparent view of an insole 300 according to an embodiment of the invention. As shown, an insole 300 is slightly angled from heel (proximal end 26) to toe (distal end 24). In order to substantially center the heater panel 314 in the forefoot portion 6 of the insole 300, the heater panel 314 must be somewhat offset with respect to the heel portion 2. As illustrated by the dotted line 44 in FIG. 10, if the ribbon cable 312 and heating element 314 would emanate from the frame 12 in a substantially linear manner—the heating element 314 would not be substantially centered in the forefoot portion 6, but rather it would be skewed to one side of the forefoot portion 6. However because, as shown, wall 350a abuts the frame 12 and because wall 350a is angled, the trajectory of the ribbon cable 312 and heating element 314 is slightly angled so as to position the heating element 314 in the general center of forefoot portion 6. As shown in FIG. 10, wall 350a is used as a contact surface in a left shoe. Wall 350b may be used as a contact surface of a right shoe. The angled terminal end 350 of the contact region 320, thus, allows the ribbon cable 312 and heating panel 314 to be used in any shoe.

The above-described features of the heating assembly 220 (e.g. flexibility and angled nature due to contact region) beneficially allow the heating assembly 220 to be incorporated in an insole or sole of a wide variety of shoes, including worker boots, tennis shoes, hiking boots, skiing shoes, snow shoes, etc. In addition, the above-described features allow one to use the same manufacturing process to produce heating assemblies for both right and left insoles.

FIG. 11 illustrates a close up view of the frame 12 that may be used in insoles of the invention. The frame 12 includes connector 46 and defines a recess 40 that is surrounding by sides 42. The recess 40 of the frame 14 is sized and shaped to receive the battery 14. The frame further includes extension member 370. The extension member 370 includes a rivet opening 462. A rivet associated with the circuit 210 (as shown in FIG. 6) may couple to the frame 12 via rivet opening 462. FIG. 12 illustrates a rivet 372 suitable for coupling the circuit 210 to the frame 12. Preferably, the rivet 372 is flexible such that it can deflect without breaking A flexible rivet maintains the integrity of the connection between the frame 12 and the circuit board 210 despite bending of the insole 300. In certain embodiments, the rivet 372 is made from a technical grade elastomeric material.

As discussed above, the connector 46 of the frame 12 may, according to certain embodiments, pivot or rotate in order to connect to the battery as it is placed directly into the frame 12. This pivoting motion allows the battery 14 to snugly fit within the recess of the frame 12. Without the pivoting motion, the frame 12 and its recess may have to be larger than the battery in order to accommodate the lateral motion required to connect the battery 14 to the connector 26. FIG. 18 illustrates an enlarged view of the heel portion of an insole with the connector 46 positioned at an incline. The angle of the incline can vary depending on applications and the amount of pivot one desires. In certain embodiments, the connector may be configured to rotate, for example, 10°, 20°, 30°, . . . , 80°, 90°.

11

FIGS. **13**A and **13**B illustrate an exemplary design of the connector **46**. The connector **46** includes one or more hinges **510**. The hinges mate with indents in the frame **12** (not shown). The hinge **510** allows the connector **46** to pivot/rotate upwardly in order to align with a battery **14** to be inserted. The connector may be formed from a polymer, plastic, rubber, and/or thermoplastic elastomeric material. The connector **46** is preferably constructed out of elastomeric material giving it the ability to absorb deflection and stress. The above-mentioned features of the connector **46** allow the connector **46** to maintain its mechanical integrity even while deflecting and being subjected to external stresses (e.g. pressure from a wearer's movement).

According to certain embodiments and as shown in FIG. **13**A, the connector **46** includes one or more electrical contact housing members **512**. Electrical contacts (best shown in FIG. **16**) are housed inside of the housing members **512**, and are accessible through openings **502**. The electrical contact housing members **512** mate fit with a connector portion **66** of the battery **14**. In particular embodiments, the connector portion **66** of the battery **14** defines a recess **19** that includes an internal separator **17**. See, for example, FIG. **3**C. When the battery **14** is coupled to the connector **46**, the internal separator **17** is positioned between the electrical contact housing members **512**. Thus, the internal separator **17** acts to guide the housing members **512** into place as the battery **14** coupled to the connector **46**. Electrical contacts (as shown in FIG. **16**) within the housing members **512** are then coupled to battery pins **21** that are positioned in the battery recess **19**. When the contact points are coupled to the battery pins **21**, energy from the battery **14** can be transferred to the heater panel **314** via the connector **46**.

As further shown in FIG. **13**A, the outer walls of the connector **46**, which face the battery, may have angled geometry **504** to help guide the electrical contact housing members **512** into the battery recess **19**. In certain embodiments, the connector **46** further includes one or more ridges **508** for water proofing. When the battery **14** is fully engaged with the connector **46**, the ridges **508** prevent water from entering the battery recess **19** and disrupting the electrical connection.

FIG. **13**B illustrates a back side of the connector **46**, which is in communication with the heating assembly **220**. The back side of the connector **46** may include one or more openings **520** or similar cutouts for allowing wires or similar conductors to pass out of the connector **46**. Those conductors/wires are in electrical communication with the electrical contacts **537** (as shown in FIGS. **15** and **16**) of the connector **46** and may be coupled to the circuit **210**, ribbon cable **312**, or both. The openings **520** are sealed with a water proof sealant to protect the wires from water or other elements. The back side of the connector **46** may also include a lip **522**, which is used as a height gauge for the wires and sealant compound during the assembly of the connector **46**. Lip **522** presents a physical barrier which limits the amount of sealant compound that may be introduced into the area there below. This prevents excessive build-up of sealant materials—which may prevent or limit movement of the connector **46**.

FIG. **14** shows a side, transparent view of a connector **46**. As shown, a structural recessed round cavity **518** inside of the connector **46** is filled with the sealant and keeps the sealant in place to help maintain any sealant that is introduced through openings **520** from loosening and compromising the water tight seal.

As discussed above, the insoles of the invention are designed to receive a battery **14**. See, for example, FIGS. **3**A-**3**C. In certain embodiments, the battery **14** may be a battery pack. A battery pack includes a body enclosing a

12

battery cell. The body may be the lower body portion **62**, as shown in FIGS. **3**A-**3**C. FIG. **15** illustrates an exploded view of the lower body portion **62**. As shown in FIG. **15**, the lower body portion **62** of the battery pack includes a boxed portion **602**. The boxed portion **602** defines a recess to receive the battery cell **604** and includes the connector portion **66** (which couples to the connector **46** of the frame **12**). A battery cell **604** may be placed in the recess. The boxed portion **602** may include a locking ridge **608** or tab on the side opposite of the connector portion **66**. Optionally, the locking ridge **608** meets with an indent in the frame **12**, when the battery **14** is placed in the frame, in order to prevent undesirable movement of the battery **14** while still allowing the battery **14** to be removed from the frame upon application of upward force (e.g., manual removal). The battery cell **604** is enclosed in the boxed portion **602** via lid **606**. The lid **606** may be permanently attached to the battery box **602** or the lid **606** may be removable to allow one to swap the battery cell **604**. The lid **606** includes a finger tab **67** that one can leverage with his/her finger to assist in removing the battery **14** from the frame **12**. When the lid **606** is removable, the finger tab **67** may also be used to remove the lid **606** from the boxed portion **602**. When assembled, the pins **21** of the connector portion **66** are in electrical communication with the battery cell **604**.

FIG. **16** provides a transparent view of the battery **14** coupled to the connector **46** of the frame, according to certain embodiments. As shown in FIG. **16**, the pins **21** of the battery **14** enter the electrical contact housing members **512** of the connector **46**, which places the pins **21** in electrical communication with the electrical contacts **537**. Ideally and as shown, the inners walls of the recess **19** of the connector portion **66** include one or more slanted segments **540**. The slanted segments press on the edges of the connector **46** when the battery is inserted all the way into the connector, this pressure forces the electrical contacts **537** to press against the pins **21**, and maintain such contact.

FIG. **17** shows a battery magazine for charging and transporting batteries, according to certain embodiments. As shown in FIG. **17**, the battery magazine is a frame **700** forming one or more recesses **702**, each configured to receive a battery. The frame **700** of the magazine is configured to hold one or more connectors **746** (which are ideally the same as pivoting connector **46** of frame **12**). The connectors **746** may be coupled to electrical cord that allows the connectors **746** to charge one or more batteries when the electrical wiring is plugged into an electrical outlet. In alternative embodiments, the battery magazine may include a USB socket that is coupled to the connectors **746**. In such embodiments, a USB adaptor may be used to charge the batteries. The battery magazine may also include a circuit, such as a printed circuit board, disposed within the magazine and operably associated with the connectors **746**. A function of the circuit includes monitoring charging of the battery to prevent under- or overcharging of the batteries. The circuit may be operably associated with one or more LEDs. In one embodiment, the battery magazine includes LEDs for each battery that the magazine is designed to receive. In this embodiment, the circuit can be configured to cause each LED to emit light in order to convey one or more functions with respect to one or more batteries in the magazine. The one or more functions may include, for example, showing the following: battery is connected, battery is charging, battery is malfunctioning, and battery is fully charged. The light emitted from the LED may be same or different for each function. For example, the light may be a different color for the one or more functions, or the

13

14

light may be emitted in the same or different manner (single pulse, series of pulses, or constant light) for the one or more functions.

In addition to insoles with removable batteries, aspects of the invention also involve insoles with a removeable heating member or assembly. Such aspects are described in more detail hereinafter.

FIGS. 19A and 19B illustrate views of exemplary insoles 200 having a removable heating element. The insoles of FIGS. 19A and 19B have the same basic insole construction (top surface, bottom surface, heel portion, midfoot portion, forefoot portion, materials, tab, etc.) as the insoles of FIGS. 1A-1C.

The insoles 200 of FIGS. 19A and 19B include a removable heating element 802. As shown in FIGS. 19A and 19B, the removeable heating element 802 is a component of a removable heating assembly 804. The removeable heating assembly may include the heating element and optionally a control circuit and a battery. The components of the removable heating assembly are discussed in more detail hereinafter. The removable heating assembly 804 may be centralized across the insole (as shown in FIG. 19A) or may be abutted against an edge of the insole 200 (as shown in FIGS. 19B).

The body 808 of the insole 200 may include a recess or frame 810 configured to receive the removable heating assembly 804. The frames 810 for insoles of FIGS. 19A and 19B are shown in FIGS. 20A and 20B, respectively. Preferably, the heating assembly 804 and frame 810 have complementary designs to achieve a snug fit, which prevents unintended movement or removal of the heating assembly 804. The frame 810 may be positioned in the heel section, midfoot section, or span across both sections of the insoles. The frame may be a cut-out portion of the insole body 808 or may be a separate reinforced insert disposed within the insole body 808. When the heating assembly 804 is inserted into the frame, a top surface of the heating assembly is substantially flush with the top surface of the insole body 808 and, in some instances, a top surface of the frame 810. The flushness advantageously allows a user to rest his/her foot against the insole 200 without feeling differences between the multiple components. In this manner, the heating assembly and/or frame may be said to form a portion of the top surface of the insole. In addition, top surfaces of the heating assembly 804 and/or frame 810 may be cushioned in the same manner as the insole body 808 to further prevent a wearer from feeling or being disrupted by the multiple components. For example, each component may be formed from a polymer or polymer foam. A preferred polymer or polymer foam is polyurethane. Alternatively, the components may be formed from different materials.

The frame 810 optionally includes a grasping region 812 that is shaped to allow a user to directly remove the assembly 804 from the frame 810. The grasping region may be a cut-out to receive one or more fingertips of a user for removal of the assembly 804. Alternatively, the assembly 804 may include a pull tab 814 that allows a user to directly remove the assembly 804 from the frame 810. In either case, a user does not have to remove heating member 802 or heating assembly 804 from an enclosed compartment (i.e. with a lid), but can access the heating member 802 or heating assembly 804 directly from the external surface of the insole body 808. A benefit of insoles having removable heating assemblies is that the heating assembly may be directly removed from the insole while the insole remains within a shoe.

The heating assembly 804 includes a heating element 802. The heating member 802 is designed transfer heat to a user. When the heating assembly 804 is disposed within the insole

200, the heating assembly 804 delivers heat to a foot of the user. When the heating assembly 804 is removed from the insole 200, the heating assembly 804 can be used a personal heating device. For example, the heating assembly 804 may be placed in a clothing pocket for additional warmth, or the heating assembly 804 may be held by the user for personal heating (e.g. hand warmer, neck warmer, etc.). As such, the removeable heating assemblies of the invention perform several functions, e.g., 1) heat warmers when used in conjunction with an insole; 2) personal heating device when removed from the insole.

The heating assembly 804, in addition to a heating member 802, may also include a control circuit, one or more batteries, or a combination thereof. FIG. 21 is a schematic illustration of a preferred heating assembly, which includes the following interconnected components: a battery, a control circuit, and a heating element. As shown in FIGS. 22A-22B, the heating assembly 804 may be formed from a lower body portion 820 and a top body portion 822. According to certain embodiments, the lower body portion 820 acts as a base and is a container that encloses the components of the heating assembly, such as the battery, control circuit and heating element. The top body portion 822 may be a cushion to provide comfort to the user. The top body portion 822 also forms the top surface of the assembly 804, which is configured to be flush with top surface of the insole 200. In certain embodiments, the lower body portion 820 is of sufficient rigidity to protect the internal components from damaging pressure, while retaining sufficient flexibility to accommodate bending of the insole during use. In other embodiments, the lower body portion 820 may have variable flexibility/rigidity across the length of the lower body portion 820. For example, it may be advantageous for the part of the lower body portion 820, which corresponds to the midfoot of the insole when the assembly is placed within the insole, to have greater flexibility because the midfoot experiences more bending during use. The lower body portion 820 may be formed from a polymeric material and the top body portion 822 may be formed from a polymeric foam 820.

FIGS. 22A and 22B depict side profiles of heating assemblies 804. The heating assembly 804 of FIG. 22A has a lower body portion 820 formed from a single compartment, which may encompass the heating element, control circuit, and/or battery. The heating assembly 804 of FIG. 22B has a lower body portion 820 with two or more compartments (shown with two compartments), in which the heating element, control circuit, or battery may be placed in the same or separate compartments 830. FIGS. 23A and 23B illustrate various combinations of the components of the assembly placed in separate compartments 830. For multi-compartment lower body portions 820, the divider 832 between the compartments 830 may be flexible or hinged to allow slight bending of the lower body portion 820.

FIGS. 24-26 depict the various components of the heating assembly 804. FIG. 24 depicts a heating element suitable for use in the heating assembly 804.

As shown in FIG. 24, the heating element 802 includes a panel 840 with a plurality of interconnected resistors 840. Energy is transferred from the battery to the panel 804 with the interconnected resistors 840, which then generates uniform heat. The panel 840 may formed from a flexible (such as a copper film) or a rigid material.

FIG. 25 illustrates a control circuit 844 suitable for use in the heating assembly 804. The control circuit 844 (like circuit 210) configured to adjust the level of energy transferred from the battery to the heating element 802. For example, the circuit 844 may be programmed to provide certain heating

US 9,314,064 B2

15

levels, e.g., low, medium, and high. In some embodiments, the circuit **844** may be operably associated with a temperature sensor, and the circuit **844** delivers energy to maintain a certain threshold temperature level (such as body temperature) in response to readings transmitted from the temperature sensor. In certain embodiments, the circuit **844** may be controlled by a remote control (not shown). In such an embodiment, the circuit **844** includes a receiver that receives signal from a remote, decodes the signal, and then the circuit **844** executes the operation based on the signal. In certain embodiments, the heating assembly **804** may include an external battery indicator, which alerts the user to a charge status of the battery. In such embodiments, the circuit **844** controls an LED of the battery indicator. For example, the circuit **844** may cause the LED to emit certain types of light as discussed in more detail above. In addition, the circuit **844** may cause the LED to emit light upon receipt of a signal from the remote control.

FIG. **26** illustrates a battery **846** suitable for use with the heating assembly **804**. Any suitable battery may be used for the battery **846**. Types of batteries include, for example, nickel cadmium, nickel-metal hydride, lead acid, lithium ion, lithium ion polymer batteries. The battery **846** chosen ideally holds charge for more than 2, 3, 4 or 5 hours, and is rechargeable. The battery **846** may be charged while disposed in the heating assembly **804** by a plug-in charger. Alternatively, the battery **846** may be removed from the heating assembly **804** and recharged while removed or replaced by another fully-charged battery. As further shown in FIG. **26**, the battery **846** may optionally be physically attached to the control circuit **844**.

FIG. **27** illustrates an additional embodiment of the heated insoles with the removable heating assembly. As shown in FIG. **27**, the insole body **808** may include one or more heat spreading or conductive elements **860**. The conductive elements **860** facilitate the transfer of heat generated by the heating member **802** or assembly **804** to other portions of the insole (such as the toe portion of the insole body **808**). Ideally, the conductive elements **860** are formed from a material that transfers thermal or electrical energy. In some embodiments, the conductive elements **860** are formed from a flexible metal (e.g., copper, silver, graphite, etc.). The conductive elements **860** may be positioned within an insole layer or between insole layers. The conductive elements **860** may be placed in an array-configuration (as shown in FIG. **27**), but other configurations may also be used.

In some embodiments, the conductive elements **860** may transfer heat indirectly received from the heating assembly **804** (e.g. due to close proximity to the thermal energy output putted by the heating assembly). In other embodiments, the conductive elements **860** may electrically connect to the heating assembly **804** to further facility heat transfer. FIGS. **28** and **29** illustrate an electrical connection between the heating assembly **804** and conductive elements **860**. As shown in FIG. **28**, the conductive elements **860** terminate at a connective contact **862**A. The connective contact **862**A may be positioned within the frame **810** of the insole body **808**. The connective contact **862**A is configured to mate/connect with a connective contact **862**B of the heating assembly **804** (See FIG. **29**). The connective contact **862**B is coupled to the heating member **802** and/or battery **846** for transmission of energy when connected to the connective contact **862**A. When the heating assembly **804** is inserted into the frame **810**, the heating assembly **804** is electrically coupled to conductive elements **860** of the insole body **808**. The electrical connection allows energy to be directly transferred from the heating

16

assembly **804** to the conductive elements **860**, thereby causing the conductive elements to transmit heat.

Portions of the insole (such as the frame), assembly (such as the lower body portion) and the battery (such as the lower body portion) may be formed from any suitable plastic, polymer, or polymeric blend. Any components and portions thereof may be formed from a flexible material, rigid material, or a material of variable rigidity (e.g. transition from rigid to flexible). Suitable materials may include Polyethylene terephthalate (PET), Polyethylene (PE), High-density polyethylene (HDPE), Polyvinyl chloride (PVC), Polyvinylidene chloride (PVDC), Low-density polyethylene (LDPE), Polypropylene (PP), Polystyrene (PS), High impact polystyrene (HIPS), etc. The material of the frame and the battery may be the same or different. In addition, the material of the insole body and the layers of the insole may depend on the need of the insole (e.g. what activity will the insole be used for). These insole materials may be plastic, polymer, rubber, thermoplastic elastomeric material, leather, cotton, and polymer foams. Preferred polymer foams include polyurethane foams.

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The foregoing embodiments are therefore to be considered in all respects illustrative rather than limiting on the invention.

The invention claimed is:

**1**. An insole for a shoe, the insole comprising:

an insole body defining a recess, the insole body configured to be removable from the shoe and being configured to contact a foot of a user and to contact a bottom sole of the shoe; and

a removable heating assembly comprising an battery interconnected to a heating member for generating heat, the heating assembly being removeable from and insertable into the recess of the insole body; and

wherein the insole body is made out of a flexible, cushioning material so as to flex with the motion of the foot while walking and to conform to different types of feet.

**2**. The insole of claim **1**, wherein the removable heating assembly further comprises a control circuit for adjusting a level of energy transmitted from the heating member.

**3**. The insole of claim **1**, wherein the recess is formed in a heel portion of the insole body.

**4**. The insole of claim **3**, wherein the insole comprises one or more conductive elements configured to receive heat generated by the heating member.

**5**. The insole of claim **4**, wherein the one or more conductive elements are metallic and disposed within a forefoot portion of the insole body.

**6**. The insole of claim **1**, wherein the heating member is removable from and insertable into the recess of the insole body while the insole body is within the shoe.

**7**. The insole of claim **1**, wherein the battery is rechargeable.

**8**. The insole of claim **1**, wherein a top surface of the battery is substantially flush with a top surface of the insole body.

**9**. An insole for a shoe, the insole comprising:

an insole body defining a recess, the insole body configured to be removable from the shoe and being configured to contact a foot of a user and to contact a bottom sole of the shoe;

a conductive element disposed within the insole body; and

a removable assembly being removable from and insertable into the recess of the insole body, the removable assembly comprising a battery interconnected to a con-

US 9,314,064 B2

17

18

trol circuit that is configured to adjust a level of energy transmitted to the conductive element; and

wherein the insole body is made out of a flexible, cushioning material so as to flex with the motion of the foot while walking and to conform to different types of feet.

**10**. The insole of claim **9**, wherein the removable assembly further comprises a heating element.

**11**. The insole of claim **10**, wherein the control circuit adjusts a level of energy transmitted from the battery to the heating element, thereby adjusting the level of energy transmitted to the conductive element.

**12**. The insole of claim **9**, wherein the conductive element is metallic and disposed within a forefoot portion of the insole body.

**13**. The insole of claim **9**, wherein the battery is rechargeable.

**14**. The insole of claim **9**, wherein the removable assembly, when placed within the recess, forms a portion of a top surface of the insole body.

**15**. The insole of claim **9**, wherein a top surface of the battery is substantially flush with a top surface of the insole body.

\*   \*   \*   \*   \*