US009572397B2

(12) **United States Patent**

Zsolcsak et al.

(10) Patent No.: **US 9,572,397 B2**

(45) Date of Patent: *\*Feb. 21, 2017**

(54) **HEATED INSOLE WITH REMOVABLE ASSEMBLY**

(71) Applicant: **Schawbel Technologies LLC**, Bedford, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US); **Karl Winkler**, Bedford, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 75 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/719,819**

(22) Filed: **May 22, 2015**

(65) **Prior Publication Data**

US 2015/0282556 A1    Oct. 8, 2015

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/511,528, filed on Oct. 10, 2014, which is a continuation of

(Continued)

(51) **Int. Cl.**
*A43B 7/02*    (2006.01)
*A43B 7/34*    (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *A43B 7/34* (2013.01); *A43B 3/0015* (2013.01); *A43B 3/0031* (2013.01); *A43B 7/04* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... A43B 7/04; A43B 3/0005; A43B 3/0015; A43B 7/02; A43B 7/025; H05B 3/342; H05B 3/06; A61F 2007/0045; A61F 2007/008
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,680,918 A      6/1952   Behner
3,360,633 A     12/1967   Weisberger

FOREIGN PATENT DOCUMENTS

CN         2281677        5/1998
CN         2515992  Y    10/2002
(Continued)

OTHER PUBLICATIONS

Invitation and Partial International Search Report mailed Aug. 8, 2016 for International Application No. PCT/US2016/032891 (6 Pages).

(Continued)

*Primary Examiner* — Ted Kavanaugh
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **ABSTRACT**

A heated insole for a shoe has an insole body, a heating element, and a removable assembly. The insole body has a recess, and the heating element delivers heat to at least a portion of the insole body. The removable assembly is removable from and insertable into the recess of the insole body, and includes a battery and a control circuit that is configured to control heating of the heating element.

**11 Claims, 26 Drawing Sheets**





## US 9,572,397 B2

Page 2

### Related U.S. Application Data

application No. 14/248,861, filed on Apr. 9, 2014,
now Pat. No. 8,869,428.

(60) Provisional application No. 61/947,913, filed on Mar.
4, 2014, provisional application No. 61/911,835, filed
on Dec. 4, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| *A43B 13/38* | (2006.01) |
| *H05B 3/34* | (2006.01) |
| *A43B 3/00* | (2006.01) |
| *A43B 7/04* | (2006.01) |
| *A43B 17/00* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *A43B 13/38* (2013.01); *A43B 17/00*
(2013.01); *H05B 3/342* (2013.01)

(58) **Field of Classification Search**
USPC .................... 36/2.6, 137, 139, 132; 219/211
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,585,736 | A | 6/1971 | Polichena |
| 3,621,191 | A | 11/1971 | Cornwell |
| 3,800,133 | A | 3/1974 | Duval |
| 4,470,263 | A | 9/1984 | Lehovec et al. |
| 4,507,877 | A | 4/1985 | Vaccari et al. |
| 4,665,301 | A | 5/1987 | Bondy |
| 4,699,123 | A | 10/1987 | Zaborowski |
| 4,823,482 | A | 4/1989 | Lakic |
| D303,524 | S | 9/1989 | Siegner et al. |
| 4,894,931 | A | 1/1990 | Senee et al. |
| 4,910,881 | A | 3/1990 | Baggio et al. |
| 5,041,717 | A | 8/1991 | Shay, III et al. |
| D320,212 | S | 9/1991 | Someya |
| 5,230,170 | A | 7/1993 | Chen |
| 5,483,759 | A | 1/1996 | Silverman |
| 5,495,682 | A | 3/1996 | Chen |
| 5,565,124 | A | 10/1996 | Balzano |
| 5,592,759 | A | 1/1997 | Cox |
| 5,623,772 | A | 4/1997 | Sunderland et al. |
| 5,800,490 | A | 9/1998 | Patz et al. |
| 5,802,865 | A | 9/1998 | Strauss |
| 5,830,208 | A | 11/1998 | Muller |
| 5,875,571 | A | 3/1999 | Huang |
| 5,882,106 | A | 3/1999 | Galli |
| 5,956,866 | A | 9/1999 | Spears |
| 5,970,718 | A | 10/1999 | Arnold |
| 6,074,414 | A | 6/2000 | Haas et al. |
| 6,094,844 | A | 8/2000 | Potts |
| D432,493 | S | 10/2000 | Killebrew et al. |
| 6,125,636 | A | 10/2000 | Taylor et al. |
| 6,189,327 | B1 | 2/2001 | Strauss et al. |
| D440,201 | S | 4/2001 | Huynh et al. |
| 6,320,161 | B1 | 11/2001 | Hansen, Jr. |
| 6,523,836 | B1 | 2/2003 | Chang et al. |
| 6,649,873 | B1 * | 11/2003 | Cintron, Jr. ....... A41D 13/0051 219/211 |
| 6,657,164 | B1 | 12/2003 | Koch |
| D486,789 | S | 2/2004 | Santiago |
| 6,701,639 | B2 | 3/2004 | Treptow et al. |
| 6,770,848 | B2 | 8/2004 | Haas et al. |
| 6,840,955 | B2 | 1/2005 | Ein |
| 6,841,757 | B2 | 1/2005 | Marega et al. |
| 6,865,825 | B2 | 3/2005 | Bailey, Sr. et al. |
| 7,022,093 | B2 | 4/2006 | Smith et al. |
| D528,075 | S | 9/2006 | Sugeno et al. |
| D533,832 | S | 12/2006 | Hock |
| 7,152,345 | B2 | 12/2006 | Koenig |
| D538,225 | S | 3/2007 | Lyman et al. |
| D538,226 | S | 3/2007 | Lyman et al. |

| | | | |
|---|---|---|---|
| D546,277 | S | 7/2007 | Andre et al. |
| 7,244,253 | B2 | 7/2007 | Neev |
| D552,081 | S | 10/2007 | Yano |
| 7,497,037 | B2 | 3/2009 | Vick et al. |
| 7,565,754 | B1 | 7/2009 | Acheson et al. |
| D602,432 | S | 10/2009 | Moussa |
| D609,180 | S | 2/2010 | Suzuki et al. |
| 7,714,709 | B1 | 5/2010 | Daniel |
| 7,716,856 | B2 | 5/2010 | Seipel |
| 7,726,046 | B2 | 6/2010 | Portnell |
| 7,823,302 | B2 | 11/2010 | Mann et al. |
| D637,552 | S | 5/2011 | Inman et al. |
| 7,985,502 | B2 | 7/2011 | Abe et al. |
| D642,517 | S | 8/2011 | Inman et al. |
| 8,074,373 | B2 | 12/2011 | Macher et al. |
| 8,084,722 | B2 | 12/2011 | Haas et al. |
| D654,429 | S | 2/2012 | Li et al. |
| D660,798 | S | 5/2012 | Tseng |
| 8,384,551 | B2 | 2/2013 | Ross et al. |
| 8,397,518 | B1 | 3/2013 | Vistakula |
| D682,195 | S | 5/2013 | Aglassinger |
| D685,729 | S | 7/2013 | Lyman |
| D686,157 | S | 7/2013 | Kawase et al. |
| 8,510,969 | B2 | 8/2013 | Arnold |
| D689,019 | S | 9/2013 | Sato et al. |
| D694,176 | S | 11/2013 | Buetow et al. |
| D698,313 | S | 1/2014 | Buetow et al. |
| 8,638,958 | B2 | 1/2014 | Wells |
| D699,178 | S | 2/2014 | Ashida et al. |
| D699,179 | S | 2/2014 | Alexander |
| D700,135 | S | 2/2014 | Sato et al. |
| 8,658,943 | B1 | 2/2014 | Larsen et al. |
| 8,715,329 | B2 | 5/2014 | Robinson et al. |
| 8,777,441 | B2 | 7/2014 | Vazquez |
| 8,850,716 | B2 | 10/2014 | Whitehead et al. |
| 8,869,428 | B1 | 10/2014 | Zsolcsak et al. |
| 8,869,429 | B1 | 10/2014 | Zsolcsak et al. |
| 9,101,177 | B2 | 8/2015 | Whitehead et al. |
| 9,179,734 | B2 | 11/2015 | Zsolcsak et al. |
| 9,215,905 | B2 * | 12/2015 | Tseng ...................... A43B 7/02 |
| 2003/0114902 | A1 | 6/2003 | Prescott |
| 2003/0145494 | A1 | 8/2003 | Hsu |
| 2004/0210214 | A1 | 10/2004 | Knowlton |
| 2004/0211189 | A1 | 10/2004 | Arnold |
| 2005/0028401 | A1 | 2/2005 | Johnson |
| 2005/0126049 | A1 | 6/2005 | Koenig |
| 2005/0193742 | A1 | 9/2005 | Arnold |
| 2006/0174521 | A1 | 8/2006 | Lee |
| 2006/0201025 | A1 * | 9/2006 | Chou ...................... A43B 7/04 36/2.6 |
| 2006/0230641 | A1 | 10/2006 | Vick et al. |
| 2006/0235346 | A1 | 10/2006 | Prescott |
| 2006/0283050 | A1 | 12/2006 | Carnes et al. |
| 2007/0039201 | A1 | 2/2007 | Axinte |
| 2008/0016715 | A1 | 1/2008 | Vickroy |
| 2008/0069524 | A1 | 3/2008 | Yamauchi et al. |
| 2008/0077211 | A1 | 3/2008 | Levinson et al. |
| 2008/0083720 | A1 | 4/2008 | Gentile et al. |
| 2008/0197126 | A1 | 8/2008 | Bourke et al. |
| 2009/0013554 | A1 | 1/2009 | Macher et al. |
| 2010/0192406 | A1 | 8/2010 | Au |
| 2010/0198322 | A1 | 8/2010 | Joseph et al. |
| 2011/0083339 | A1 | 4/2011 | Luo |
| 2011/0107771 | A1 | 5/2011 | Crist et al. |
| 2011/0296714 | A1 | 12/2011 | Holzer |
| 2011/0306299 | A1 | 12/2011 | Wells |
| 2012/0005919 | A1 | 1/2012 | Chen |
| 2013/0019503 | A1 | 1/2013 | Vogt |
| 2013/0085421 | A1 | 4/2013 | Gillespie et al. |
| 2013/0116759 | A1 | 5/2013 | Levinson et al. |
| 2013/0139605 | A1 | 6/2013 | Burke et al. |
| 2013/0174451 | A1 | 7/2013 | Kremer et al. |
| 2013/0181662 | A1 | 7/2013 | Shapiro |
| 2013/0213147 | A1 | 8/2013 | Rice et al. |
| 2013/0244074 | A1 | 9/2013 | Kremer et al. |
| 2013/0247410 | A1 * | 9/2013 | Tseng ...................... A43B 7/02 36/2.6 |
| 2014/0059894 | A1 | 3/2014 | Lupinek et al. |
| 2014/0182162 | A1 | 7/2014 | Hakkala |

## US 9,572,397 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0182163 | A1 | 7/2014 | Krupenkin et al. |
| 2014/0222173 | A1 | 8/2014 | Giedwoyn et al. |
| 2014/0277632 | A1 | 9/2014 | Walker |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101641027 | A | 2/2010 |
| CN | 201806017 | U | 4/2011 |
| CN | 201976877 | U | 9/2011 |
| DE | 3904603 | A1 | 8/1990 |
| DE | 20317143 | U1 | 4/2004 |
| DE | 10352050 | A1 | 12/2004 |
| DE | 102008029727 | A1 | 12/2009 |
| EP | 0251084 | A2 | 1/1988 |
| EP | 0854696 | B1 | 7/1998 |
| EP | 2215918 | A2 | 8/2010 |
| KR | 20-0273770 | | 4/2002 |
| KR | 2009-0117205 | A | 11/2009 |
| WO | 2006/111823 | A1 | 10/2006 |
| WO | 2008/006731 | A1 | 1/2008 |
| WO | 2008/069254 | A1 | 6/2008 |
| WO | 2008/069524 | A1 | 6/2008 |
| WO | 2011057142 | A2 | 5/2011 |
| WO | 2013/101920 | A1 | 7/2013 |
| WO | 2014064518 | A2 | 5/2014 |

OTHER PUBLICATIONS

International Search Report and Written Opinion of the International Searching Authority Mailed Oct. 4, 2016 for International Application No. PCT/US2016/032891 (17 Pages).
Non Final Office Action mailed Aug. 7, 2014 for U.S. Appl. No. 14/248,861 (11 Pages).
Response to Non Final Office Action Filed on Aug. 14, 2014 for U.S. Appl. No. 14/248,861 (7 Pages).
Non Final Office Action mailed Sep. 11, 2014 for U.S. Appl. No. 14/248,891 (6 Pages).
Response to Non Final Office Action Filed on Nov. 21, 2014 for U.S. Appl. No. 14/248,891 (13 Pages).
Final Office Action mailed Jan. 28, 2015 for U.S. Appl. No. 14/248,891 (5 Pages).
Response to Final Office Action Filed on Apr. 14, 2015 for U.S. Appl. No. 14/248,891 (7 Pages).
Non Final Office Action mailed Apr. 28, 2015 for U.S. Appl. No. 14/248,891 (7 Pages).
Response to Non Final Office Action Filed on Jun. 15, 2015 for U.S. Appl. No. 14/248,891 (6 Pages).
Final Office Action mailed Feb. 26, 2016 for U.S. Appl. No. 14/248,891 (5 Pages).
Response to Final Office Action Filed on May 26, 2016 for U.S. Appl. No. 14/248,891 (7 Pages).
Non Final Office Action mailed Sep. 21, 2016 for U.S. Appl. No. 14/248,891 (5 Pages).
Response to Non Final Office Action Filed on Sep. 22, 2016 for U.S. Appl. No. 14/248,891 (6 Pages).
Non Final Office Action mailed Jun. 24, 2015 for U.S. Appl. No. 14/248,915 (7 Pages).
Response to Non Final Office Action Filed on Aug. 26, 2015 for U.S. Appl. No. 14/248,915 (9 Pages).
Non Final Office Action mailed Dec. 3, 2015 for U.S. Appl. No. 14/248,915 (14 Pages).
Response to Non Final Office Action Filed on Mar. 1, 2016 for U.S. Appl. No. 14/248,915 (7 Pages).
Final Office Action mailed Jun. 16, 2016 for U.S. Appl. No. 14/248,915 (16 Pages).

Response to Final Office Action Filed on Jul. 29, 2016 for U.S. Appl. No. 14/248,915 (5 Pages).
Non Final Office Action mailed Sep. 11, 2014 for U.S. Appl. No. 14/248,934 (6 Pages).
Response to Non Final Office Action Filed on Nov. 21, 2014 for U.S. Appl. No. 14/248,934 (9 Pages).
Final Office Action mailed Jan. 29, 2015 for U.S. Appl. No. 14/248,934 (6 Pages).
Response to Final Office Action Filed on Apr. 14, 2015 for U.S. Appl. No. 14/248,934 (9 Pages).
Non Final Office Action mailed Apr. 24, 2015 for U.S. Appl. No. 14/248,934 (7 Pages).
Response to Non Final Office Action Filed on Jun. 15, 2015 for U.S. Appl. No. 14/248,934 (7 Pages).
Final Office Action mailed Feb. 26, 2016 for U.S. Appl. No. 14/248,934 (6 Pages).
Response to Final Office Action Filed on May 26, 2016 for U.S. Appl. No. 14/248,934 (7 Pages).
Non Final Office Action mailed Sep. 22, 2016 for U.S. Appl. No. 14/248,934 (5 Pages).
Response to Non Final Office Action Filed on Sep. 23, 2016 for U.S. Appl. No. 14/248,934 (5 Pages).
Non Final Office Action mailed Aug. 5, 2014 for U.S. Appl. No. 14/285,118 (10 Pages).
Response to Non Final Office Action Filed on Aug. 14, 2014 for U.S. Appl. No. 14/285,118 (5 Pages).
Final Office Action mailed Jan. 27, 2015 for U.S. Appl. No. 14/511,528 (12 Pages).
Response to Final Office Action Filed on Apr. 27, 2015 for U.S. Appl. No. 14/511,528 (9 Pages).
Non Final Office Action mailed Jun. 30, 2015 for U.S. Appl. No. 14/511,528 (13 Pages).
Response to Non Final Office Action Filed on Sep. 4, 2015 for U.S. Appl. No. 14/511,528 (10 Pages).
Non Final Office Action mailed Jun. 30, 2015 for U.S. Appl. No. 14/568,516 (13 Pages).
Response to Non Final Office Action Filed on Sep. 4, 2015 for U.S. Appl. No. 14/568,516 (8 Pages).
Final Office Action mailed Sep. 28, 2015 for U.S. Appl. No. 14/568,516 (13 Pages).
Response to Final Office Action Filed on Nov. 25, 2015 for U.S. Appl. No. 14/568,516 (7 Pages).
International Search Report and Written Opinion for International application No. PCT/US2014/072718 filed Dec. 30, 2014 and mailed on Apr. 28, 2015, (10 pages).
International Search Report and Written Opinion for International Application No. PCT/US2012/038801 Mailed Oct. 6, 2015 (11 Pages).
International Search Report and Written Opinion of the International Search Authority mailed Feb. 25, 2016 for International Application No. PCT/US2015/062458 (12 Pages).
International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).
International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).
International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).
Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.
Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

* cited by examiner



FIG.1A

FIG.1B

FIG.1C



FIG.2A



FIG.2B



FIG.3A



FIG.3B



FIG.3C



FIG.3D



FIG.3E



FIG.3F



FIG.4A



FIG.4B



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9A



FIG.9B



FIG.9C



FIG.10



**FIG.11**



**FIG.12**



**FIG.13A**



**FIG.13B**



FIG.14



FIG.15



FIG.16



FIG.17



46

12

FIG.18



FIG. 19A

FIG. 19B



FIG. 20A

FIG. 20B



804

Battery

Control
Circuit

Heating Element

FIG. 21

804



822

820

830          FIG. 22A

822

820

830          FIG. 22B          832          830

804

822



830

830

FIG. 23A

804

822



830

830

FIG. 23B



FIG. 24

FIG. 25

FIG. 26



FIG. 27

FIG. 28

FIG. 29



FIG. 30



FIG. 31A

FIG. 31B



L2, Receiver Coil

L1, Transmitter Coil

FIG. 32



US 9,572,397 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# HEATED INSOLE WITH REMOVABLE ASSEMBLY

## RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Non-Provisional application Ser. No. 14/511,528, filed Oct. 10, 2014, which is a continuation of U.S. Non-Provisional application Ser. No. 14/248,861, filed Apr. 9, 2014, now U.S. Pat. No. 8,869,428, which claims the benefit of and priority to U.S. Provisional Application Nos. 61/947,913, filed Mar. 4, 2014, and 61/911,835, filed Dec. 4, 2013. Each of the aforementioned applications is incorporated by reference.

## TECHNICAL FIELD

This application relates to insoles such as heated insoles.

## BACKGROUND

Several occupations require employees to endure harsh weather conditions during the winter months. To name a few, soldiers, construction workers, agricultural workers, and law enforcement officers must routinely spend several hours outdoors despite cold, snowy or icy conditions. Others happily brave cold weather in order to enjoy activities such as skiing, hiking, snowshoeing, and sledding. Further, many must bear freezing temperatures after a snowstorm to shovel their car out and to clear accumulated snow from their driveway and/or sidewalk.

Regardless of whether one is exposed to cold weather conditions for work, fun, or chores, most accessorize with coats, boots, hats, and gloves to make the cold weather bearable. In addition to those accessories, heated insoles for shoes have recently been introduced in order to provide heat directly to a wearer's feet. Known heated insoles include electronics located between an insole's layers. The heated insoles include an internal heating pad coupled to an internal battery. The internal battery, due its size, has a limited battery life (e.g., 3-4 hours). In order to charge the electronics, one must connect the heated insole to an external power source. This requirement is a hassle for those who desire warmth in excess of the battery life. One must remove the heated insole from the shoe, plug in the insole to recharge its internal battery, wait for the insole's internal battery to recharge, and then re-introduce the insole into the shoe prior to continuing with their activity.

## SUMMARY

A heated insole, according to aspects of the invention, allows a user to easily remove and replace a battery-powered assembly without removing the insole from the shoe and waiting for the insole to recharge. According to the present invention, a charged battery-powered assembly may be introduced in its place, thereby allowing essentially undisrupted use of the heated insoles. In particular embodiments, the removable assembly also includes a circuit for controlling a heated element disposed within the insole. In this manner, the circuit for may be updated, fixed and/or replaced without having to replace, fix or update the entirety of the heated insole itself.

According to certain aspects, an insole of the invention includes an insole body, a removable assembly, and a heating element for heating the insole. The removable assembly is removeable from and insertable into a recess of the insole body. The recess may be located anywhere in the insole, including at the heel portion, the mid-foot portion, or combination thereof. In particular embodiments, the removable assembly is removable from and insertable into the recess while the insole is disposed within the shoe. The removable assembly preferably includes a battery and a control circuit. The control circuit is configured to control heating of the heating element disposed within the insole, including adjusting a level of energy transmitted to or emitted from the heating element. The control circuit may be operated by a remote control. The battery may be rechargeable.

According to certain embodiments, the removable assembly may be coupled to the heating member via a direct or indirect coupling. The removable assembly may directly couple to the heating member via a connector. The connector may be positioned within the recess of the insole body. In certain embodiments, the connector pivots to couple and/or decouple from the removable assembly during its insertion or removal into the insole body. As an alternative to a direct coupling, the removable assembly and the heating element may be inductively coupled. In such embodiments, the removable assembly may include a transmitter inductive coil and the heating element may be associated with a receiver inductive coil. The transmitter inductive coil is configured to generate electromagnetic power and inductively transfer such power to the receiver inductive coil. The receiver inductive coil is configured to wirelessly receive the inductively transferred power and deliver that received power the heating element. In some embodiments, the removeable assembly, the heating element, or both include are associated with a control circuit that effectuates transfer or receipt of the electromagnetic power.

A benefit of the present invention is that the removable assembly may be easily inserted into and removed from the insole. The removable and insertable assembly is preferably designed to mate-fit with the recess of the insole. The recess may be a frame formed within the insole. In certain embodiments, the removable assembly, when placed within the recess, forms a portion of a top surface of the insole body. In such instances, a surface of the removable assembly, when disposed within the frame, is substantially flush with a surface of the frame and/or insole. The flush surfaces of the removable assembly, frame, and/or insole form an undisruptive surface for receiving a user's foot, thereby preventing the removeable assembly from being uncomfortable to the user wearing the insole.

Insoles of the invention may be an independent item that is separate from a shoe that the insole is being used with. In such case, the insole is insertable and removable from the shoe. Alternatively, the insole of the invention can be built within or incorporated into the shoe itself (i.e. not designed for easy removal). Thus, the invention also includes a shoe having an insole that is configured to receive a removable assembly such that the assembly may be inserted into and removed from the insole while the insole is disposed within the shoe.

The removable assembly may include a base portion and the cushion portion coupled to the base portion. The cushion portion may form an exposed surface of the assembly that is configured to receive the user's foot. Ideally, the cushion portion is substantially flush with a top surface of the insole. When the assembly is installed in the insole, the cushion portion forms a surface of the insole, and provides comfort to a user wearing a shoe with the insole disposed therein. The base portion is typically a container that encloses the components of the removable assembly. The base portion of the assembly fits within the recess or frame of the insole. The

3

base portion may include sockets that mate fit with a connector of the frame. The base portion or the cushion portion may include a finger tab for assisting direct removal of the removable assembly from the surface of the insole.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A illustrates a perspective view of an insole of the invention, according to certain aspects.

FIG. 1B illustrates a top view of the insole of FIG. 1A.

FIG. 1C illustrates a bottom view of the insole of FIG. 1A.

FIG. 2A illustrates a perspective view of a frame of an insole of the invention, according to certain aspects.

FIG. 2B illustrates a top view of a frame of the insole of FIG. 2A.

FIG. 3A illustrates a perspective view of a battery of the invention, according to certain aspects.

FIG. 3B illustrates a side view of the battery of FIG. 3A.

FIG. 3C illustrates a front view of the battery of FIG. 3A.

FIG. 3D illustrates a top view of a battery of the invention, according to another embodiment.

FIG. 3E illustrates a rear view of the battery of FIG. 3D.

FIG. 3F illustrates a side view of the battery of FIG. 3D.

FIGS. 4A and 4B illustrate an insole of the invention, according to certain aspects, disposed within a shoe.

FIG. 5 provides a partially transparent view of a heated insole 300 according to certain embodiments.

FIG. 6 illustrates an exploded view of a heated insole according to certain embodiments.

FIG. 7 illustrates an insulation layer of an insole of the invention.

FIG. 8 illustrates a water-proofing layer of an insole of the invention.

FIGS. 9A, 9B and 9C illustrate a configuration that allows bending of a heating assembly.

FIG. 10 illustrates a layout of a heating assembly according to certain embodiments.

FIG. 11 illustrates a frame of a heating assembly according to certain embodiments.

FIG. 12 depicts a rivet used to connect a circuit to the frame of FIG. 11.

FIGS. 13A and 13B illustrate a connector of the invention.

FIG. 14 illustrates a transparent side view of the connector of FIGS. 13A and 13B.

FIG. 15 illustrates an exploded view of a battery of the invention.

FIG. 16 illustrates the coupling between a battery and a connector of the frame.

FIG. 17 illustrates a battery magazine of the invention.

FIG. 18 illustrates enlarged prospective view of a heel portion of an insole of the invention, and shows a connector positioned at an incline.

FIG. 19A illustrates an insole with a removable heating assembly.

FIG. 19B illustrates another insole with a removeable heating assembly.

FIG. 20A illustrates the insole of FIG. 19A with the heating assembly removed.

FIG. 20B illustrates the insole of FIG. 19B with the heating assembly removed.

FIG. 21 is a schematic illustration of a removable heating assembly.

FIG. 22A provides a side-view of a removable heating assembly with a single compartment.

FIG. 22B provides a side-view of a removable heating assembly with multiple compartments.

4

FIGS. 23A-23B illustrates various configurations of the components disposed within a multi-compartment heating assembly.

FIG. 24 illustrates a heating element according to certain embodiments.

FIG. 25 illustrates a control circuit according to certain embodiments.

FIG. 26 illustrates a battery according to certain embodiments.

FIG. 27 illustrates an insole with a removable heating assembly and conductive elements.

FIG. 28 illustrates the insole frame with a conductive contact.

FIG. 29 illustrates a removable heating assembly with a conductive contact.

FIG. 30 illustrates a removable smart assembly.

FIG. 31A provides a side-view of a removable smart assembly with a single compartment.

FIG. 31B provides a side-view of a removable smart assembly with multiple compartments.

FIG. 32 illustrates inductive transfer of electromagnetic energy between a transmitter inductive coil and a receiver inductive coil.

FIG. 33 illustrates an insole with an inductive coupling between a removable assembly and an internal heating assembly.

## DETAILED DESCRIPTION

While the invention is described herein as pertaining to heated insoles, concepts of the present invention are also applicable to other insoles that may require battery power. For example, the structure and configuration of the present insoles with removable and insertable batteries can be applied in insoles having a vibrating mechanism (e.g. massaging insoles). In the case of a removable and insertable assembly, the assembly may include a battery, control circuit, and the vibrating mechanism. In addition, the invention is described in reference to one insole and shows a left-footed insole, but it is understood that the invention could be used to form right-footed insoles or a pair of insoles (right-footed and left-footed insoles)

FIGS. 1A-1C illustrate views of an exemplary insole 100 with a removeable battery according to the invention. As shown in FIGS. 1A-1C, the insole 100 includes a body 28 that has a distal end 24 and a proximal end 26, and can be divided up into separate sections: a heel portion 2, a midfoot portion 4, and a forefoot portion 6. The heel portion 2 is typically thicker than the midfoot portion and forefoot portion 6 due to additional cushioning. The midfoot portion 4 may be designed to support the arch of one's foot and provides a transition between the heel portion 2 and the forefoot portion 6. The forefoot portion 6 corresponds to the ball of one's foot and toes. Preferably, the insole body 28 is shaped to conform to a foot (left or right) of a user. In addition, the insole body 28 may be shaped to fit within any type of shoes, including boots, tennis shoes, ski boots, sandals, slip-ons, etc. Ideally, the insole body 28 is flexible such that it flexes with the motion of one's foot while they walk.

The insole body 28 includes a top surface 10, a bottom surface 22, a side surface 8. The top surface 10 receives the foot of a wearer, and the bottom surface 22 rests against the sole (bottom frame) of the shoe. The top surface 10 or bottom surface 22 may be specially formed to conform to different types of feet and different types of shoes. In addition, the bottom surface 22 may rest or be designed to

US 9,572,397 B2

5                                                    6

rest against another insole (i.e. for when the shoe has built-in insoles). The insole body 10 may be formed, at least in part, by a cushioned material to provide comfort to the user. Furthermore, the insole body 28 may be formed as part of the sole of a shoe. For instance, when the shoe, due to its structure, does not have an insole separate from the sole itself, which is often the case in slip-on shoes.

The insole body 28 of the insole 100 includes a frame 12 that is configured to receive a battery 14 disposed therein. Preferably, the frame 12 is positioned in the heel portion 2 of the insole 100, or in the arch segment of the insole 100. The top surface 20 of the frame is substantially flush or flush with a top surface 10 of the insole body 28. As shown in FIGS. 1A and 1B, the battery 14 is shown inserted in the frame 20. The top surface 30 of the battery 14 is substantially flush or flush with the top surfaces 10, 20 of the insole body 28 and frame 12, respectively. This flushness advantageously allows a user to comfortably rest his/her foot against the insole 100 without feeling differences among the multiple components. As such, the frame and the battery (when placed in the frame) may be said to form a portion of the top surface of the insole. In addition, top surfaces 20, 30 of the frame 12 and battery 14 may be cushioned in the same manner as the insole body 28 to further prevent a wearer from feeling or being disrupted by the multiple components. For example, each component may be formed from a polymer or polymer foam. A preferred polymer or polymer foam is polyurethane. Alternatively, the components may be formed from different materials.

The frame 12 optionally includes a grasping region 18 that is shaped to allow a user to directly remove the battery 14 from the top surface 10 of the insole body 28. That is, one does not have to remove the battery 14 from an enclosed battery compartment (i.e. with a lid for example), but can access the battery from the outer surface of the insole. As shown, the grasping region 18 is a recess within the frame 12 next to the battery 14. Preferably, the grasping region 18 is shaped to allow a wearer to partially insert one or more fingertips therein so that the wearer can use their fingertips to easily remove the battery 14. The grasping region 18 may be positioned anywhere within the frame 12, and is shown on a distal portion of the frame 12.

According to certain aspects, insoles 100 of the invention may be inserted and removed into one's shoes when one desires. In such aspect, the insole is separate from the shoe. For removable insoles, the insole 100 may include a tab 16 that a user can pull to remove the insole 100 from the inside of a shoe. Alternatively, insoles 100 of the invention may be built into one's shoes (e.g. not designed for easy removal).

FIGS. 2A and 2B provide a close-up view of the frame 12 without a battery inserted therein. The frame 12 defines a recess 40 that is surrounding by sides 42 and bottom 44. The recess 40 of the frame 14 is sized and shaped to receive the battery 14. Preferably, the frame 12 snugly receives the battery 14 within the recess 40 to prevent unintended movement or removal of battery 14. The frame 12 further includes a connector 46. The connector 46 couples to the battery 14, and places the battery 14 in communication with a heating member (discussed hereinafter). In certain embodiments, the coupling between the connector 46 and the battery 14 is a mate-fit coupling (the particulars of which are described in more detail hereinafter). The connector 46 is preferably constructed out of an elastomeric material, which provides the ability to absorb deflection and stress. The connector 46 may pivot to assist in battery 14 insertion and removal (this function is described in more detail hereinafter). The pivoting capability and flexibility of the connector 46 allow it to maintain its mechanical integrity even when deflecting while bearing weight and other stresses.

In certain embodiments and as shown in FIG. 2A, the frame 12 may include a rigid portion 52 and a cushion portion 50. The cushion portion 50 provides comfort to the user, and the rigid portion 52 provides the needed structural support for the connector 46 and associated circuitry. The cushion portion 50 may be a polymeric foam.

In certain embodiments, the frame 12 of the insole 100 includes a battery indicator. The battery indicator may include light emitting diode (LED) that is associated with circuitry (such as circuit 210 shown in FIGS. 5 and 6) disposed within the insole. In one embodiment, the battery indicator emits a light when the battery 14 is inserted into the insole 100. The emitted light may indicate that the battery 14 is fully connected and may appear as a single flash, a series of flashes over time, or the light may constantly be emitted while the battery is in place. Optionally, the battery indicator also emits a light to illustrate that the battery 14 is running low on charge. The low-battery light may appear as a single flash, a series of flashes over time, or constantly emitted light. Preferably, the light emitted to indicate that the battery is properly inserted or connected is different from the light emitted to indicate the battery is low on charge. For example, a green light may indicate the battery is properly inserted, and a red light may indicate the battery needs to be recharged. In addition, the battery indicator may also emit a light to illustrate that the battery 14 is defective, and should be discarded.

The battery indicator may be positioned anywhere on the insole 100. According to some embodiments, the battery indicator is positioned on the frame so that it is easily visible to a user while the insole is disposed within a shoe. FIG. 2B shows a battery indicator 27 positioned in the grasping region 18 of the frame 12. In this particular embodiment, the battery indicator 27 includes an LED in close proximity with an opening of the grasping region 18 of the frame 12. The frame 12 near the battery indicator 27 may include a reflective surface to further enhance the light emitted from the LED. The opening allows light emitted from an LED, which is associated with the internal circuitry of the insole, to be seen therethrough.

The battery 14 may be the battery itself (i.e. one or more battery cells) or a battery pack, which is a body that encloses one or more battery cells. Any suitable battery may be used for the battery or battery cell. Types of batteries include, for example, nickel cadmium, nickel-metal hydride, lead acid, lithium ion, lithium ion polymer batteries. The battery chosen ideally holds charge for more than 2, 3, 4 or 5 hours, and is rechargeable. In one aspect, the battery 14 is a battery pack, and such aspect is described hereinafter and shown in FIGS. 3A-3C. The battery can be inserted and removed from the insole (or sole) at the user's convenience.

FIGS. 3A-3D illustrate battery 14 as a battery pack according to certain embodiments. Preferably, the battery 14 is shaped to fit within the frame 12 such that the top surface of the battery 14 is substantially flush or flush with top surfaces of the frame 12 and insole body 28. In some embodiments, the battery 14 includes a lower body portion 62 and an upper body portion 64. The lower body portion 62 may be formed from a polymeric material, and the upper body portion 64 may be a polymeric form. The lower body portion 62 is designed to mate fit with the rigid portion 52 of the insole frame 12. The lower body portion 62 also includes a connector portion 66 that is designed to couple (i.e. mate-fit) to the connector 46 of the frame 12. In certain

7

embodiments, the lower body portion 62 is also rigid to protect the battery cell disposed therein and to protect the coupling between the battery connector 66 and the frame connector 46. The lower body portion 62 may include a door or latch that allows one to remove the battery cell(s) disposed therein. The upper body portion 64 is coupled to the lower body portion 62. Preferably, the upper body portion 64 is cushioned to provide comfort to a user.

According to certain embodiments, the battery 14 includes a finger tab 67 that one can leverage with his/her finger to assist in removing the battery 14 from the frame 12. The finger tab 67 can extend from the lower body portion 62, and may be positioned on any side of the battery 14. Preferably, the finger tab 67 is on a side of the battery 14 that mates with the grasping region 18 of the frame 12. As shown in FIG. 3B, the finger tab 67 is positioned at the distal end of the lower body portion 62, which is opposite to the connector 66, and is level with the top of the lower body portion 62.

In preferred embodiments, the lower body portion 62 and the upper body portion 64 are designed to accommodate a raised finger tab 69, as shown in FIGS. 3D-3E. In such embodiment, one side (such as the distal end) of the lower body portion 62 may include a raised portion 70 from which the raised finger tab 69 extends. In addition, one side (such as the distal end) of the upper body portion 64 may include a cut-out 71 to accommodate the raised portion 70. The raised finger tab 69 further eases one's ability to remove the battery 14 with his/her fingertip.

A benefit of insoles of the invention is that the battery 14 may be removed from the insole 100 while the insole is disposed within a shoe. FIGS. 4A and 4B graphically illustrate an insole 100 of an invention disposed within a shoe 200. The insole 100 is placed within a shoe 200 such that the bottom surface of the insole rests against, for example, a sole of the shoe 200. The battery 14 of the insole 100 is positioned at the heel portion of the insole such that the battery 14 is accessible from the shoe opening 202. The battery 14 may be conveniently inserted into and removed from the shoe 200, while the insole 100 is disposed within the shoe, by simply reaching one's hand into the shoe opening 202 and grabbing the battery 14. This allows one to quickly replace a used battery for a charged battery, without having to remove the insole or wait for an internal battery of the insole to charge. In addition, the used battery may be recharged while the charged battery is being used. For example, the used battery may be charged in the charging magazine shown in FIG. 17.

As discussed above, insoles of the invention with removable batteries are particularly well-suited for use as heated insoles. FIG. 5 provides a partially transparent view of a heated insole 300 according to certain embodiments. The heated insole 300 (like insole 100) includes an insole body 28, a frame 12 disposed in the heel portion of the insole, and a battery 14 placed within the frame 12. The surfaces of the battery 14, frame 12, and insole body 28 may be substantially flush with each other. The battery 14 may be removed directly from the surface of the insole body 28. In addition, the battery 14 may be removed from the insole 300 while the insole 300 is disposed within a shoe. The heated insole 300 further includes a heating assembly 220, which is described in more detail hereinafter. The heating assembly 220 is coupled to the battery 14 via the connector 46 (not shown in FIG. 5) of the frame 12. Optionally, the heating assembly 220 includes a circuit 210. The heating assembly 220 extends from the heel portion to the forefoot portion of the insole body 28. The heating assembly 220, when powered by

8

the battery 14, provides heat to a wearer of shoe having the insole 300 disposed therein. In addition, the heating assembly 220 may be flexible such that it flexes in response to a wearer's movement.

FIG. 6 illustrates an exploded view of the components of the heated insole 300. The main components of the insole body 28 include a top layer 302, a heel cushion 306, and a bottom layer 304. The top layer 302 and the heel cushion 306 include openings 308, 310 (respectively). The openings 308, 310 are designed to receive the frame 12. The frame 12 is designed to receive the battery 14. The battery 14 includes a lower body portion 62 (e.g. a rigid body that encases a battery cell) and an upper body portion 64 (e.g. cushioned body).

The heated insole 300 further includes a heating assembly 220. As shown in FIG. 6, the heating assembly 220 includes the frame 12, a ribbon cable 312, and a heater panel 314. As discussed above, the insole layers (top layer 302 and heel cushion 306) include openings 308, 310 (respectively) that are shaped to receive the frame 12. The frame 12 includes a connector 46 that electrically couples to a connector of the battery 14, when the battery 14 is placed within the frame 12. The heater panel 314 may be any desirable shape. As shown, the heater panel 314 is a flat, substantially rectangular shape designed to fit within the forefoot portion of the insole. The ribbon cable 312 (or other conductive material) delivers electric current from the battery 14, when coupled to the connector 46, to the heater panel 314. Preferably and as shown, the ribbon cable 312 is coupled to a circuit 210. In a preferred embodiment, the ribbon cable 312 has a first end that is soldered or otherwise electrically connected to circuit board 210 and a second end that is connected to the heater panel 314. The circuit 210 is configured to adjust the level of energy transferred from the battery 14 to the heater panel 314. For example, the circuit 210 may be programmed to provide certain heating levels, e.g., low, medium, and high. In some embodiments, the circuit 210 may be operably associated with a temperature sensor, and the circuit 210 delivers energy to maintain a certain threshold temperature level (such as body temperature) in response to readings transmitted from the temperature sensor. In certain embodiments, the circuit 210 may be controlled by a remote control (not shown). In such an embodiment, the circuit 210 includes a receiver that receives signal from a remote, decodes the signal, and then the circuit 210 executes the operation based on the signal. In embodiments that include a battery indicator 27, the circuit 210 controls an LED of the battery indicator. For example, the circuit 210 may cause the LED to emit light as discussed in more detail above. In addition, the circuit 210 may cause the LED to emit light upon receipt of a signal from the remote control.

Remote control technology is generally known, and relies on sending a signal, such as light, Bluetooth (i.e. ultra-high frequency waves), and radiofrequency, to operate a device or circuit. Dominant remote control technologies rely on either infrared or radiofrequency transmissions. A radiofrequency remote transmits radio waves that correspond to the binary command for the button you're pushing. As applicable to the present insoles, the command may include high heat, low heat, medium heat, on, or off. A radio receiver on the controlled device (e.g. circuit 210 of heating assembly 220) receives the signal and decodes it. The receiver then transmits the decoded signal to the circuitry, and the circuitry executes the command. The above-described concepts for radiofrequency remote controls are applicable for light and Bluetooth remote controls.

US 9,572,397 B2

9

According to certain aspects, all electrical and electronic components (i.e. connector **46**, circuit **210**, ribbon cable **312**, and heater panel **314**) are completely coated or sealed with water proofing sealants, coatings, and water tight encapsulating means coating to enable the circuit to function well when exposed to moisture and water.

According to certain embodiments, the heated insole **300** further includes insulation and water-proofing. For example, the ribbon cable **312** and heater panel **314** may be sandwiched between an insulation layer **316** below (also shown in FIG. **7**) and a water-proofing layer **318** above (also shown in FIG. **8**). Water proofing layer **318** may be made of any of various woven or non-woven materials, which allow heat to pass there through. Insulation layer **316** supports the heater panel **314**, ribbon cable **312** and the circuit board **210**—all of which are placed on the top face of insulation layer **316**. The insulation layer **316** has a contact region **320** which abuts the frame **12**. The ribbon cable **312**, heater panel **314**, insulation layer **316** and water proofing layer **318** are aligned with the circuit board **210**. The circuit board **210** is attached to the frame **12** with a rivet that connects the circuit board **210** to the battery frame **12**. See, for example, FIGS. **11-12**. The rivet allows variation in the angle between the frame **12** and ribbon cable **312**/circuit board **210**/heater panel **314**.

According to certain aspects, the design of the heating assembly **220** is flexible in order to allow the heating assembly **220** to withstand the stress and pressure accompanied by movement of a wearer. In some embodiments, the underlying insulation layer **316** includes an opening **326** that allows the ribbon cable **312** to release an amount of longitudinal stress by protruding excess length thereof into the opening **326**. For example and as shown in FIG. **9A**, the opening **326** is a substantially rectangular slot or groove that is slightly wider than ribbon cable **312**. When the insole **300** is in its flat state, the ribbon cable **312** is laid flat in straight line between the heater **314** and the circuit board **210** without any excess length in the cable. When the insole **300** bends, the ribbon cable **312** and insulation **316** also bend (as shown in FIGS. **9B** and **9C**). Due to the ribbon cable's **312** fixed length, it needs room to move during bending or else buckling occurs. The slot **326** receives the excess ribbon cable **312**, thereby eliminating stress on the ribbon cable's **312** electrical connections due to the bending of the insole **300**. This helps to protect the ribbon cable **312** and its electrical connections from being torn or compromised by bending and sheering stresses. In certain embodiments, the heater panel **314** is attached to insulation layer **316** in a manner that allows slight movement of the heater panel **314** as the insole **300** bends. This relieves bending stress on the heater panel **314** caused by the bending of the insole **300**. For example, in one embodiment, the heater panel **314** is glued, riveted or otherwise connected at one end thereof to the underlying insulation layer **316**. The insulation layer **316** is preferably formed from a soft, pliable material, which allows some "give" when the heater panel **314** is pulled by ribbon cable **312** during bending.

Referring now to FIG. **7**, the insulation portion **316** has a contact region **320** that abuts the frame **12**. The contact region **320** is designed to be used interchangeably in right and left shoes. To that end, and as best shown in FIG. **7**, the terminal end **350** of contact region **320** angles outwardly to create two different attachment ends. As shown, wall **350a** emanates from a first corner **354a** of the contact region **320** and angles outwardly. Wall **350b** similarly emanates for a second corner **354b** and angles outwardly. Walls **350a** and **350b** meet at apex **352**. This geometry enables the insulation layer **316** and the heater **314** to be assembled in a range of

10

angles so the same assembly would fit into left and right shoes with varying sizes. This geometry is described further in reference to FIG. **10**.

FIG. **10** shows a bottom transparent view of an insole **300** according to an embodiment of the invention. As shown, an insole **300** is slightly angled from heel (proximal end **26**) to toe (distal end **24**). In order to substantially center the heater panel **314** in the forefoot portion **6** of the insole **300**, the heater panel **314** must be somewhat offset with respect to the heel portion **2**. As illustrated by the dotted line **44** in FIG. **10**, if the ribbon cable **312** and heating element **314** would emanate from the frame **12** in a substantially linear manner—the heating element **314** would not be substantially centered in the forefoot portion **6**, but rather it would be skewed to one side of the forefoot portion **6**. However because, as shown, wall **350a** abuts the frame **12** and because wall **350a** is angled, the trajectory of the ribbon cable **312** and heating element **314** is slightly angled so as to position the heating element **314** in the general center of forefoot portion **6**. As shown in FIG. **10**, wall **350a** is used as a contact surface in a left shoe. Wall **350b** may be used as a contact surface of a right shoe. The angled terminal end **350** of the contact region **320**, thus, allows the ribbon cable **312** and heating panel **314** to be used in any shoe.

The above-described features of the heating assembly **220** (e.g. flexibility and angled nature due to contact region) beneficially allow the heating assembly **220** to be incorporated in an insole or sole of a wide variety of shoes, including worker boots, tennis shoes, hiking boots, skiing shoes, snow shoes, etc. In addition, the above-described features allow one to use the same manufacturing process to produce heating assemblies for both right and left insoles.

FIG. **11** illustrates a close up view of the frame **12** that may be used in insoles of the invention. The frame **12** includes connector **46** and defines a recess **40** that is surrounding by sides **42**. The recess **40** of the frame **14** is sized and shaped to receive the battery **14**. The frame further includes extension member **370**. The extension member **370** includes a rivet opening **462**. A rivet associated with the circuit **210** (as shown in FIG. **6**) may couple to the frame **12** via rivet opening **462**. FIG. **12** illustrates a rivet **372** suitable for coupling the circuit **210** to the frame **12**. Preferably, the rivet **372** is flexible such that it can deflect without breaking. A flexible rivet maintains the integrity of the connection between the frame **12** and the circuit board **210** despite bending of the insole **300**. In certain embodiments, the rivet **372** is made from a technical grade elastomeric material.

As discussed above, the connector **46** of the frame **12** may, according to certain embodiments, pivot or rotate in order to connect to the battery as it is placed directly into the frame **12**. This pivoting motion allows the battery **14** to snuggly fit within the recess of the frame **12**. Without the pivoting motion, the frame **12** and its recess may have to be larger than the battery in order to accommodate the lateral motion required to connect the battery **14** to the connector **26**. FIG. **18** illustrates an enlarged view of the heel portion of an insole with the connector **46** positioned at an incline. The angle of the incline can vary depending on applications and the amount of pivot one desires. In certain embodiments, the connector may be configured to rotate, for example, 10°, 20°, 30°, . . . , 80°, 90°.

FIGS. **13A** and **13B** illustrate an exemplary design of the connector **46**. The connector **46** includes one or more hinges **510**. The hinges mate with indents in the frame **12** (not shown). The hinge **510** allows the connector **46** to pivot/rotate upwardly in order to align with a battery **14** to be inserted. The connector may be formed from a polymer,

US 9,572,397 B2

11 12

plastic, rubber, and/or thermoplastic elastomeric material. The connector **46** is preferably constructed out of elastomeric material giving it the ability to absorb deflection and stress. The above-mentioned features of the connector **46** allow the connector **46** to maintain its mechanical integrity even while deflecting and being subjected to external stresses (e.g. pressure from a wearer's movement).

According to certain embodiments and as shown in FIG. 13A, the connector **46** includes one or more electrical contact housing members **512**. Electrical contacts (best shown in FIG. **16**) are housed inside of the housing members **512**, and are accessible through openings **502**. The electrical contact housing members **512** mate fit with a connector portion **66** of the battery **14**. In particular embodiments, the connector portion **66** of the battery **14** defines a recess **19** that includes an internal separator **17**. See, for example, FIG. **3**C. When the battery **14** is coupled to the connector **46**, the internal separator **17** is positioned between the electrical contact housing members **512**. Thus, when the battery **14** is coupled to the connector **46**, the internal separator **17** acts to guide the housing members **512** into place as the battery **14** coupled to the connector **46**. Electrical contacts (as shown in FIG. **16**) within the housing members **512** are then coupled to battery pins **21** that are positioned in the battery recess **19**. When the contact points are coupled to the battery pins **21**, energy from the battery **14** can be transferred to the heater panel **314** via the connector **46**.

As further shown in FIG. **13**A, the outer walls of the connector **46**, which face the battery, may have angled geometry **504** to help guide the electrical contact housing members **512** into the battery recess **19**. In certain embodiments, the connector **46** further includes one or more ridges **508** for water proofing. When the battery **14** is fully engaged with the connector **46**, the ridges **508** prevent water from entering the battery recess **19** and disrupting the electrical connection.

FIG. **13**B illustrates a back side of the connector **46**, which is in communication with the heating assembly **220**. The back side of the connector **46** may include one or more openings **520** or similar cutouts for allowing wires or similar conductors to pass out of the connector **46**. Those conductors/wires are in electrical communication with the electrical contacts **537** (as shown in FIGS. **15** and **16**) of the connector **46** and may be coupled to the circuit **210**, ribbon cable **312**, or both. The openings **520** are sealed with a water proof sealant to protect the wires from water or other elements. The back side of the connector **46** may also include a lip **522**, which is used as a height gauge for the wires and sealant compound during the assembly of the connector **46**. Lip **522** presents a physical barrier which limits the amount of sealant compound that may be introduced into the area there below. This prevents excessive build-up of sealant materials—which may prevent or limit movement of the connector **46**.

FIG. **14** shows a side, transparent view of a connector **46**. As shown, a structural recessed round cavity **518** inside of the connector **46** is filled with the sealant and keeps the sealant in place to help maintain any sealant that is introduced through openings **520** from loosening and compromising the water tight seal.

As discussed above, the insoles of the invention are designed to receive a battery **14**. See, for example, FIGS. **3**A-**3**C. In certain embodiments, the battery **14** may be a battery pack. A battery pack includes a body enclosing a battery cell. The body may be the lower body portion **62**, as shown in FIGS. **3**A-**3**C. FIG. **15** illustrates an exploded view of the lower body portion **62**. As shown in FIG. **15**, the lower body portion **62** of the battery pack includes a boxed portion

**602**. The boxed portion **602** defines a recess to receive the battery cell **604** and includes the connector portion **66** (which couples to the connector **46** of the frame **12**). A battery cell **604** may be placed in the recess. The boxed portion **602** may include a locking ridge **608** or tab on the side opposite of the connector portion **66**. Optionally, the locking ridge **608** meets with an indent in the frame **12**, when the battery **14** is placed in the frame, in order to prevent undesirable movement of the battery **14** while still allowing the battery **14** to be removed from the frame upon application of upward force (e.g., manual removal). The battery cell **604** is enclosed in the boxed portion **602** via lid **606**. The lid **606** may be permanently attached to the battery box **602** or the lid **606** may be removable to allow one to swap the battery cell **604**. The lid **606** includes a finger tab **67** that one can leverage with his/her finger to assist in removing the battery **14** from the frame **12**. When the lid **606** is removable, the finger tab **67** may also be used to remove the lid **606** from the boxed portion **602**. When assembled, the pins **21** of the connector portion **66** are in electrical communication with the battery cell **604**.

FIG. **16** provides a transparent view of the battery **14** coupled to the connector **46** of the frame, according to certain embodiments. As shown in FIG. **16**, the pins **21** of the battery **14** enter the electrical contact housing members **512** of the connector **46**, which places the pins **21** in electrical communication with the electrical contacts **537**. Ideally and as shown, the inners walls of the recess **19** of the connector portion **66** include one or more slanted segments **540**. The slanted segments press on the edges of the connector **46** when the battery is inserted all the way into the connector, this pressure forces the electrical contacts **537** to press against the pins **21**, and maintain such contact.

FIG. **17** shows a battery magazine for charging and transporting batteries, according to certain embodiments. As shown in FIG. **17**, the battery magazine is a frame **700** forming one or more recesses **702**, each configured to receive a battery. The frame **700** of the magazine is configured to hold one or more connectors **746** (which are ideally the same as pivoting connector **46** of frame **12**). The connectors **746** may be coupled to electrical cord that allows the connectors **746** to charge one or more batteries when the electrical wiring is plugged into an electrical outlet. In alternative embodiments, the battery magazine may include a USB socket that is coupled to the connectors **746**. In such embodiments, a USB adaptor may be used to charge the batteries. The battery magazine may also include a circuit, such as a printed circuit board, disposed within the magazine and operably associated with the connectors **746**. A function of the circuit includes monitoring charging of the battery to prevent under- or over-charging of the batteries. The circuit may be operably associated with one or more LEDs. In one embodiment, the battery magazine includes LEDs for each battery that the magazine is designed to receive. In this embodiment, the circuit can be configured to cause each LED to emit light in order to convey one or more functions with respect to one or more batteries in the magazine. The one or more functions may include, for example, showing the following: battery is connected, battery is charging, battery is malfunctioning, and battery is fully charged. The light emitted from the LED may be same or different for each function. For example, the light may be a different color for the one or more functions, or the light may be emitted in the same or different manner (single pulse, series of pulses, or constant light) for the one or more functions.

In addition to insoles with removable batteries, aspects of the invention also involve insoles with a removable heating

13                                                                                                    14

element, removable heating assembly, or a removable smart assembly. Such aspects are described in more detail hereinafter.

FIGS. **19**A and **19**B illustrate views of exemplary insoles **200** having a removable heating element. The insoles of FIGS. **19**A and **19**B have the same basic insole construction (top surface, bottom surface, heel portion, midfoot portion, forefoot portion, materials, tab, etc.) as the insoles of FIGS. **1**A-**1**C.

The insoles **200** of FIGS. **19**A and **19**B include a removable heating element **802**. As shown in FIGS. **19**A and **19**B, the removable heating element **802** is a component of a removable heating assembly **804**. The removable heating assembly may include the heating element and optionally a control circuit and a battery. The components of the removable heating assembly are discussed in more detail hereinafter. The removable heating assembly **804** may be centralized across the insole (as shown in FIG. **19**A) or may be abutted against an edge of the insole **200** (as shown in FIG. **19**B).

The body **808** of the insole **200** may include a recess or frame **810** configured to receive the removable heating assembly **804**. The frames **810** for insoles of FIGS. **19**A and **19**B are shown in FIGS. **20**A and **20**B, respectively. Preferably, the heating assembly **804** and frame **810** have complementary designs to achieve a snug fit, which prevents unintended movement or removal of the heating assembly **804**. The frame **810** may be positioned in the heel section, midfoot section, or span across both sections of the insole. The frame may be a cut-out portion of the insole body **808** or may be a separate reinforced insert disposed within the insole body **808**. When the heating assembly **804** is inserted into the frame, a top surface of the heating assembly is substantially flush with the top surface of the insole body **808** and, in some instances, a top surface of the frame **810**. The flushness advantageously allows a user to rest his/her foot against the insole **200** without feeling differences between the multiple components. In this manner, the heating assembly and/or frame may be said to form a portion of the top surface of the insole. In addition, top surfaces of the heating assembly **804** and/or frame **810** may be cushioned in the same manner as the insole body **808** to further prevent a wearer from feeling or being disrupted by the multiple components. For example, each component may be formed from a polymer or polymer foam. A preferred polymer or polymer foam is polyurethane. Alternatively, the components may be formed from different materials.

The frame **810** optionally includes a grasping region **812** that is shaped to allow a user to directly remove the assembly **804** from the frame **810**. The grasping region may be a cut-out to receive one or more fingertips of a user for removal of the assembly **804**. Alternatively, the assembly **804** may include a pull tab **814** that allows a user to directly remove the assembly **804** from the frame **810**. In either case, a user does not have to remove heating member **802** or heating assembly **804** from an enclosed compartment (i.e. with a lid), but can access the heating member **802** or heating assembly **804** directly from the external surface of the insole body **808**. A benefit of insoles having removable heating assemblies is that the heating assembly may be directly removed from the insole while the insole remains within a shoe.

The heating assembly **804** includes a heating element **802**. The heating member **802** is designed transfer heat to a user. When the heating assembly **804** is disposed within the insole **200**, the heating assembly **804** delivers heat to a foot of the user. When the heating assembly **804** is removed from the

insole **200**, the heating assembly **804** can be used a personal heating device. For example, the heating assembly **804** may be placed in a clothing pocket for additional warmth, or the heating assembly **804** may be held by the user for personal heating (e.g. hand warmer, neck warmer, etc.). As such, the removeable heating assemblies of the invention perform several functions, e.g., 1) heat warmers when used in conjunction with an insole; 2) personal heating device when removed from the insole.

The heating assembly **804**, in addition to a heating member **802**, may also include a control circuit, one or more batteries, or a combination thereof. FIG. **21** is a schematic illustration of a preferred heating assembly, which includes the following interconnected components: a battery, a control circuit, and a heating element. As shown in FIGS. **22**A-**22**B, the heating assembly **804** may be formed from a lower body portion **820** and a top body portion **822**. According to certain embodiments, the lower body portion **820** acts as a base and is a container that encloses the components of the heating assembly, such as the battery, control circuit and heating element. The top body portion **822** may be a cushion to provide comfort to the user. The top body portion **822** also forms the top surface of the assembly **804**, which is configured to be flush with top surface of the insole **200**. In certain embodiments, the lower body portion **820** is of sufficient rigidity to protect the internal components from damaging pressure, while retaining sufficient flexibility to accommodate bending of the insole during use. In other embodiments, the lower body portion **820** may have variable flexibility/rigidity across the length of the lower body portion **820**. For example, it may be advantageous for the part of the lower body portion **820**, which corresponds to the midfoot of the insole when the assembly is placed within the insole, to have greater flexibility because the midfoot experiences more bending during use. The lower body portion **820** may be formed from a polymeric material and the top body portion **822** may be formed from a polymeric foam **820**.

FIGS. **22**A and **22**B depict side profiles of heating assemblies **804**. The heating assembly **804** of FIG. **22**A has a lower body portion **820** formed from a single compartment, which may encompass the heating element, control circuit, and/or battery. The heating assembly **804** of FIG. **22**B has a lower body portion **820** with two or more compartments (shown with two compartments), in which the heating element, control circuit, or battery may be placed in the same or separate compartments **830**. FIGS. **23**A and **23**B illustrate various combinations of the components of the assembly placed in separate compartments **830**. For multi-compartment lower body portions **820**, the divider **832** between the compartments **830** may be flexible or hinged to allow slight bending of the lower body portion **820**.

FIGS. **24**-**26** depict the various components of a removable heating assembly **804**. FIG. **24** depicts a heating element suitable for use in the heating assembly **804**.

As shown in FIG. **24**, the heating element **802** includes a panel **840** with a plurality of interconnected resistors **840**. Energy is transferred from the battery to the panel **804** with the interconnected resistors **840**, which then generates uniform heat. The panel **840** may formed from a flexible (such as a copper film) or a rigid material.

FIG. **25** illustrates a control circuit **844** suitable for use in the heating assembly **804**. The control circuit **844** (like circuit **210**) configured to adjust the level of energy transferred from the battery to the heating element **802**. For example, the circuit **844** may be programmed to provide certain heating levels, e.g., low, medium, and high. In some

US 9,572,397 B2

15                                                    16

embodiments, the circuit **844** may be operably associated with a temperature sensor, and the circuit **844** delivers energy to maintain a certain threshold temperature level (such as body temperature) in response to readings transmitted from the temperature sensor. In certain embodiments, the circuit **844** may be controlled by a remote control (not shown). In such an embodiment, the circuit **844** includes a receiver that receives signal from a remote, decodes the signal, and then the circuit **844** executes the operation based on the signal. In certain embodiments, the heating assembly **804** may include an external battery indicator, which alerts the user to a charge status of the battery. In such embodiments, the circuit **844** controls an LED of the battery indicator. For example, the circuit **844** may cause the LED to emit certain types of light as discussed in more detail above. In addition, the circuit **844** may cause the LED to emit light upon receipt of a signal from the remote control.

FIG. **26** illustrates a battery **846** suitable for use with the heating assembly **804**. Any suitable battery may be used for the battery **846**. Types of batteries include, for example, nickel cadmium, nickel-metal hydride, lead acid, lithium ion, lithium ion polymer batteries. The battery **846** chosen ideally holds charge for more than 2, 3, 4 or 5 hours, and is rechargeable. The battery **846** may be charged while disposed in the heating assembly **804** by a plug-in charger. Alternatively, the battery **846** may be removed from the heating assembly **804** and recharged while removed or replaced by another fully-charged battery. As further shown in FIG. **26**, the battery **846** may optionally be physically attached to the control circuit **844**.

FIG. **27** illustrates an additional embodiment of the heated insoles with the removable heating assembly. As shown in FIG. **27**, the insole body **808** may include one or more heat spreading or conductive elements **860**. The conductive elements **860** facilitate the transfer of heat generated by the heating member **802** or assembly **804** to other portions of the insole (such as the toe portion of the insole body **808**). Ideally, the conductive elements **860** are formed from a material that transfers thermal or electrical energy. In some embodiments, the conductive elements **860** are formed from a flexible metal (e.g., copper, silver, graphite, etc.). The conductive elements **860** may be positioned within an insole layer or between insole layers. The conductive elements **860** may be placed in an array-configuration (as shown in FIG. **27**), but other configurations may also be used.

In some embodiments, the conductive elements **860** may transfer heat indirectly received from the heating assembly **804** (e.g. due to close proximity to the thermal energy outputted by the heating assembly). In other embodiments, the conductive elements **860** may electrically connect to the heating assembly **804** to further facility heat transfer. FIGS. **28** and **29** illustrate an electrical connection between the heating assembly **804** and conductive elements **860**. As shown in FIG. **28**, the conductive elements **860** terminate at a connective contact **862**A. The connective contact **862**A may be positioned within the frame **810** of the insole body **808**. The connective contact **862**A is configured to mate/connect with a connective contact **862**B of the heating assembly **804** (See FIG. **29**). The connective contact **862**B is coupled to the heating member **802** and/or battery **846** for transmission of energy when connected to the connective contact **862**A. When the heating assembly **804** is inserted into the frame **810**, the heating assembly **804** is electrically coupled to conductive elements **860** of the insole body **808**. The electrical connection allows energy to be directly trans-

ferred from the heating assembly **804** to the conductive elements **860**, thereby causing the conductive elements to transmit heat.

In further aspects, insoles of the invention may include a removable smart assembly that is configured to control the level of energy delivered to and/or emitted from a heating element disposed within an insole. In such manner, the removable smart assembly provides for controlled heating of the internal heating element. According to certain embodiments, the removable smart assembly includes a battery and a control circuit for controlling the internal heating element. By their inclusion in the removable smart assembly, the battery of the may be easily replaced or recharged, and the circuit for may be updated, fixed and/or replaced without having to replace, fix or update the entire of the heated insole itself.

The removable smart assembly may be used in place of or in addition to a control circuit disposed within the insole. Preferably, the removable smart assembly is replaces the need for circuitry within the insole for controlling its heating.

FIG. **30** depicts a removable smart assembly. As shown in FIG. **30**, the removable smart assembly **900** includes a battery and a control circuit. In certain embodiments, the battery of the removable smart assembly may be the same as or different from the battery **846** of the removable heating assembly (see FIGS. **25** and **26**) or battery **14** (see FIG. **6**). The battery of the removable smart assembly is used to provide power to an internal heating element disposed within the insole. In certain embodiments, the control circuit of the removable smart assembly may be the same as or different from the circuit **844** of the removable heating assembly (see FIGS. **25** and **26**) or the circuit **210** (see FIG. **6**). The circuit of the removable smart assembly is configured to control delivery of the energy from the battery to the internal heating element and/or the energy emitted from the internal heated element. In such manner, the circuit controls and adjusts the heating/temperature of the internal heating element. According to certain embodiments, the internal heating element powered and controlled by the removable smart assembly may be the same as or different from the internal heating panel **314** (FIG. **6**) or the conductive elements **860** (FIGS. **28** and **29**).

As shown in FIGS. **31**A-**31**B, the removable smart assembly **900** may be formed from a lower body portion **920** and a top body portion **922**. According to certain embodiments, the lower body portion **920** acts as a base and is a container that encloses the components of the smart assembly, i.e. the battery and control circuit. The top body portion **922** may be a cushion to provide comfort to the user. The top body portion **922** also forms the top surface of the assembly **804**, which forms a top surface of the insole when the smart assembly is inserted into the insole. In certain embodiments, the lower body portion **920** is of sufficient rigidity to protect the internal components from damaging pressure, while retaining sufficient flexibility to accommodate bending of the insole during use. In other embodiments, the lower body portion **920** may have variable flexibility/rigidity across the length of the lower body portion **920**. For example, it may be advantageous for the part of the lower body portion **920**, which corresponds to the midfoot of the insole when the assembly is placed within the insole, to have greater flexibility because the midfoot experiences more bending during use. The lower body portion **920** may be formed from a polymeric material and the top body portion **922** may be formed from a polymeric foam **920**.

US 9,572,397 B2

17

The removable smart assembly **900** may be sized to fit within a recess of an insole or a frame of the insole that defines a recess. The recess or frame may be formed in a heel portion of the insole, a midfoot portion of the insole, or combination thereof. Preferably, the recess or frame is positioned at the heel position to allow easy insertion and removal of the smart assembly **900**. The recess or frame for receiving the removable smart assembly may be the same as or different from the recess or frame shown in FIGS. **1**A, **2**A, **2**B, **5**, **11**, **20**A, and **20**B. In certain embodiments, the removable smart assembly **900** includes a connector portion (e.g. connector portion **66**) that couples to a connector of the frame (e.g. connector **46**). The connector may pivot to assist with insertion and removal of the smart assembly **900** therein. In such instances, the connector of the frame can electrically couple the battery and circuit of the removable smart assembly with the internal heating element of the insole. In certain embodiments, the internal heating element is coupled to the connector via one or more electrical connections (e.g. ribbon cable **312**) that deliver electrical current from the removable smart assembly to the heating element.

Aspects of the invention also provide for wireless transfer of energy between the removable battery, the removable heating assembly, or the removable smart assembly and a heating element within disposed within the insole. In such instances, the removable battery, removable heating assembly, or the removable smart assembly may be configured to inductively couple to an internal heating element of the insole (e.g. heating panel **314** (FIG. **6**) or the conductive elements **860** (FIGS. **28** and **29**). The basic concept of inductive power transfer involves inducing electric current through a wire to generate a magnetic field, and transferring that magnetic energy to a second wire. Typically, the wires are coiled in order to amplify the magnetic field. FIG. **32** schematically depicts inductive power transfer. As shown in FIG. **32**, the inductive power transfer involves a transmitter coil **L1** and a receiver coil **L2**. Applying an alternating current in the transmitter coil **L1** generates a magnetic field. When the receiver coil **L2** is within the generated magnetic field of the transmitter coil **L1**, the generated magnetic field induces a current/voltage in the receiver coil **L2**, thereby allowing transfer of power. The receiver coil **L2** may then be used to power a device (e.g. heating element).

For wireless inductive transfer, the removable battery, heating assembly, or smart assembly may include a transmitter inductive coil. The transmitter inductive coil is coupled to a battery and configured to inductively transfer electromagnetic power to a receiver inductive coil. The receiver inductive coil is operably coupled to a heating element disposed within the insole. The receiver inductive coil is configured to receive the transferred electromagnetic power and deliver that received power to the heating element. In certain embodiments, the transmitter inductive coil or the receiver inductive coil are coupled to a circuit to direct the transfer of electromagnetic energy. The circuit coupled to the inductive coils may be the same as or in addition to previously-described circuits. In some embodiments, a first circuit is associated with the battery (of itself or as part of the removable battery pack, heating assembly, or smart assembly) and the transmitter inductive coil. The first circuit may be configured to direct transfer of energy from the battery to transmitter inductive coil, thereby directing its generation of an electromagnetic field. In some embodiments, a second circuit is associated with the receiver transmitter coil and the heating element disposed within the insole. The second circuit may be configured to direct electromagnetic energy

18

received by the receiver inductive coil and transfer said energy to the heating element in a control manner. In certain embodiments, a storage battery may be associated with the receiver inductive coil, the second circuit, and the heating element. In such embodiments, at least a portion of the electromagnetic energy received by the receiver inductive coil may be delivered to the back-up battery for storage. The second circuit may then engage the stored energy within the back-up battery to adjust/control heating of the heating element.

FIG. **33** illustrates an insole **1000** with an inductive coupling between a removable assembly **1002** and an internal heating assembly **1003**. The removable assembly **1002** includes a battery, a transmitter inductive coil and a first control circuit. The internal heating assembly **1003** includes an internal heating element, a receiver inductive coil, and a second control circuit. The transmitter inductive coil of the removable assembly **1002** inductively transfers electromagnetic power to the receiver inductive coil of the internal heating assembly **1003**. The received electromagnetic power is transferred to the internal heating element, which then emits heat for the insole **1000**.

Portions of the insole (such as the frame), assembly (such as the lower body portion) and the battery (such as the lower body portion) may be formed from any suitable plastic, polymer, or polymeric blend. Any components and portions thereof may be formed from a flexible material, rigid material, or a material of variable rigidity (e.g. transition from rigid to flexible). Suitable materials may include Polyethylene terephthalate (PET), Polyethylene (PE), High-density polyethylene (HDPE), Polyvinyl chloride (PVC), Polyvinylidene chloride (PVDC), Low-density polyethylene (LDPE), Polypropylene (PP), Polystyrene (PS), High impact polystyrene (HIPS), etc. In certain embodiments, components are formed from a polyamide, such as nylon. The polymide may be a monomer, polymer, or a polymeric blend. In preferred embodiments, the frame of the insole is formed from a nylon. The material of the frame and the battery may be the same or different. In addition, the material of the insole body and the layers of the insole may depend on the need of the insole (e.g. what activity will the insole be used for). These insole materials may be plastic, polymer, rubber, thermoplastic elastomeric material, leather, cotton, and polymer foams. Preferred polymer foams include polyurethane foams.

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The foregoing embodiments are therefore to be considered in all respects illustrative rather than limiting on the invention.

The invention claimed is:
1. An insole for a shoe, the insole comprising:
   an insole body defining a recess;
   a removable assembly being removable from and insertable into the recess of the insole body, the removable assembly comprising a battery, a transmitter inductive coil configured to inductively transfer electromagnetic power, and a first circuit configured to control the transfer of the electromagnetic power; and
   an internal heating element for delivering heat to at least a portion of the insole body, the internal heating element associated with a receiver inductive coil configured to wirelessly receive the inductively transferred power and deliver that received power to the internal heating element.

US 9,572,397 B2

19
20

**2**. The insole of claim **1**, wherein the insole further comprises a second circuit configured to control receipt and delivery of the inductively transferred power to the internal heating element.

**3**. The insole of claim **1**, wherein the removable assembly, when inserted into the recess, forms at least a portion of the top surface of the insole.

**4**. The insole of claim **1**, wherein the removable assembly comprises a cushion portion coupled to a lower portion.

**5**. The insole of claim **4**, wherein the lower body portion contains the transmitter inductive coil, the battery, and the first circuit.

**6**. The insole of claim **4**, wherein the cushion portion, when the removable assembly is inserted into the recess, forms a top surface of the insole body.

**7**. The insole of claim **1**, wherein the insole further comprises a frame that defines the recess.

**8**. The insole of claim **7**, wherein the frame comprises a polymer.

**9**. The insole of claim **8**, wherein the polymer is nylon.

**10**. The insole of claim **1**, wherein the internal heating element comprises a heating panel.

**11**. The insole of claim **1**, wherein the internal heating element comprises one or more heat conductive elements.

* * * * *