| (12) | United States Design Patent | (10) Patent No.: | US D719,504 S |
|---|---|---|---|
| | Zsolcsak et al. | (45) Date of Patent: ** | Dec. 16, 2014 |

(54) **BATTERY PACK FOR AN INSOLE**

(71) Applicant: **Schawbel Technologies LLC**, Bedford, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Bedford, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/487,528**

(22) Filed: **Apr. 9, 2014**

(51) **LOC (10) Cl.** .............................................. **13-02**

(52) **U.S. Cl.**
USPC ...................................................... **D13/103**

(58) **Field of Classification Search**
USPC ........ D13/102–104, 110, 118–121, 184, 199; 429/96–100, 163, 176; 320/107; 219/211
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,360,633 A | 12/1967 | Weisberger | |
| 3,800,133 A | 3/1974 | Duval | |
| 4,507,877 A | 4/1985 | Vaccari et al. | |
| 4,665,301 A | 5/1987 | Bondy | |
| 4,823,482 A | 4/1989 | Lakic | |
| D303,524 S * | 9/1989 | Siegner et al. | D14/438 |
| 4,894,931 A | 1/1990 | Senee et al. | |
| 4,910,881 A | 3/1990 | Baggio et al. | |
| 5,041,717 A | 8/1991 | Shay, III et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 2281677 | 5/1998 |
|---|---|---|
| CN | 2515992 Y | 10/2002 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).

(Continued)

*Primary Examiner* — Rosemary K Tarcza
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **CLAIM**

The ornamental design for a battery pack for an insole, as shown and described.

**DESCRIPTION**

FIG. **1** illustrates a top front perspective view of an embodiment of a battery pack for an insole employing an ornamental design in accordance with the present invention;
FIG. **2** illustrates a top view of the battery pack of FIG. **1**;
FIG. **3** illustrates a bottom view of the battery pack of FIG. **1**;
FIG. **4** illustrates a first side view the battery pack of FIG. **1**;
FIG. **5** illustrates a second side view of the battery pack of FIG. **1**, wherein the second side view is opposite of the first side view;
FIG. **6** illustrates a front view of the battery pack of FIG. **1**; and,
FIG. **7** illustrates a back view of the battery pack of FIG. **1**.
The broken lines are included for the purpose of illustrating unclaimed portions of the battery pack for an insole and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,230,170 A | | 7/1993 | Dahle |
| 5,495,682 A | * | 3/1996 | Chen ................................ 36/2.6 |
| 5,623,772 A | | 4/1997 | Sunderland et al. |
| 5,882,106 A | | 3/1999 | Galli |
| 5,956,866 A | | 9/1999 | Spears |
| D432,493 S | * | 10/2000 | Killebrew et al. ........... D13/103 |
| D486,789 S | * | 2/2004 | Santiago ...................... D13/119 |
| 6,701,639 B2 | | 3/2004 | Treptow et al. |
| 6,841,757 B2 | | 1/2005 | Marega et al. |
| 6,865,825 B2 | | 3/2005 | Bailey, Sr. et al. |
| D528,075 S | * | 9/2006 | Sugeno et al. ............... D13/119 |
| D533,832 S | * | 12/2006 | Hock ........................... D13/103 |
| D538,225 S | * | 3/2007 | Lyman et al. ................ D13/119 |
| D538,226 S | * | 3/2007 | Lyman et al. ................ D13/119 |
| D546,277 S | * | 7/2007 | Andre et al. ................. D13/103 |
| D637,552 S | * | 5/2011 | Inman et al. ................. D13/103 |
| 7,985,502 B2 | | 7/2011 | Abe et al. |
| D642,517 S | * | 8/2011 | Inman et al. ................. D13/103 |
| 8,074,373 B2 | | 12/2011 | Macher et al. |
| D654,429 S | * | 2/2012 | Li et al. ........................ D13/103 |
| D685,729 S | * | 7/2013 | Lyman ......................... D13/103 |
| 8,510,969 B2 | * | 8/2013 | Luo ................................ 36/2.6 |
| D689,019 S | * | 9/2013 | Sato et al. .................... D13/103 |
| D694,176 S | * | 11/2013 | Buetow et al. .............. D13/103 |
| D699,178 S | * | 2/2014 | Ashida et al. ............... D13/103 |
| D699,179 S | * | 2/2014 | Alexander ................... D13/103 |
| D700,135 S | * | 2/2014 | Sato et al. .................... D13/103 |
| 2003/0114902 A1 | | 6/2003 | Prescott |
| 2005/0126049 A1 | | 6/2005 | Koenig |
| 2007/0039201 A1 | | 2/2007 | Axinte |
| 2008/0016715 A1 | | 1/2008 | Vickroy |
| 2008/0069524 A1 | | 3/2008 | Yamauchi et al. |
| 2008/0083720 A1 | | 4/2008 | Gentile et al. |
| 2008/0197126 A1 | | 8/2008 | Bourke et al. |
| 2009/0013554 A1 | | 1/2009 | Macher et al. |
| 2010/0192406 A1 | | 8/2010 | Au |
| 2011/0107771 A1 | | 5/2011 | Crist et al. |
| 2013/0174451 A1 | | 7/2013 | Kremer et al. |
| 2013/0181662 A1 | | 7/2013 | Shapiro |
| 2013/0244074 A1 | | 9/2013 | Kremer et al. |
| 2014/0182163 A1 | * | 7/2014 | Krupenkin et al. .............. 36/2.6 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201976877 U | 9/2011 |
| DE | 20317143 U1 | 4/2004 |
| DE | 10352050 A1 | 12/2004 |
| DE | 102008029727 A1 | 12/2009 |
| EP | 2215918 A2 | 8/2010 |
| KR | 20-0273770 | 4/2002 |
| WO | 2006/111823 A1 | 10/2006 |
| WO | 2008/006731 A1 | 1/2008 |
| WO | 2008/069524 A1 | 6/2008 |
| WO | 2013101920 A1 | 7/2013 |

OTHER PUBLICATIONS

International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).

International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).

Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.

Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

* cited by examiner



FIG.1



FIG.2



FIG.3




FIG.4　　　　　　　　　FIG.5



FIG.6



FIG.7