US00D722222S

(12) **United States Design Patent**  
Zsolcsak et al.

(10) Patent No.: **US D722,222 S**  
(45) Date of Patent: ★★ **Feb. 10, 2015**

(54) **INSOLE**

(71) Applicant: **Schawbel Technologies LLC**, Bedford, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Bedford, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/487,520**

(22) Filed: **Apr. 9, 2014**

(51) **LOC (10) Cl.** ............................................. 02-04
(52) **U.S. Cl.**
    USPC ............................................. **D2/961**
(58) **Field of Classification Search**
    USPC .......... D2/896, 908, 925, 946, 947, 949–951, D2/954, 961, 968; 36/2.6, 31, 43, 44, 71, 36/115, 116, 137, 139–141, 145, 147, 148, 36/149, 150, 151, 152, 153, 154, 155, 166, 36/169, 173, 174, 180; 219/211; 301/5.301, 5.303
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,680,918 A    6/1952   Behner
3,360,633 A *  12/1967  Weisberger ................... 219/211
3,585,736 A    6/1971   Polichena

(Continued)

FOREIGN PATENT DOCUMENTS

CN    2281677         5/1998
CN    2515992 Y      10/2002

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).

(Continued)

*Primary Examiner* — Stella Reid
*Assistant Examiner* — Janice Lim
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **CLAIM**
The ornamental design for an insole, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of an insole for use on the left foot, showing our new design;
FIG. **2** is a top view of the insole of FIG. **1**;
FIG. **3** is a bottom view of the insole of FIG. **1**;
FIG. **4** is a first side view of the insole of FIG. **1**;
FIG. **5** is a second side view of the insole of FIG. **1**;
FIG. **6** is a front view of the insole of FIG. **1**;
FIG. **7** is a back view of the insole of FIG. **1**;
FIG. **8** is an enlarged top perspective view of FIG. **1**; and,
FIG. **9** is an enlarged top perspective view of FIG. **1**, wherein the connector is shown in inclined condition.
The right side insole is a mirror image of FIGS. **1-9**.
The broken line portions of FIGS. **1-9** are included to show environmental use only and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,800,133 | A | 3/1974 | Duval |
| 4,507,877 | A | 4/1985 | Vaccari et al. |
| 4,665,301 | A | 5/1987 | Bondy |
| 4,823,482 | A | 4/1989 | Lakic |
| D303,524 | S | 9/1989 | Siegner et al. |
| 4,894,931 | A | 1/1990 | Senee et al. |
| 4,910,881 | A | 3/1990 | Baggio et al. |
| 5,041,717 | A | 8/1991 | Shay, III et al. |
| D320,212 | S | 9/1991 | Someya |
| 5,230,170 | A | 7/1993 | Dahle |
| 5,483,759 | A * | 1/1996 | Silverman ........................ 36/137 |
| 5,495,682 | A * | 3/1996 | Chen ................................ 36/2.6 |
| 5,592,759 | A * | 1/1997 | Cox ................................ 36/141 |
| 5,623,772 | A | 4/1997 | Sunderland et al. |
| 5,882,106 | A | 3/1999 | Galli |
| 5,956,866 | A | 9/1999 | Spears |
| 6,094,844 | A | 8/2000 | Potts |
| D432,493 | S | 10/2000 | Killebrew et al. |
| D440,201 | S | 4/2001 | Huynh et al. |
| 6,320,161 | B1 | 11/2001 | Hansen, Jr. |
| 6,523,836 | B1 * | 2/2003 | Chang et al. ............. 280/11.223 |
| 6,657,164 | B1 | 12/2003 | Koch |
| D486,789 | S | 2/2004 | Santiago |
| 6,701,639 | B2 | 3/2004 | Treptow et al. |
| 6,770,848 | B2 | 8/2004 | Haas et al. |
| 6,840,955 | B2 | 1/2005 | Ein |
| 6,841,757 | B2 | 1/2005 | Marega et al. |
| 6,865,825 | B2 | 3/2005 | Bailey, Sr. et al. |
| D528,075 | S | 9/2006 | Sugeno et al. |
| D533,832 | S | 12/2006 | Hock |
| D538,225 | S | 3/2007 | Lyman et al. |
| D538,226 | S | 3/2007 | Lyman et al. |
| D546,277 | S | 7/2007 | Andre et al. |
| D552,081 | S | 10/2007 | Yano |
| 7,497,037 | B2 * | 3/2009 | Vick et al. ........................ 36/137 |
| D602,432 | S | 10/2009 | Moussa |
| D609,180 | S | 2/2010 | Suzuki et al. |
| 7,716,856 | B2 | 5/2010 | Seipel |
| 7,726,046 | B2 | 6/2010 | Portnell |
| 7,823,302 | B2 | 11/2010 | Mann et al. |
| D637,552 | S | 5/2011 | Inman et al. |
| 7,985,502 | B2 | 7/2011 | Abe et al. |
| D642,517 | S | 8/2011 | Inman et al. |
| 8,074,373 | B2 | 12/2011 | Macher et al. |
| 8,084,722 | B2 | 12/2011 | Haas et al. |
| D654,429 | S | 2/2012 | Li et al. |
| D660,798 | S | 5/2012 | Tseng |
| D682,195 | S | 5/2013 | Aglassinger |
| D685,729 | S | 7/2013 | Lyman |
| D686,157 | S | 7/2013 | Kawase et al. |
| 8,510,969 | B2 | 8/2013 | Luo |
| D689,019 | S | 9/2013 | Sato et al. |
| D694,176 | S | 11/2013 | Buetow et al. |
| D698,313 | S | 1/2014 | Buetow et al. |
| D699,178 | S | 2/2014 | Ashida et al. |
| D699,179 | S | 2/2014 | Alexander |
| D700,135 | S | 2/2014 | Sato et al. |
| 8,715,329 | B2 | 5/2014 | Robinson et al. |
| 2003/0114902 | A1 | 6/2003 | Prescott |
| 2003/0145494 | A1 * | 8/2003 | Hsu ................................ 36/137 |
| 2005/0126049 | A1 | 6/2005 | Koenig |
| 2006/0174521 | A1 * | 8/2006 | Lee ................................ 36/137 |
| 2006/0230641 | A1 * | 10/2006 | Vick et al. ........................ 36/137 |
| 2007/0039201 | A1 | 2/2007 | Axinte |
| 2008/0016715 | A1 | 1/2008 | Vickroy |
| 2008/0069524 | A1 | 3/2008 | Yamauchi et al. |
| 2008/0083720 | A1 | 4/2008 | Gentile et al. |
| 2008/0197126 | A1 | 8/2008 | Bourke et al. |
| 2009/0013554 | A1 | 1/2009 | Macher et al. |
| 2010/0192406 | A1 | 8/2010 | Au |
| 2011/0083339 | A1 * | 4/2011 | Luo ................................ 36/2.6 |
| 2011/0107771 | A1 | 5/2011 | Crist et al. |
| 2013/0174451 | A1 | 7/2013 | Kremer et al. |
| 2013/0181662 | A1 | 7/2013 | Shapiro |
| 2013/0244074 | A1 | 9/2013 | Kremer et al. |
| 2014/0182163 | A1 | 7/2014 | Krupenkin et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201976877 U | 9/2011 |
| DE | 20317143 U1 | 4/2004 |
| DE | 10352050 A1 | 12/2004 |
| DE | 102008029727 A1 | 12/2009 |
| EP | 2215918 A2 | 8/2010 |
| KR | 20-0273770 | 4/2002 |
| WO | 2006/111823 A1 | 10/2006 |
| WO | 2008/006731 A1 | 1/2008 |
| WO | 2008/069524 A1 | 6/2008 |
| WO | 2013101920 A1 | 7/2013 |

OTHER PUBLICATIONS

International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).

International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).

Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.

Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

\* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9