US00D724013S

(12) **United States Design Patent**  (10) Patent No.: **US D724,013 S**
Zsolcsak et al.  (45) Date of Patent: ** Mar. 10, 2015

(54) **BATTERY PACK FOR AN INSOLE**

(71) Applicant: **Schawbel Technologies LLC**, Bedford, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Bedford, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/487,523**

(22) Filed: **Apr. 9, 2014**

(51) **LOC (10) Cl.** ............................................. **13-02**
(52) **U.S. Cl.**
     USPC ....................................................... **D13/103**
(58) **Field of Classification Search**
     USPC ........ D13/102–104, 110, 118–121, 184, 199;
                429/96–100, 163, 176; 320/107;
                219/211
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,360,633 A | 12/1967 | Weisberger | |
| 3,800,133 A | 3/1974 | Duval | |
| 4,507,877 A | 4/1985 | Vaccari et al. | |
| 4,665,301 A | 5/1987 | Bondy | |
| 4,823,482 A | 4/1989 | Lakic | |
| D303,524 S * | 9/1989 | Siegner et al. | D14/438 |
| 4,894,931 A | 1/1990 | Senee et al. | |
| 4,910,881 A | 3/1990 | Baggio et al. | |
| 5,041,717 A | 8/1991 | Shay, III et al. | |
| 5,230,170 A | 7/1993 | Dahle | |
| 5,495,682 A * | 3/1996 | Chen | 36/2.6 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2281677 | 5/1998 |
| CN | 2515992 Y | 10/2002 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).

(Continued)

*Primary Examiner* — Rosemary K Tarcza
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **CLAIM**

The ornamental design for a battery pack for an insole, as shown and described.

**DESCRIPTION**

FIG. 1 illustrates a top front perspective view of an embodiment of a battery pack for an insole employing an ornamental design in accordance with the present invention;
FIG. 2 illustrates a top view of the battery pack of FIG. 1;
FIG. 3 illustrates a bottom view of the battery pack of FIG. 1;
FIG. 4 illustrates a first side view the battery pack of FIG. 1;
FIG. 5 illustrates a second side view of the battery pack of FIG. 1, wherein the second side view is opposite of the first side view;
FIG. 6 illustrates a front view of the battery pack of FIG. 1; and,
FIG. 7 illustrates a back view of the battery pack of FIG. 1.
The broken lines are included for the purpose of illustrating unclaimed portions of the battery pack for an insole and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | Kind | | Date | Inventor | Class |
|---|---|---|---|---|---|
| 5,623,772 | A | | 4/1997 | Sunderland et al. | |
| 5,882,106 | A | | 3/1999 | Galli | |
| 5,956,866 | A | | 9/1999 | Spears | |
| D432,493 | S | * | 10/2000 | Killebrew et al. | D13/103 |
| D486,789 | S | * | 2/2004 | Santiago | D13/119 |
| 6,701,639 | B2 | | 3/2004 | Treptow et al. | |
| 6,841,757 | B2 | | 1/2005 | Marega et al. | |
| 6,865,825 | B2 | | 3/2005 | Bailey, Sr. et al. | |
| D528,075 | S | * | 9/2006 | Sugeno et al. | D13/119 |
| D533,832 | S | * | 12/2006 | Hock | D13/103 |
| D538,225 | S | * | 3/2007 | Lyman et al. | D13/119 |
| D538,226 | S | * | 3/2007 | Lyman et al. | D13/119 |
| D546,277 | S | * | 7/2007 | Andre et al. | D13/103 |
| D637,552 | S | * | 5/2011 | Inman et al. | D13/103 |
| 7,985,502 | B2 | | 7/2011 | Abe et al. | |
| D642,517 | S | * | 8/2011 | Inman et al. | D13/103 |
| 8,074,373 | B2 | | 12/2011 | Macher et al. | |
| D654,429 | S | * | 2/2012 | Li et al. | D13/103 |
| D685,729 | S | * | 7/2013 | Lyman | D13/103 |
| 8,510,969 | B2 | * | 8/2013 | Luo | 36/2.6 |
| D689,019 | S | * | 9/2013 | Sato et al. | D13/103 |
| D694,176 | S | * | 11/2013 | Buetow et al. | D13/103 |
| D699,178 | S | * | 2/2014 | Ashida et al. | D13/103 |
| D699,179 | S | * | 2/2014 | Alexander | D13/103 |
| D700,135 | S | * | 2/2014 | Sato et al. | D13/103 |
| 2003/0114902 | A1 | | 6/2003 | Prescott | |
| 2005/0126049 | A1 | | 6/2005 | Koenig | |
| 2007/0039201 | A1 | | 2/2007 | Axinte | |
| 2008/0016715 | A1 | | 1/2008 | Vickroy | |
| 2008/0069524 | A1 | | 3/2008 | Yamauchi et al. | |
| 2008/0083720 | A1 | | 4/2008 | Gentile et al. | |
| 2008/0197126 | A1 | | 8/2008 | Bourke et al. | |
| 2009/0013554 | A1 | | 1/2009 | Macher et al. | |
| 2010/0192406 | A1 | | 8/2010 | Au | |
| 2011/0107771 | A1 | | 5/2011 | Crist et al. | |
| 2013/0174451 | A1 | | 7/2013 | Kremer et al. | |
| 2013/0181662 | A1 | | 7/2013 | Shapiro | |
| 2013/0244074 | A1 | | 9/2013 | Kremer et al. | |
| 2014/0182163 | A1 | * | 7/2014 | Krupenkin et al. | 36/2.6 |

FOREIGN PATENT DOCUMENTS

| Country | Number | | Date |
|---|---|---|---|
| CN | 201976877 | U | 9/2011 |
| DE | 20317143 | U1 | 4/2004 |
| DE | 10352050 | A1 | 12/2004 |
| DE | 102008029727 | A1 | 12/2009 |
| EP | 2215918 | A2 | 8/2010 |
| KR | 20-0273770 | | 4/2002 |
| WO | 2006/111823 | A1 | 10/2006 |
| WO | 2008/006731 | A1 | 1/2008 |
| WO | 2008/069524 | A1 | 6/2008 |
| WO | 2013101920 | A1 | 7/2013 |

OTHER PUBLICATIONS

International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).

International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).

Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.

Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

* cited by examiner



FIG.1



FIG.2



FIG.3




FIG.4　　　FIG.5



FIG.6



FIG.7