Case 1:18-cv-10227-LTS Document [illegible] Filed [illegible] Page [illegible]

US00D772546S

## (12) United States Design Patent
Zsolcsak et al.

(10) Patent No.: **US D772,546 S**
(45) Date of Patent: ⁂⁂ **Nov. 29, 2016**

(54) **INSOLE**

(71) Applicant: **Schawbel Technologies LLC**, Burlington, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Burlington, MA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/529,475**

(22) Filed: **Jun. 8, 2015**

### Related U.S. Application Data

(62) Division of application No. 29/487,518, filed on Apr. 9, 2014, now Pat. No. Des. 734,012.

(51) **LOC (10) Cl.** .............................................. 02-04
(52) **U.S. Cl.**
USPC ........................................................ D2/961
(58) **Field of Classification Search**
USPC ........ D2/896, 908, 925, 946, 947, 949, 950, D2/954, 961, 968; 36/2.6, 115, 116, 137, 36/139–141; 219/211; 301/5.301, 5.303
CPC ............ A43B 7/04; A43B 7/16; A43B 7/22; A43B 13/38; A43B 13/40; A61F 5/14; A63C 17/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,680,918 A | 6/1952 | Behner | |
| 3,360,633 A * | 12/1967 | Weisberger | A43B 3/0005 219/211 |
| 3,585,736 A | 6/1971 | Polichena | |
| 3,621,191 A | 11/1971 | Cornwell | |
| 3,800,133 A | 3/1974 | Duval | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2281677 | 5/1998 |
| CN | 2515992 Y | 10/2002 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).

(Continued)

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Janice Lim
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **CLAIM**

The ornamental design for an insole, as shown and described.

### DESCRIPTION

FIG. **1** is a top front perspective view of a left side insole, showing our new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a side view thereof;
FIG. **5** is an opposite side view thereof;
FIG. **6** is a front view thereof; and,
FIG. **7** is a back view thereof.
A right foot insole is a mirror image of FIGS. **1-7**.
The broken lines on the side walls in FIGS. **1-5** and **7** are included to show an unclaimed abutment between a first layer and a second layer of the insole only and form no part of the claimed design. All broken lines in FIGS. **1-7** are included to show unclaimed subject matter and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| Patent No. | Date | Name |
|---|---|---|
| 4,470,263 A | 9/1984 | Lehovec et al. |
| 4,507,877 A | 4/1985 | Vaccari et al. |
| 4,665,301 A | 5/1987 | Bondy |
| 4,823,482 A | 4/1989 | Lakic |
| D303,524 S | 9/1989 | Siegner et al. |
| 4,894,931 A | 1/1990 | Senee et al. |
| 4,910,881 A | 3/1990 | Baggio et al. |
| 5,041,717 A | 8/1991 | Shay, III et al. |
| D320,212 S | 9/1991 | Someya |
| 5,230,170 A | 7/1993 | Dahle |
| 5,483,759 A | 1/1996 | Silverman |
| 5,495,682 A | 3/1996 | Chen |
| 5,565,124 A | 10/1996 | Balzano |
| 5,592,759 A | 1/1997 | Cox |
| 5,623,772 A | 4/1997 | Sunderland et al. |
| 5,800,490 A | 9/1998 | Patz et al. |
| 5,802,865 A | 9/1998 | Strauss |
| 5,830,208 A | 11/1998 | Muller |
| 5,875,571 A | 3/1999 | Huang |
| 5,882,106 A | 3/1999 | Galli |
| 5,956,866 A | 9/1999 | Spears |
| 5,970,718 A | 10/1999 | Arnold |
| 6,074,414 A | 6/2000 | Haas et al. |
| 6,094,844 A | 8/2000 | Potts |
| D432,493 S | 10/2000 | Killebrew et al. |
| 6,125,636 A | 10/2000 | Taylor et al. |
| 6,189,327 B1 | 2/2001 | Strauss et al. |
| D440,201 S | 4/2001 | Huynh et al. |
| 6,320,161 B1 | 11/2001 | Hansen, Jr. |
| 6,523,836 B1 | 2/2003 | Chang et al. |
| 6,649,873 B1 | 11/2003 | Cintron, Jr. et al. |
| 6,657,164 B1 | 12/2003 | Koch |
| D486,789 S | 2/2004 | Santiago |
| 6,701,639 B2 | 3/2004 | Treptow et al. |
| 6,744,145 B2* | 6/2004 | Chang ............... A43B 3/0005 219/211 |
| 6,770,848 B2 | 8/2004 | Haas et al. |
| 6,840,955 B2 | 1/2005 | Ein |
| 6,841,757 B2 | 1/2005 | Marega et al. |
| 6,865,825 B2 | 3/2005 | Bailey, Sr. et al. |
| 7,022,093 B2 | 4/2006 | Smith et al. |
| 7,028,422 B1* | 4/2006 | Lewis ............... A43B 1/0081 36/136 |
| D528,075 S | 9/2006 | Sugeno et al. |
| D533,832 S | 12/2006 | Hock |
| 7,152,345 B2 | 12/2006 | Koenig |
| D538,225 S | 3/2007 | Lyman et al. |
| D538,226 S | 3/2007 | Lyman et al. |
| D546,277 S | 7/2007 | Andre et al. |
| 7,244,253 B2 | 7/2007 | Neev |
| D552,081 S | 10/2007 | Yano |
| 7,497,037 B2 | 3/2009 | Vick et al. |
| 7,565,754 B1 | 7/2009 | Acheson et al. |
| D602,432 S | 10/2009 | Moussa |
| D609,180 S | 2/2010 | Suzuki et al. |
| 7,714,709 B1 | 5/2010 | Daniel |
| 7,716,856 B2 | 5/2010 | Seipel |
| 7,726,046 B2 | 6/2010 | Portnell |
| 7,823,302 B2 | 11/2010 | Mann et al. |
| D637,552 S | 5/2011 | Inman et al. |
| 7,985,502 B2 | 7/2011 | Abe et al. |
| D642,517 S | 8/2011 | Inman et al. |
| 8,074,373 B2 | 12/2011 | Macher et al. |
| 8,084,722 B2 | 12/2011 | Haas et al. |
| D654,429 S | 2/2012 | Li et al. |
| D660,798 S | 5/2012 | Tseng |
| 8,384,551 B2 | 2/2013 | Ross et al. |
| 8,397,518 B1 | 3/2013 | Vistakula |
| D682,195 S | 5/2013 | Aglassinger |
| D685,729 S | 7/2013 | Lyman |
| D686,157 S | 7/2013 | Kawase et al. |
| 8,510,969 B2 | 8/2013 | Luo |
| D689,019 S | 9/2013 | Sato et al. |
| D694,176 S | 11/2013 | Buetow et al. |
| D698,313 S | 1/2014 | Buetow et al. |
| 8,638,958 B2 | 1/2014 | Wells |
| D699,178 S | 2/2014 | Ashida et al. |
| D699,179 S | 2/2014 | Alexander |
| D700,135 S | 2/2014 | Sato et al. |
| 8,658,943 B1 | 2/2014 | Larsen et al. |
| 8,715,329 B2 | 5/2014 | Robinson et al. |
| 8,777,441 B2 | 7/2014 | Vazquez |
| 8,850,716 B2 | 10/2014 | Whitehead et al. |
| 8,869,428 B1 | 10/2014 | Zsolcsak et al. |
| 8,869,429 B1 | 10/2014 | Zsolcsak et al. |
| 9,101,177 B2 | 8/2015 | Whitehead et al. |
| 2003/0114902 A1 | 6/2003 | Prescott |
| 2003/0145494 A1 | 8/2003 | Hsu |
| 2004/0210214 A1 | 10/2004 | Knowlton |
| 2004/0211189 A1 | 10/2004 | Arnold |
| 2005/0028401 A1 | 2/2005 | Johnson |
| 2005/0049653 A1* | 3/2005 | Wang ............... A43B 1/0054 607/48 |
| 2005/0126049 A1 | 6/2005 | Koenig |
| 2005/0193742 A1 | 9/2005 | Arnold |
| 2006/0174521 A1 | 8/2006 | Lee |
| 2006/0230641 A1 | 10/2006 | Vick et al. |
| 2006/0283050 A1 | 12/2006 | Carnes et al. |
| 2007/0039201 A1 | 2/2007 | Axinte |
| 2007/0193064 A1* | 8/2007 | Xu ............... A43B 13/14 36/25 R |
| 2008/0016715 A1 | 1/2008 | Vickroy |
| 2008/0069524 A1 | 3/2008 | Yamauchi et al. |
| 2008/0077211 A1 | 3/2008 | Levinson et al. |
| 2008/0083720 A1 | 4/2008 | Gentile et al. |
| 2008/0197126 A1 | 8/2008 | Bourke et al. |
| 2009/0013554 A1 | 1/2009 | Macher et al. |
| 2010/0192406 A1 | 8/2010 | Au |
| 2010/0198322 A1 | 8/2010 | Joseph et al. |
| 2011/0083339 A1 | 4/2011 | Luo |
| 2011/0107771 A1 | 5/2011 | Crist et al. |
| 2011/0204653 A1* | 8/2011 | Liu ............... F03G 7/08 290/1 R |
| 2011/0296714 A1 | 12/2011 | Holzer |
| 2011/0306299 A1 | 12/2011 | Wells |
| 2012/0005919 A1 | 1/2012 | Chen |
| 2012/0030970 A1* | 2/2012 | Kim ............... A43B 1/0054 36/25 R |
| 2013/0019503 A1 | 1/2013 | Vogt |
| 2013/0020986 A1* | 1/2013 | Linzon ............... A43B 3/0015 320/107 |
| 2013/0085421 A1 | 4/2013 | Gillespie et al. |
| 2013/0116534 A1* | 5/2013 | Woo ............... A61B 5/0002 600/391 |
| 2013/0116759 A1 | 5/2013 | Levinson et al. |
| 2013/0139605 A1 | 6/2013 | Burke et al. |
| 2013/0174451 A1 | 7/2013 | Kremer et al. |
| 2013/0181662 A1 | 7/2013 | Shapiro |
| 2013/0213147 A1 | 8/2013 | Rice et al. |
| 2013/0244074 A1 | 9/2013 | Kremer et al. |
| 2014/0059894 A1 | 3/2014 | Lupinek et al. |
| 2014/0182162 A1 | 7/2014 | Hakkala |
| 2014/0182163 A1 | 7/2014 | Krupenkin et al. |
| 2014/0222173 A1 | 8/2014 | Giedwoyn et al. |
| 2014/0277632 A1 | 9/2014 | Walker |

### FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| CN | 101641027 A | 2/2010 |
| CN | 201976877 U | 9/2011 |
| DE | 20317143 U1 | 4/2004 |
| DE | 10352050 A1 | 12/2004 |
| DE | 102008029727 A1 | 12/2009 |
| EP | 0251084 A2 | 1/1988 |
| EP | 0854696 B1 | 7/1998 |
| EP | 2215918 A2 | 8/2010 |
| KR | 20-0273770 | 4/2002 |
| KR | 2009-0117205 A | 11/2009 |
| WO | 2006/111823 A1 | 10/2006 |
| WO | 2008/006731 A1 | 1/2008 |
| WO | 2008/069254 A1 | 6/2008 |
| WO | 2008/069524 A1 | 6/2008 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2011057142 A2 | 5/2011 |
| WO | 2013/101920 A1 | 7/2013 |
| WO | 2014064518 A2 | 5/2014 |

OTHER PUBLICATIONS

International Search Report and Written Opinion for International application No. PCT/US2014/072718 filed Dec. 30, 2014 and mailed on Apr. 28, 2015, (10 pages).

International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).

International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).

Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.

Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

International Search Report and Written Opinion of the International Search Authority mailed Feb. 25, 2016 for International Application No. PCT/US2015/062458 (12 Pages).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7