US00D794813S

(12) **United States Design Patent** (10) Patent No.: **US D794,813 S**
Zsolcsak et al. (45) Date of Patent: ★★ **Aug. 15, 2017**

(54) **HEAT PACK**

(71) Applicant: **Schawbel Technologies LLC**, Burlington, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Burlington, MA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/533,210**

(22) Filed: **Jul. 15, 2015**

(51) **LOC (10) Cl.** .............................................. **24-04**
(52) **U.S. Cl.**
 USPC ...................................... **D24/206**
(58) **Field of Classification Search**
 USPC ....... D6/601, 595, 596, 604; D7/500, 550.1, D7/554.3; D24/200, 206, 207
 CPC ...... A61F 7/00; A61F 7/02; A61F 7/03; A61F 7/0097; A61F 7/08; A61F 7/007; A61F 7/0241; A61F 2007/0001; A61F 2007/022; A61F 2007/023; A61F 2007/0024; A61F 2007/0238; A61F 2007/0025; A61F 2007/0026; A61F 2007/0027
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,211,636 | A | * | 8/1940 | Bates ................... A61F 7/10 62/530 |
| 2,680,918 | A | | 6/1952 | Behner |
| 3,202,801 | A | * | 8/1965 | Saluri .................. H05B 3/342 219/528 |
| 3,360,633 | A | | 12/1967 | Weisberger |
| 3,585,736 | A | | 6/1971 | Polichena |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2281677 | 5/1998 |
| CN | 2515992 Y | 10/2002 |

(Continued)

OTHER PUBLICATIONS

"Introducing the New Thermacell Heat Packs", <www.petersenshunting.com/shot-show-2015/introducing-new-thermacell-heat-packs/>, Published Feb. 9, 2015, Retrieved on Sep. 25, 2015.

(Continued)

*Primary Examiner* — Elizabeth J Osweski
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **CLAIM**

The ornamental design for a heat pack, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a heat pack employing an ornamental design in accordance with the present invention;
FIG. **2** illustrates a front view thereof;
FIG. **3** illustrates a back view thereof;
FIG. **4** illustrates a bottom view thereof;
FIG. **5** illustrates a top view thereof;
FIG. **6** illustrates a left view of thereof;
FIG. **7** illustrates a right view thereof; and,
FIG. **8** illustrates a back perspective view thereof.
The broken line portions of FIGS. **1-8** are included to show unclaimed subject matter only and form no part of the claimed heat pack design.
The drawings are dotted to show features of the heat pack having a contrasting material, surface texture, color, or any combination thereof as compared to other features of the heat pack.

**1 Claim, 8 Drawing Sheets**




(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,621,191 A | 11/1971 | Cornwell |
| 3,800,133 A | 3/1974 | Duval |
| 4,470,263 A | 9/1984 | Lehovec et al. |
| 4,507,877 A | 4/1985 | Vaccari et al. |
| 4,640,284 A * | 2/1987 | Ruderian ............... A61F 7/007 |
| | | 126/204 |
| 4,665,301 A | 5/1987 | Bondy |
| 4,699,123 A | 10/1987 | Zaborowski |
| D300,606 S | 4/1989 | Schwabel et al. |
| 4,823,482 A | 4/1989 | Lakic |
| D303,524 S | 9/1989 | Siegner et al. |
| 4,894,931 A | 1/1990 | Senee et al. |
| 4,910,881 A | 3/1990 | Baggio et al. |
| 5,041,717 A | 8/1991 | Shay, III et al. |
| D320,212 S | 9/1991 | Someya |
| 5,230,170 A | 7/1993 | Dahle |
| D351,337 S | 10/1994 | Bonnema et al. |
| 5,483,759 A | 1/1996 | Silverman |
| 5,495,682 A | 3/1996 | Chen |
| 5,522,722 A | 6/1996 | Diederich |
| 5,565,124 A | 10/1996 | Balzano |
| 5,592,759 A | 1/1997 | Cox |
| 5,623,772 A | 4/1997 | Sunderland et al. |
| D389,953 S | 1/1998 | Seifert |
| D391,019 S | 2/1998 | Seifert |
| 5,800,490 A | 9/1998 | Patz et al. |
| 5,802,865 A | 9/1998 | Strauss |
| 5,830,208 A | 11/1998 | Muller |
| 5,857,262 A | 1/1999 | Bonnema et al. |
| 5,875,571 A | 3/1999 | Huang |
| 5,882,106 A | 3/1999 | Galli |
| 5,944,508 A | 8/1999 | Bonnema |
| 5,956,866 A | 9/1999 | Spears |
| 5,970,718 A | 10/1999 | Arnold |
| 6,033,212 A | 3/2000 | Bonnema et al. |
| 6,074,414 A | 6/2000 | Haas et al. |
| 6,094,844 A | 8/2000 | Potts |
| D432,493 S | 10/2000 | Killebrew et al. |
| 6,125,636 A | 10/2000 | Taylor et al. |
| 6,176,596 B1 | 1/2001 | Shukla et al. |
| 6,189,327 B1 | 2/2001 | Strauss et al. |
| D440,201 S | 4/2001 | Huynh et al. |
| D442,285 S * | 5/2001 | Perry ........................ D24/206 |
| D442,426 S * | 5/2001 | Garber ........................ D7/354 |
| 6,235,983 B1 | 5/2001 | Becker et al. |
| 6,320,161 B1 | 11/2001 | Hansen, Jr. |
| 6,523,836 B1 | 2/2003 | Chang et al. |
| 6,649,873 B1 | 11/2003 | Cintron, Jr. et al. |
| 6,657,164 B1 | 12/2003 | Koch |
| D486,789 S | 2/2004 | Santiago |
| 6,701,639 B2 | 3/2004 | Treptow et al. |
| 6,733,282 B2 | 5/2004 | Long |
| 6,770,848 B2 | 8/2004 | Haas et al. |
| 6,840,955 B2 | 1/2005 | Ein |
| 6,841,757 B2 | 1/2005 | Marega et al. |
| 6,865,825 B2 | 3/2005 | Bailey, Sr. et al. |
| 7,022,093 B2 | 4/2006 | Smith et al. |
| D528,075 S | 9/2006 | Sugeno et al. |
| D533,832 S | 12/2006 | Hock |
| D534,307 S | 12/2006 | Vu |
| D534,308 S | 12/2006 | Vu |
| 7,152,345 B2 | 12/2006 | Koenig |
| D538,225 S | 3/2007 | Lyman et al. |
| D538,226 S | 3/2007 | Lyman et al. |
| D546,277 S | 7/2007 | Andre et al. |
| 7,244,253 B2 | 7/2007 | Neev |
| D552,081 S | 10/2007 | Yano |
| 7,497,037 B2 | 3/2009 | Vick et al. |
| 7,565,754 B1 | 7/2009 | Acheson et al. |
| D598,163 S | 8/2009 | Overend et al. |
| D598,164 S | 8/2009 | Overend et al. |
| D602,432 S | 10/2009 | Moussa |
| D602,597 S * | 10/2009 | Nomi ........................ D24/206 |
| D609,180 S | 2/2010 | Suzuki et al. |
| 7,714,709 B1 | 5/2010 | Daniel |
| 7,716,856 B2 | 5/2010 | Seipel |
| 7,726,046 B2 | 6/2010 | Portnell |
| 7,823,302 B2 | 11/2010 | Mann et al. |
| 7,879,501 B2 | 2/2011 | Schaevitz et al. |
| D637,552 S | 5/2011 | Inman et al. |
| 7,985,502 B2 | 7/2011 | Abe et al. |
| D642,517 S | 8/2011 | Inman et al. |
| D651,343 S | 12/2011 | Robson |
| 8,074,373 B2 | 12/2011 | Macher et al. |
| 8,084,722 B2 | 12/2011 | Haas et al. |
| D654,429 S | 2/2012 | Li et al. |
| D658,330 S | 4/2012 | Yue |
| D660,798 S | 5/2012 | Tseng |
| 8,273,485 B2 | 9/2012 | Schaevitz et al. |
| D672,500 S | 12/2012 | Kim |
| D672,501 S | 12/2012 | Kim |
| 8,384,551 B2 | 2/2013 | Ross et al. |
| 8,389,909 B2 | 3/2013 | Wang et al. |
| 8,397,518 B1 | 3/2013 | Vistakula |
| D682,195 S | 5/2013 | Aglassinger |
| D685,729 S | 7/2013 | Lyman |
| D686,157 S | 7/2013 | Kawase et al. |
| D687,558 S * | 8/2013 | Sonoda ........................ D24/206 |
| 8,510,969 B2 | 8/2013 | Luo |
| D689,019 S | 9/2013 | Sato et al. |
| D690,022 S * | 9/2013 | Sonoda ........................ D24/206 |
| D694,176 S | 11/2013 | Buetow et al. |
| D696,549 S * | 12/2013 | Pennington ................... D7/363 |
| D698,313 S | 1/2014 | Buetow et al. |
| D698,489 S | 1/2014 | Byun |
| 8,638,958 B2 | 1/2014 | Wells |
| D698,931 S * | 2/2014 | Wang ........................ D24/206 |
| D699,178 S | 2/2014 | Ashida et al. |
| D699,179 S | 2/2014 | Alexander |
| D700,135 S | 2/2014 | Sato et al. |
| 8,658,943 B1 | 2/2014 | Larsen et al. |
| 8,715,329 B2 | 5/2014 | Robinson et al. |
| 8,777,441 B2 | 7/2014 | Vazquez |
| 8,850,716 B2 | 10/2014 | Whitehead et al. |
| 8,869,428 B1 | 10/2014 | Zsolcsak et al. |
| 8,869,429 B1 | 10/2014 | Zsolcsak et al. |
| 9,101,177 B2 | 8/2015 | Whitehead et al. |
| 9,179,734 B2 | 11/2015 | Zsolcsak et al. |
| D746,097 S * | 12/2015 | Davenport ................... D7/352 |
| 9,215,905 B2 | 12/2015 | Tseng |
| D757,280 S * | 5/2016 | Ogaki ........................ D24/200 |
| D762,308 S * | 7/2016 | Wang ........................ D24/206 |
| D773,681 S * | 12/2016 | Elam ........................ D24/206 |
| 2003/0114902 A1 | 6/2003 | Prescott |
| 2003/0145494 A1 | 8/2003 | Hsu |
| 2004/0210214 A1 | 10/2004 | Knowlton |
| 2004/0211189 A1 | 10/2004 | Arnold |
| 2004/0244810 A1 | 12/2004 | Henninger et al. |
| 2005/0028401 A1 | 2/2005 | Johnson |
| 2005/0126049 A1 | 6/2005 | Koenig |
| 2005/0193742 A1 | 9/2005 | Arnold |
| 2005/0245852 A1* | 11/2005 | Ellefson ............... A61K 9/703 |
| | | 602/2 |
| 2006/0174521 A1 | 8/2006 | Lee |
| 2006/0201025 A1 | 9/2006 | Chou |
| 2006/0230641 A1 | 10/2006 | Vick et al. |
| 2006/0235346 A1 | 10/2006 | Prescott |
| 2006/0283050 A1 | 12/2006 | Carnes et al. |
| 2007/0039201 A1 | 2/2007 | Axinte |
| 2007/0053212 A1 | 3/2007 | Formenti |
| 2008/0016715 A1 | 1/2008 | Vickroy |
| 2008/0069524 A1 | 3/2008 | Yamauchi et al. |
| 2008/0077211 A1 | 3/2008 | Levinson et al. |
| 2008/0083720 A1 | 4/2008 | Gentile et al. |
| 2008/0135537 A1 | 6/2008 | Suber et al. |
| 2008/0197126 A1 | 8/2008 | Bourke et al. |
| 2009/0013554 A1 | 1/2009 | Macher et al. |
| 2010/0192406 A1 | 8/2010 | Au |
| 2010/0198322 A1 | 8/2010 | Joseph et al. |
| 2011/0083339 A1 | 4/2011 | Luo |
| 2011/0107771 A1 | 5/2011 | Crist et al. |
| 2011/0259356 A1 | 10/2011 | Barton et al. |
| 2011/0296714 A1 | 12/2011 | Holzer |
| 2011/0306299 A1 | 12/2011 | Wells |

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2012/0005919 A1 | 1/2012 | Chen |
| 2012/0240955 A1 | 9/2012 | Kennedy et al. |
| 2013/0019503 A1 | 1/2013 | Vogt |
| 2013/0085421 A1 | 4/2013 | Gillespie et al. |
| 2013/0116759 A1 | 5/2013 | Levinson et al. |
| 2013/0139605 A1 | 6/2013 | Burke et al. |
| 2013/0174451 A1 | 7/2013 | Kremer et al. |
| 2013/0181662 A1 | 7/2013 | Shapiro |
| 2013/0213147 A1 | 8/2013 | Rice et al. |
| 2013/0244074 A1 | 9/2013 | Kremer et al. |
| 2013/0247410 A1 | 9/2013 | Tseng |
| 2014/0059894 A1 | 3/2014 | Lupinek et al. |
| 2014/0076349 A1 | 3/2014 | Deng |
| 2014/0182162 A1 | 7/2014 | Hakkala |
| 2014/0182163 A1 | 7/2014 | Krupenkin et al. |
| 2014/0222173 A1 | 8/2014 | Giedwoyn et al. |
| 2014/0277632 A1 | 9/2014 | Walker |
| 2015/0335121 A1 | 11/2015 | Floessholzer et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101641027 A | 2/2010 |
| CN | 201806017 | 4/2011 |
| CN | 201976877 U | 9/2011 |
| DE | 3904603 A1 | 8/1990 |
| DE | 20317143 U1 | 4/2004 |
| DE | 10352050 A1 | 12/2004 |
| DE | 102008029727 A1 | 12/2009 |
| EP | 0251084 A2 | 1/1988 |
| EP | 0854696 B1 | 7/1998 |
| EP | 1820247 | 8/2007 |
| EP | 2215918 A2 | 8/2010 |
| KR | 20-0273770 | 4/2002 |
| KR | 100539710 B1 | 12/2005 |
| KR | 2009-0117205 A | 11/2009 |
| WO | 2006054080 A2 | 5/2006 |
| WO | 20061111823 A1 | 10/2006 |
| WO | 20081006731 A1 | 1/2008 |
| WO | 20081069254 A1 | 6/2008 |
| WO | 20081069524 A1 | 6/2008 |
| WO | 2011057142 A2 | 5/2011 |
| WO | 2013/101920 A1 | 7/2013 |
| WO | 2014064518 A2 | 5/2014 |

### OTHER PUBLICATIONS

"New for 2015—ThermaCELL Heat Packs for Rechargeable Warmth Wherever You Need It", <http://www.ammoland.com/2015/03/new-for-2015-thermacell-heat-packs-for-rechargeable-warmth-wherever-needed/#axzz3gRpAQHtU>, Published Mar. 12, 2015, Retrieved on Sep. 25, 2015.

"ThermaCELL Announces new Rechargeable Heat Packs" <http://www.americanhunter.org/articles/2015/4/22/thermacell-announces-new-rechargeable-heat-packs/>, Published Apr. 22, 2015, Retrieved on Sep. 25, 2015.

"ThermaCELL Heat Packs for Rechargeable Warmth Wherever Needed", <http://huntinglife.com/thermacell-heat-packs-for-rechargeable-warmth-wherever-needed/>, Published Mar. 16, 2015, Retrieved on Sep. 25, 2015.

"Thermacell HeatPacks—New Rechargeable Warmers" <www.bowhunting.com/news/2015/03/12/thermacell-heatpacks-new-rechargeable-warmers/>, Published Mar. 12, 2015, Retrieved on Sep. 25, 2015.

"Thermacell HeatPacks—New Rechargeable Warmers", <http://www.huntingnetwork.com/publisher/Hunting-News/2015/3/12/Thermacell-HeatPacks--New-Rechargeable-Warmers>, Published Mar. 12, 2015, Retrieved on Sep. 25, 2015.

International Search Report and Written Opinion of the International Search Authority mailed Feb. 25, 2016 for International Application No. PCT/US2015/062458 (12 Pages).

International Search Report and Written Opinion of the International Searching Authority Mailed Oct. 4, 2016 for International Application No. PCT/US2016/032891 (17 Pages).

Invitation and Partial International Search Report mailed Aug. 8, 2016 for International Application No. PCT/US2016/032891 (6 Pages).

International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and mailed on May 23, 2012, (7 pages).

International Search Report and Written Opinion for International application No. PCT/US2014/072718 filed Dec. 30, 2014 and mailed on Apr. 28, 2015, (10 pages).

International Search Report and Written Opinion mailed on Apr. 22, 2013, for International Patent Application No. PCT/US2012/071797, filed Dec. 27, 2012, (9 pages).

International Search Report and Written Opinion mailed on Sep. 3, 2014, for International Patent Application No. PCT/US2014/033499, filed Apr. 9, 2014, (10 pages).

Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.

Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.

International Preliminary Report on Patentability Mailed Mar. 9, 2017 for International Application No. PCT/S2015/38801 (7 Pages).

International Search Report and Written Opinion for International Application No. PCT/US2012/038801 Mailed Oct. 6, 2015 (11 Pages).

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8