US00D801624S

(12) **United States Design Patent**  (10) Patent No.: **US D801,624 S**
Zsolcsak et al.  (45) Date of Patent: ** **Nov. 7, 2017**

(54) **HEAT PACK**

(71) Applicant: **Schawbel Technologies LLC**, Burlington, MA (US)

(72) Inventors: **Veronica M. Zsolcsak**, Newburyport, MA (US); **Micha Eizen**, Lake Forest, CA (US); **Thomas John William Bayes**, Rothwell (GB); **Ian Nicholson Whitehead**, Concord, MA (US)

(73) Assignee: **Schawbel Technologies LLC**, Burlington, MA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/609,460**

(22) Filed: **Jun. 30, 2017**

### Related U.S. Application Data

(62) Division of application No. 29/533,210, filed on Jul. 15, 2015, now Pat. No. Des. 794,813.

(51) **LOC (10) Cl.** ............................................. **24-04**
(52) **U.S. Cl.**
    USPC ........................................................ **D2/206**
(58) **Field of Classification Search**
    USPC ....... D6/601, 595, 596, 604; D7/500, 550.1, D7/554.3; D24/200, 206, 207
    CPC ...... A61F 7/00; A61F 7/02; A61F 7/03; A61F 7/0097; A61F 7/08; A61F 7/007; A61F 7/0241; A61F 2007/0001; A61F 2007/022; A61F 2007/023; A61F 2007/0024; A61F 2007/0238; A61F 2007/0025; A61F 2007/0026; A61F 2007/0027
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,211,636 A * | 8/1940 | Bates ..................... A61F 7/10 |
| | | 62/530 |
| D139,751 S * | 12/1944 | Springwell ................... D7/363 |
| 2,680,918 A | 6/1952 | Behner |
| 3,202,801 A * | 8/1965 | Saluri .................... H05B 3/342 |
| | | 219/528 |
| 3,360,633 A | 12/1967 | Weisberger |
| 3,585,736 A | 6/1971 | Polichena |
| 3,621,191 A | 11/1971 | Cornwell |
| 3,800,133 A | 3/1974 | Duval |
| 4,470,263 A | 9/1984 | Lehovec et al. |
| 4,507,877 A | 4/1985 | Vaccari et al. |
| D285,523 S * | 9/1986 | Ayukawa ..................... D7/367 |
| 4,640,284 A | 2/1987 | Ruderian |
| 4,665,301 A | 5/1987 | Bondy |
| 4,699,123 A | 10/1987 | Laborowski |
| D296,509 S * | 7/1988 | Fuke ............................. D7/363 |
| D300,606 S | 4/1989 | Schwabel et al. |
| 4,823,482 A | 4/1989 | Lakic |
| D303,524 S | 9/1989 | Siegner et al. |
| 4,894,931 A | 1/1990 | Senee et al. |
| 4,910,881 A | 3/1990 | Baggio et al. |
| 5,041,717 A | 8/1991 | Shay, III et al. |
| D320,212 S | 9/1991 | Someya |
| 5,230,170 A | 7/1993 | Dahle |
| D351,337 S | 10/1994 | Bonnema et al. |
| D366,390 S * | 1/1996 | Vitantonio ................... D7/363 |
| 5,483,759 A | 1/1996 | Silverman |
| 5,495,682 A | 3/1996 | Chen |
| 5,522,722 A | 6/1996 | Diederich |
| 5,565,124 A | 10/1996 | Balzano |
| 5,592,759 A | 1/1997 | Cox |
| 5,623,772 A | 4/1997 | Sunderland et al. |
| D389,953 S | 1/1998 | Seifert |
| D391,019 S | 2/1998 | Seifert |
| 5,800,490 A | 9/1998 | Patz et al. |
| 5,802,865 A | 9/1998 | Strauss |
| 5,830,208 A | 11/1998 | Muller |
| 5,857,262 A | 1/1999 | Bonnema et al. |
| 5,875,571 A | 3/1999 | Huang |
| 5,882,106 A | 3/1999 | Galli |
| 5,944,508 A | 8/1999 | Bonnema |
| 5,956,866 A | 9/1999 | Spears |
| 5,970,718 A | 10/1999 | Arnold |
| 6,033,212 A | 3/2000 | Bonnema et al. |
| 6,074,414 A | 6/2000 | Haas et al. |
| 6,094,844 A | 8/2000 | Potts |
| D432,493 S | 10/2000 | Killebrew et al. |
| 6,125,636 A | 10/2000 | Taylor et al. |
| 6,176,596 B1 | 1/2001 | Shukla et al. |
| 6,189,327 B1 | 2/2001 | Strauss et al. |
| D440,201 S | 4/2001 | Huynh et al. |
| D442,285 S | 5/2001 | Perry |
| D442,426 S | 5/2001 | Garber et al. |
| 6,235,983 B1 | 5/2001 | Becker et al. |
| 6,320,161 B1 | 11/2001 | Hansen, Jr. |




| | | |
|---|---|---|
| 6,523,836 B1 | 2/2003 | Chang et al. |
| 6,649,873 B1 | 11/2003 | Cintron, Jr. et al. |
| 6,657,164 B1 | 12/2003 | Koch |
| D486,789 S | 2/2004 | Santiago |
| 6,701,639 B2 | 3/2004 | Treptow et al. |
| 6,733,282 B2 | 5/2004 | Long |
| 6,770,848 B2 | 8/2004 | Haas et al. |
| 6,840,955 B2 | 1/2005 | Ein |
| 6,841,757 B2 | 1/2005 | Marega et al. |
| 6,865,825 B2 | 3/2005 | Bailey, Sr. et al. |
| 7,022,093 B2 | 4/2006 | Smith et al. |
| 7,052,167 B2 * | 5/2006 | Vanderschuit ............ A61F 7/02 362/231 |
| D528,075 S | 9/2006 | Sugeno et al. |
| D533,016 S * | 12/2006 | Genslak ........... D7/363 |
| D533,832 S | 12/2006 | Hock |
| D534,307 S | 12/2006 | Vu |
| D534,308 S | 12/2006 | Vu |
| 7,152,345 B2 | 12/2006 | Koenig |
| 7,161,056 B2 * | 1/2007 | Gudnason .......... A61F 13/0203 602/42 |
| D538,225 S | 3/2007 | Lyman et al. |
| D538,226 S | 3/2007 | Lyman et al. |
| D546,277 S | 7/2007 | Andre et al. |
| 7,244,253 B2 | 7/2007 | Neev |
| D552,081 S | 10/2007 | Yano |
| D575,098 S * | 8/2008 | Seymour ............... D7/363 |
| 7,497,037 B2 | 3/2009 | Vick et al. |
| 7,565,754 B1 | 7/2009 | Acheson et al. |
| D598,163 S | 8/2009 | Overend et al. |
| D598,164 S | 8/2009 | Overend et al. |
| D602,432 S | 10/2009 | Moussa |
| D602,597 S | 10/2009 | Nomi et al. |
| D609,180 S | 2/2010 | Suzuki et al. |
| 7,714,709 B1 | 5/2010 | Daniel |
| 7,716,856 B2 | 5/2010 | Seipel |
| 7,726,046 B2 | 6/2010 | Portnell |
| 7,823,302 B2 | 11/2010 | Mann et al. |
| D629,914 S * | 12/2010 | Hunter ............. D24/207 |
| 7,879,501 B2 | 2/2011 | Schaevitz et al. |
| D637,552 S | 5/2011 | Inman et al. |
| 7,985,502 B2 | 7/2011 | Abe et al. |
| D642,517 S | 8/2011 | Inman et al. |
| D643,674 S * | 8/2011 | Lee ................. D7/362 |
| D651,343 S | 12/2011 | Robson |
| 8,074,373 B2 | 12/2011 | Macher et al. |
| 8,084,722 B2 | 12/2011 | Haas et al. |
| D654,429 S | 2/2012 | Li et al. |
| D658,330 S | 4/2012 | Yue |
| D660,798 S | 5/2012 | Tseng |
| 8,273,485 B2 | 9/2012 | Schaevitz et al. |
| D672,500 S | 12/2012 | Kim |
| D672,501 S | 12/2012 | Kim |
| 8,384,551 B2 | 2/2013 | Ross et al. |
| 8,389,909 B2 | 3/2013 | Wang et al. |
| 8,397,518 B1 | 3/2013 | Vistakula |
| D682,195 S | 5/2013 | Aglassinger |
| D685,729 S | 7/2013 | Lyman |
| D686,157 S | 7/2013 | Kawase et al. |
| D687,558 S | 8/2013 | Sonoda |
| 8,510,969 B2 | 8/2013 | Luo |
| D689,019 S | 9/2013 | Sato et al. |
| D690,022 S | 9/2013 | Sonoda |
| D694,176 S | 11/2013 | Buetow et al. |
| D696,549 S | 12/2013 | Pennington |
| D698,313 S | 1/2014 | Buetow et al. |
| D698,489 S | 1/2014 | Byun |
| 8,638,958 B2 | 1/2014 | Wells |
| D698,931 S | 2/2014 | Wang |
| D699,178 S | 2/2014 | Ashida et al. |
| D699,179 S | 2/2014 | Alexander |
| D700,135 S | 2/2014 | Sato et al. |
| 8,658,943 B1 | 2/2014 | Larsen et al. |
| 8,715,329 B2 | 5/2014 | Robinson et al. |
| 8,777,441 B2 | 7/2014 | Vazquez |
| D713,048 S * | 9/2014 | Ogaki ............ D24/200 |
| 8,850,716 B2 | 10/2014 | Whitehead et al. |
| 8,869,428 B1 | 10/2014 | Zsolcsak et al. |
| 8,869,429 B1 | 10/2014 | Zsolcsak et al. |
| 9,101,177 B2 | 8/2015 | Whitehead et al. |
| 9,179,734 B2 | 11/2015 | Zsolcsak et al. |
| D746,097 S | 12/2015 | Davenport |
| 9,215,905 B2 | 12/2015 | Tseng |
| D757,280 S | 5/2016 | Ogaki et al. |
| D762,308 S | 7/2016 | Wang |
| D773,681 S | 12/2016 | Elam et al. |
| D787,694 S * | 5/2017 | Baltazar ............... D24/206 |
| D791,201 S * | 7/2017 | Kim ................... D15/90 |
| D794,813 S * | 8/2017 | Zsolcsak ............... D24/206 |
| 2003/0114902 A1 | 6/2003 | Prescott |
| 2003/0145494 A1 | 8/2003 | Hsu |
| 2004/0210214 A1 | 10/2004 | Knowlton |
| 2004/0211189 A1 | 10/2004 | Arnold |
| 2004/0244810 A1 | 12/2004 | Henninger et al. |
| 2005/0028401 A1 | 2/2005 | Johnson |
| 2005/0126049 A1 | 6/2005 | Koenig |
| 2005/0193742 A1 | 9/2005 | Arnold |
| 2005/0245852 A1* | 11/2005 | Ellefson ............. A61K 9/703 602/2 |
| 2006/0163242 A1* | 7/2006 | Ciancimino ........ A47J 37/0676 219/450.1 |
| 2006/0174521 A1 | 8/2006 | Lee |
| 2006/0201025 A1 | 9/2006 | Chou |
| 2006/0230641 A1 | 10/2006 | Vick et al. |
| 2006/0235346 A1 | 10/2006 | Prescott |
| 2006/0283050 A1 | 12/2006 | Games et al. |
| 2007/0039201 A1 | 2/2007 | Axinte |
| 2007/0053212 A1 | 3/2007 | Vieira Formenti |
| 2008/0016715 A1 | 1/2008 | Vickroy |
| 2008/0069524 A1 | 3/2008 | Yamauchi et al. |
| 2008/0077211 A1 | 3/2008 | Levinson et al. |
| 2008/0083720 A1 | 4/2008 | Gentile et al. |
| 2008/0135537 A1 | 6/2008 | Suber et al. |
| 2008/0197126 A1 | 8/2008 | Bourke et al. |
| 2009/0013554 A1 | 1/2009 | MacHer et al. |
| 2010/0192406 A1 | 8/2010 | Au |
| 2010/0198322 A1 | 8/2010 | Joseph et al. |
| 2010/0217363 A1* | 8/2010 | Whitely ............... A61F 7/02 607/112 |
| 2011/0083339 A1 | 4/2011 | Luo |
| 2011/0107771 A1 | 5/2011 | Crist et al. |
| 2011/0259356 A1 | 10/2011 | Barton et al. |
| 2011/0296714 A1 | 12/2011 | Holzer |
| 2011/0306299 A1 | 12/2011 | Wells |
| 2012/0005919 A1 | 1/2012 | Chen |
| 2012/0240955 A1 | 9/2012 | Kennedy et al. |
| 2013/0019503 A1 | 1/2013 | Vogt |
| 2013/0085421 A1 | 4/2013 | Gillespie et al. |
| 2013/0116759 A1 | 5/2013 | Levinson et al. |
| 2013/0139605 A1 | 6/2013 | Burke et al. |
| 2013/0174451 A1 | 7/2013 | Kremer et al. |
| 2013/0181662 A1 | 7/2013 | Shapiro |
| 2013/0213147 A1 | 8/2013 | Rice et al. |
| 2013/0244074 A1 | 9/2013 | Kremer et al. |
| 2013/0247410 A1 | 9/2013 | Tseng |
| 2014/0059894 A1 | 3/2014 | Lupinek et al. |
| 2014/0076349 A1 | 3/2014 | Deng |
| 2014/0182162 A1 | 7/2014 | Hakkala |
| 2014/0182163 A1 | 7/2014 | Krupenkin et al. |
| 2014/0222173 A1 | 8/2014 | Giedwoyn et al. |
| 2014/0277632 A1 | 9/2014 | Walker |
| 2015/0142088 A1* | 5/2015 | Riva Godoy ............ A61F 7/03 607/108 |
| 2015/0335121 A1 | 11/2015 | Floessholzer et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2281677 | 5/1998 |
| CN | 2515992 Y | 10/2002 |
| CN | 101641027 A | 2/2010 |
| CN | 201806017 U | 4/2011 |
| CN | 201976877 U | 9/2011 |
| DE | 3904603 A1 | 8/1990 |
| DE | 20317143 U1 | 4/2004 |
| DE | 10352050 A1 | 12/2004 |
| DE | 102008029727 A1 | 12/2009 |
| EP | 0251084 A2 | 1/1988 |

| | | | |
|---|---|---|---|
| EP | 0854696 | B1 | 7/1998 |
| EP | 1820247 | A2 | 8/2007 |
| EP | 2215918 | A2 | 8/2010 |
| KR | 20-0273770 | | 4/2002 |
| KR | 100539710 | B1 | 12/2005 |
| KR | 2009-0117205 | A | 11/2009 |
| WO | 2006054080 | A2 | 5/2006 |
| WO | 2006/111823 | A1 | 10/2006 |
| WO | 2008/006731 | A1 | 1/2008 |
| WO | 2008/069254 | A1 | 6/2008 |
| WO | 2008/069524 | A1 | 6/2008 |
| WO | 2011057142 | A2 | 5/2011 |
| WO | 2013/101920 | A1 | 7/2013 |
| WO | 2013119199 | A1 | 8/2013 |
| WO | 2014064518 | A2 | 5/2014 |

OTHER PUBLICATIONS

"Introducing the New Thermacell Heat Packs", <www.petersenshunting.com/shot-show-2015/introducing-new-thermacell-heat-packs/>, Published Feb. 9, 2015, Retrieved on Sep. 25, 2015.
"New for 2015—ThermaCELL Heat Packs for Rechargeable Warmth Wherever You Need It", <http://Iwww.ammoland.com/2015/03/new-for-2015-thermacell-heat-packs-for-rechargeable-warmth-wherever-needed/#axzz3gRpAQM>, Published Mar. 12, 2015, Retrieved on Sep. 25, 2015.
"ThermaCELL Announces new Rechargeable Heat Packs" <http://www.americanhunter.org/articles/2015/4/22/thermacell-announces-new-rechargeable-heat-packs/>, Published Apr. 22, 2015, Retrieved on Sep. 25, 2015.
"ThermaCELL Heat Packs for Rechargeable Warmth Wherever Needed", <http://huntinglife.com/thermacell-heat-packs-for-rechargeable-warmth-wherever-needed/>, Published Mar. 16, 2015, Retrieved on Sep. 25, 2015.
"Thermacell HeatPacks—New Rechargeable Warmers" <www.bowhunting.com/news/2015/03/12/thermacell-heatpacks-new-rechargeable-warmers/>, Published Mar. 12, 2015, Retrieved on Sep. 25, 2015.
"Thermacell HeatPacks—New Rechargeable Warmers", <http://www.huntingnetwork.com/publisher/Hunting-News/2015/3/12/Thermacell-HeatPacks—New-Rechargeable-Warmers>, Published Mar. 12, 2015, Retrieved on Sep. 25, 2015.
International Preliminary Report on Patentability, dated Mar. 9, 2017 for International Application No. PCT/US2015/38801 (7 Pages).
International Search Report and Written Opinion for International application No. PCT/US12/23986 filed Feb. 2, 2012 and dated May 23, 2012, (7 pages).
International Search Report and Written Opinion for International application No. PCT/U52014/072718 filed Dec. 30, 2014 and dated Apr. 28, 2015, (10 pages).
International Search Report and Written Opinion for International Application No. PCT/US2015/038801 dated Oct. 6, 2015 (11 Pages).
International Search Report and Written Opinion, dated Apr. 22, 2013, for International Patent Application No. PCT/U52012/071797, filed Dec. 27, 2012, (9 pages).
International Search Report and Written Opinion, dated Sep. 3, 2014, for International Patent Application No. PCT/U52014/033499, filed Apr. 9, 2014, (10 pages).
International Search Report and Written Opinion of the International Search Authority, dated Feb. 25, 2016 for International Application No. PCT/US2015/062458 (12 Pages).
International Search Report and Written Opinion of the International Searching Authority, dated Oct. 4, 2016 for International Application No. PCT/US2016/032891 (17 Pages).
Invitation and Partial International Search Report, dated Aug. 8, 2016 for International Application No. PCT/US2016/032891 (6 Pages).
Kenisarin et al., 2007, Solar energy storage using phase change materials, Renewable and Sustainable Energy Reviews, 11(9):1913-1965.
Sharma et al., 2009, Review on thermal energy storage with phase change materials and applications, Renewable and Sustainable Energy Reviews, 13(2):318-345.
Extended European Search Report, dated Jun. 29, 2017 for European Application No. 14866929.4 (7 Pages).

* cited by examiner

*Primary Examiner* — Elizabeth J Oswecki
(74) *Attorney, Agent, or Firm* — Brown Rudnick LLP

(57) **CLAIM**

The ornamental design for a heat pack, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a heat pack showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a back view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a right side view thereof; and,
FIG. **8** is a back perspective view thereof.
The drawings are dotted in FIGS. **3** and **8** to show features of the heat pack having a contrasting material, surface texture, color, or any combination thereof as compared to other features of the heat pack.

**1 Claim, 8 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8