Welcome!   order status  |  my account ⌄  |  🇺🇸 USD ⌄



NEW TODAY    LAST CHANCE    SHOP BY CATEGORY ⌄    SHOP BY SIZE ⌄    🔍 Search    🛒 BASKET

‹ back to Heat Factory                                                                 Ends in 1 day 21 hours



♡ Heavy Duty Therma CELL ProFLEX Heated Insoles

Heat Factory

**$149.99**  ~~$199.95~~

📏 size chart

| M | L | XL | XXL |

**add to basket**

**PRODUCT DESCRIPTION:**

Get some extra heat from the bottom up with this set of insoles that come with a handy remote control to adjust the warmth to your liking.

- Includes two insoles, remote control and wall charger
- 12" W x 3" H x 1" D
- Requires two rechargeable lithium-ion batteries (included)
- Imported

**RETURN POLICY:**
While this item is not eligible for returns, we're committed to you loving your order. Learn more about our customer commitment here.

share:    Email    Share    Pin it

**SHIPPING:**
Ships within 8-14 days. Shipping Details

See all Heat Factory products







Welcome!  order status | my account ⌄ |  USD ⌄

 zulily SOMETHING SPECIAL EVERY DAY   **NEW TODAY**   **LAST CHANCE**   **SHOP BY CATEGORY** ⌄   **SHOP BY SIZE** ⌄   🔍 Search   🛒 **BASKET**

‹ back to Heat Factory

Ends in 1 day 21 hours



♡ **ThermaCELL ProFLEX Heated Insoles**

Heat Factory

**$129.99** ~~$179.95~~

📏 size chart

| S | M | L | XL | XXL |

**add to basket**

**PRODUCT DESCRIPTION:**

Get some extra heat from the bottom up with this set of insoles that come with a handy remote control to adjust the warmth to your liking.

- Includes two insoles, remote control and wall charger
- 12" W x 3" H x 1" D
- Requires two rechargeable lithium-ion batteries (included)
- Imported

**RETURN POLICY:**
While this item is not eligible for returns, we're committed to you loving your order. Learn more about our customer commitment here.

**SHIPPING:**
Ships within 8-14 days. Shipping Details

share:    Email    Share    Pin it

See all Heat Factory products

