Case 1:18-cv-10227-LTS Document 6 Filed 02/06/18 Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SCHAWBEL TECHNOLOGIES LLC** | |
| *Plaintiff* | |
| v. | Civil Action No.: 1:18-CV-10227-LTS |
| **THE HEAT FACTORY USA, INC.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The Heat Factory USA, Inc. c/o Incorp Services, Inc.
> 3773 Howard Hughes Pkwy, Ste. 500S
> Las Vegas, NV 89169-6014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ — Christina McDonagh
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2018-02-06 13:47:54.0, Clerk USDC DMA

2018000431

Case 1:18-cv-10227-LTS   Document 6   Filed 02/06/18   Page 2 of 2

Civil Action No.: 1:18-CV-10227-LTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __THE HEAT FACTORY USA, INC.__

was received by me on (date) __02-06-2018__ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Melanie Galero, Administrator__ , who is

designated by law to accept service of process on behalf of (name of organization) __THE HEAT FACTORY USA, INC.__
Incorp Services, 3773 Howard Hughes Pkwy.,
Ste. 500S, Las Vegas, NV 89169 _____ on (date) __2-6-18 @ 3:34 pm__ or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


__February 6, 2018__
Date

*Server's Signature*

Bert Lott, Process Server, #1471
*Printed name and title*

1930 Village Center Circle, #3-965
Las Vegas, NV  89134
*Server's Address*

**Additional information regarding attempted service, etc:**
DOCUMENTS SERVED:  SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CIVIL COVER SHEET, REPORT ON
THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK and COMPLAINT

2018000431