**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SCHAWBEL TECHNOLOGIES LLC

         Plaintiff,

v.

THE HEAT FACTORY USA, INC.

         Defendant.

Civil Action No. 1:18-CV-10227-LTS

**CORPORATE DISCLOSURE STATEMENT**
**OF**
**THE HEAT FACTORY USA, INC**

Defendant The Heat Factory USA, Inc., pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, states that it has no parent corporation and that there is not a publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,
THE HEAT FACTORY USA, INC.
By its attorneys,

/s/ Lawrence S. Delaney
_____
Joseph L. Demeo, BBO No. 561254
Lawrence S. Delaney, BBO No. 557063
Demeo LLP
200 State Street
Boston, Massachusetts 02109
LDelaney@DemeoLLP.com
(617) 263-2600

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on March 12, 2018.

/s/ Lawrence S. Delaney
Lawrence S. Delaney