# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCHAWBEL TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>THE HEAT FACTORY USA, INC.<br><br>Defendant. | Civil Action No. 1:18-CV-10227-LTS |

## NOTICE OF APPEARANCE

Pursuant to United States District Court of Massachusetts Local Rule 83.5.2(a), please enter the appearance of Gina M. Puls, as counsel for Defendant The Heat Factory USA, Inc. in the above-captioned matter.

    Respectfully submitted,

    THE HEAT FACTORY USA, INC.

    By its attorneys,

    /s/ Gina M. Puls
    Gina M. Puls, BBO No. 697122
    Demeo LLP
    200 State Street
    Boston, Massachusetts 02109
    gpuls@DemeoLLP.com
    (617) 263-2600

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on March 15, 2018.

                         /s/ Gina M. Puls
                         Gina M. Puls